### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DE LAGE LANDEN FINANCIAL SERVICES, INC. | : | CIVIL ACTION NO. 2:02CV2810 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| DESOTO DIAGNOSTIC IMAGING, L.L.C., RANDON J. CARVEL, LYNN T. CARVEL, DELTA RADIOLOGY, P.C. and ZOBAR PROPERTIES, L.L.C. | : | |
| Defendants. | : | |

### STIPULATION FOR EXTENSION OF TIME

Pursuant to Local Rule 7.4, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel of record for the parties herein, as follows:

1. This Joint Stipulation has been stipulated to by the parties to allow Defendants DESOTO DIAGNOSTIC IMAGING, L.L.C., ("DeSoto") RANDON J. CARVEL, LYNN T. CARVEL, DELTA RADIOLOGY, P.C., ("Delta") and ZOBAR PROPERTIES, L.L.C., ("Zobar") an additional thirty (30) days from the present deadline of July 16, 2002 in which to file an answer or pre-answer motion to the Complaint of DELAGE LANDEN FINANCIAL SERVICES, INC. ("De Lage"), such answer or pre-answer motion now being due on or before August 16, 2002; and to allow Defendants until August 16, 2002 in which to file an answer or pre-answer motion to the Complaint of Intervenor Plaintiff TOSHIBA AMERICA MEDICAL SYSTEMS, INC. ("TAMS").

2. No such prior extension has been granted.

3. By signature of Counsel, all parties, their agents, officers, servants, and employees agree to be equally bound by the stipulation.

4.       By endorsement of the Clerk below, this Joint Stipulation is hereby GRANTED.

5.       The Defendants' answer or pre-answer motion to the Complaint of DELAGE LANDEN FINANCIAL SERVICES, INC. and the Defendants' answer or pre-answer motion to the Complaint of Intervenor Plaintiff TOSHIBA AMERICA MEDICAL SYSTEMS, INC.'S shall be filed on or before August 16, 2002.

_____
MICHAEL E. KUNZ, Clerk of Court
U.S. District Court E. D. Pennsylvania

Date: _____

SUBMITTED BY:

By:   _____
William Matthews
PA. Attorney I.D. No. 82730
SAUL EWING LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA  19102
(215) 972-7106

Kyle P. Tate, AR Bar No. 95097
Brian W. Ray, AR Bar No. 2000084
Holly E. Brady, AR Bar No. 2001160
TATE, RAY & BRADY
424 Ouachita Avenue
Hot Springs, AR 71901
(501) 624-9900

Attorneys for Defendants DESOTO DIAGNOSTIC IMAGING, L.L.C., RANDON J. CARVEL, LYNN T. CARVEL, DELTA RADIOLOGY, P.C. and ZOBAR PROPERTIES, L.L.C.

-3-

By: _____
Ms. Rosetta B. Packer
Mr. Peter J. Boyer
MCCARTER & ENGLISH, LLP
Mellon Bank Center, Suite 700
1735 Market Street
Philadelphia, PA  19103-7501

Attorney for Plaintiff DELAGE
LANDEN FINANCIAL SERVICES, INC.


By: _____
Mr. John Chesney
Ms. Julianne Peck
DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA  19103-6996

Attorneys for Intervenor Plaintiff
TOSHIBA AMERICA MEDICAL SYSTEMS, INC.