IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| De Lage Landen Financial Services, Inc. | : | |
| | : | CIVIL ACTION NO. 02-CV-2810 |
| Plaintiffs, | : | |
| vs. | : | |
| | : | |
| DeSoto Diagnostic Imaging, LLC., Randon J. Carvel, Lynne T. Carvel, Delta Radiology, P.S. and Zobar Properties, LLC. | : | |
| | : | |
| Defendants, | : | |

### CERTIFICATE OF SERVICE

I, Rosetta B. Packer, Esquire, hereby certify that on this date I caused the foregoing Motion for Change of Venue for Convenience of Witnesses and in Interest of Justice and Memorandum of Law in support thereof to be filed via hand delivery with the Clerk of Eastern District of Pennsylvania, and true and correct copies via regular mail to:

John Chesney, Esquire
Drinker Biddle & Reath, LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA  19103

William Matthews, Esquire
Saul Ewing LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA  19102

Kyle Tate, Esquire
424 Quachita Avenue
Hot Springs, AR  71901

_____
Rosetta B. Packer, Esquire
**McCARTER & ENGLISH, LLP**
Mellon Bank Center
1735 Market Street
Suite 700
Philadelphia, PA  19103
(215) 979-3800
Attorneys for Plaintiff

Dated:  September 23, 2002

PH1: 114776.01