

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| De Lage Landen Financial Services, Inc. : | |
| Plaintiff : | CIVIL ACTION NO. 02-CV-2810 |
| Toshiba America Medical Systems, Inc. : | RECEIVED |
| Intervenor Plaintiff : | OCT 15 2003 |
| v. : | |
| DeSoto Diagnostic Imaging, LLC., Randon J. : Carvel, Lynn T. Carvel, Delta Radiology, : P.C. and Zobar Properties, LLC. : | ENTERED OCT 20 2003 CLERK OF COURT |
| Defendants and : Counter-Claimants : | |

FILED OCT 7 2003

## STIPULATION FOR EXTENTION OF TIME

Pursuant to Local Rule 7.1 (c) and 7.4, it is hereby stipulated and agreed, by and between the undersigned counsel of record for Defendants and Counter-Claimants DeSoto Diagnostic Imaging, LLC., Randon J. Carvel, Lynn T. Carvel, Delta Radiology, P.C. and Zobar Properties, LLC. And Plaintiff/Intervenor as follows:

1. The time within which Defendants and Counter-Claimants may respond to Plaintiff/Intervenor's Motion for Terminating Sanctions Against Defendants and for Revocation of the *Pro Hac Vice* Admission of, and for the Disqualification of, Kyle P. Tate, Esquire is extended from the present deadline of Friday, October 24, 2003 until Friday, October 31, 2003.

2. No such prior extension has been granted.

APPROVED AND SO ORDERED,
THIS *20* DAY OF OCTOBER, 2003

_____
U.S.D.J.

Submitted by:

_____
Kyle P. Tate, Esquire
TATE LAW FIRM
9085 Sandidge Center Cove
Olive Branch, MS 38654
(662) 893-8833
Attorney for Defendants and
Counter-Claimants

William Matthews, Esquire
SAUL EWING, LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
(215) 972-7106
Attorney for Defendants and
Counter-Claimants

_____
John Chesney, Esquire
Julianne Peck, Esquire
Jonathan Sturz, Esquire
DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19106
(215) 988-1996
Attorneys for Plaintiff/Intervenor

765585.1 10/15/03