# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DELAGE LANDEN FINANCIAL SERVICES, INC., | : | CIVIL ACTION NO. 2:02CV2810 |
| Plaintiff, | : | |
| | : | HON. RONALD J. BUCKWALTER |
| TOSHIBA AMERICA MEDICAL SYSTEMS, INC. | : | |
| Plaintiff/Intervener, | : | |
| v. | : | |
| DESOTO DIAGNOSTIC IMAGING, LLC., RANDON J. CARVEL, LYNN T. CARVEL, DELTA RADIOLOGY, P.C. and ZOBAR PROPERTIES, LLC. | : | |
| Defendants and Counter-Claimants | : | |

## ORDER

AND NOW, this _____ day of _____, 2003, upon consideration of Defendants' Motion for Leave to Amend Affirmative Defenses and Counterclaims, and any response thereto, it is hereby ORDERED that such Motion is GRANTED. Defendants shall file their Amended Affirmative Defenses and Counterclaims within 5 days from Defendants' receipt of this Order.

BY THE COURT:

_____
**HON. RONALD J. BUCKWALTER**

753944.1 8/28/03

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DELAGE LANDEN FINANCIAL SERVICES, INC., :<br>　　　　　　Plaintiff, :<br>:<br>TOSHIBA AMERICA MEDICAL SYSTEMS, INC. :<br>　　　　　　Plaintiff/Intervener, :<br>:<br>　　　　v. :<br>:<br>DESOTO DIAGNOSTIC IMAGING, LLC., :<br>RANDON J. CARVEL, LYNN T. CARVEL, :<br>DELTA RADIOLOGY, P.C. and :<br>ZOBAR PROPERTIES, LLC. :<br>　　　　　Defendants and Counter- :<br>　　　　　　Claimants : | CIVIL ACTION NO. 2:02CV2810<br><br>HON. RONALD J. BUCKWALTER |

### DEFENDANTS' MOTION FOR LEAVE TO AMEND AFFIRMATIVE DEFENSES AND COUNTERCLAIMS

For the reasons set forth in the accompanying Memorandum of Law, Defendants Desoto Diagnostic Imaging, LLC. ("Desoto"), Randon J. Carvel ("Mr. Carvel"), Lynn T. Carvel ("Dr. Carvel"), Delta Radiology, P.C. ("Delta") and Zobar Properties, LLC ("Zobar") (collectively, "Defendants") request leave to amend their Affirmative Defenses and Counterclaims against Plaintiff De Lage Landen Financial Services, Inc. ("DLL") and Intervenor Toshiba American Medical Systems, Inc. ("TAMS").

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Kyle P. Tate, AR Bar No. 95097
　　　　　　　　　　　　　　　　　　　　　　for TATE LAW FIRM
　　　　　　　　　　　　　　　　　　　　　　424 Ouachita Avenue
　　　　　　　　　　　　　　　　　　　　　　Hot Springs, AR 71901
　　　　　　　　　　　　　　　　　　　　　　(501) 624-9900

　　　　　　　　　　　　　　　　　　　　　　William Matthews
　　　　　　　　　　　　　　　　　　　　　　Attorney I.D. No. 82730
　　　　　　　　　　　　　　　　　　　　　　SAUL EWING LLP
　　　　　　　　　　　　　　　　　　　　　　Centre Square West

753944.1 8/28/03

1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
(215) 972-7106

Date:  August 28, 2003

753944.1 8/28/03