IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DELAGE LANDEN FINANCIAL SERVICES, INC., | : | CIVIL ACTION NO. 2:02CV2810 |
| Plaintiff, | : | |
| | : | HON. RONALD J. BUCKWALTER |
| TOSHIBA AMERICA MEDICAL SYSTEMS, INC. | : | |
| Plaintiff/Intervener, | : | |
| v. | : | |
| DESOTO DIAGNOSTIC IMAGING, LLC., RANDON J. CARVEL, LYNN T. CARVEL, DELTA RADIOLOGY, P.C. and ZOBAR PROPERTIES, LLC. | : | |
| Defendants and Counter-Claimants | : | |

## ORDER

AND NOW, this _____ day of _____, 2003, upon consideration of Defendants' Motion to Correct Docket to Reflect Jury Demand, and any response thereto, it is hereby ORDERED that such Motion is GRANTED. The docket shall be changed to reflect that this case will be tried to a jury.

BY THE COURT:

_____
**HON. RONALD J. BUCKWALTER**

757477.1 9/26/03

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DELAGE LANDEN FINANCIAL SERVICES, INC., : <br>                 Plaintiff, : <br> : <br> TOSHIBA AMERICA MEDICAL SYSTEMS, INC. : <br>                 Plaintiff/Intervener, : <br> : <br>                 v. : <br> : <br> DESOTO DIAGNOSTIC IMAGING, LLC., RANDON J. CARVEL, LYNN T. CARVEL, DELTA RADIOLOGY, P.C. and ZOBAR PROPERTIES, LLC. : <br>                 Defendants and Counter- Claimants : | CIVIL ACTION NO. 2:02CV2810 <br><br> HON. RONALD J. BUCKWALTER |

### DEFENDANTS' MOTION TO CORRECT DOCKET TO REFLECT JURY DEMAND

For the reasons set forth in the accompanying Memorandum of Law, Defendants Desoto Diagnostic Imaging, LLC. ("Desoto"), Randon J. Carvel ("Mr. Carvel"), Lynn T. Carvel ("Dr. Carvel"), Delta Radiology, P.C. ("Delta") and Zobar Properties, LLC ("Zobar") (collectively, "Defendants") request that the Court's docket be changed to reflect that this case is to be tried to a jury.

 

_____
Kyle P. Tate, AR Bar No. 95097
for TATE LAW FIRM
424 Ouachita Avenue
Hot Springs, AR 71901
(501) 624-9900

William Matthews
Attorney I.D. No. 82730
SAUL EWING LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186

                                                                     (215) 972-7106

Date:  September 17, 2003

Case 2:02-cv-02810-RB   Document 42   Filed 09/17/2003   Page 3 of 3