IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DELAGE LANDEN FINANCIAL SERVICES, INC., | : |
| Plaintiff | : |
| | : |
| TOSHIBA AMERICA MEDICAL SYSTEMS, INC. | : |
| Plaintiff/Intervener, | : CIVIL ACTION NO. 2:02CV2810 RLB |
| | : |
| v. | : |
| | : |
| DESOTO DIAGNOSTIC IMAGING, LLC., RANDON J. CARVEL, LYNN T. CARVEL, DELTA RADIOLOGY, P.C. and ZOBAR PROPERTIES, LLC. | : |
| | : |
| Defendants and Counterclaimants | : |

**ORDER**

AND NOW, this 18th day of September, 2003, upon consideration of Defendants' Motion for Leave to Amend Affirmative Defenses and Counterclaims, and any response thereto, it is hereby **ORDERED** that such Motion is **GRANTED**. Defendants shall file their Amended Affirmative Defenses and Counterclaims within 5 days from Defendants' receipt of this Order.

BY THE COURT:

_____
RONALD L. BUCKWALTER, J.