IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DeLAGE LANDEN FINANCIAL SERVICES, INC., | : | CIVIL ACTION |
| Plaintiff | : | NO. 02-2810 |
| and | : | |
| TOSHIBA AMERICA MEDICAL SYSTEMS, INC., | : | |
| Plaintiff/Intervenor | : | |
| v. | : | |
| DeSOTO DIAGNOSTIC IMAGING, LLC, RANDON J. CARVEL, LYNN T. CARVEL, DELTA RADIOLOGY, P.C. and ZOBAR PROPERTIES, LLC, | : | |
| Defendants | : | |

## ORDER

AND NOW, this 8th day of October, 2003, upon consideration of Plaintiff/Intervenor Toshiba America Medical Systems, Inc.'s Motion for Extension of Time (Docket No. 46), it is hereby ORDERED that said Motion is GRANTED. Plaintiff/Intervenor Toshiba America Medical Systems, Inc.'s response to Defendants' Motion to Correct the Docket to Reflect Jury Demand is due Friday, October 10, 2003.

BY THE COURT:

_____
RONALD L. BUCKWALTER, J.