IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **De Lage Landen Financial Services, Inc.** : | |
| : | |
| **Plaintiff** : | CIVIL ACTION NO. 02-CV-2810 |
| : | |
| **Toshiba America Medical Systems, Inc.** : | |
| : | |
| **Intervenor Plaintiff** : | |
| : | |
| **v.** : | |
| : | |
| **DeSoto Diagnostic Imaging, LLC., Randon J.** : | |
| **Carvel, Lynn T. Carvel, Delta Radiology,** : | |
| **P.C. and Zobar Properties, LLC.** : | |
| : | |
| **Defendants and** : | |
| **Counter-Claimants** : | |

## STIPULATION FOR EXTENTION OF TIME

Pursuant to Local Rule 7.1 (c) and 7.4, it is hereby stipulated and agreed, by and between the undersigned counsel of record for Defendants and Counter-Claimants DeSoto Diagnostic Imaging, LLC., Randon J. Carvel, Lynn T. Carvel, Delta Radiology, P.C. and Zobar Properties, LLC. And Plaintiff/Intervenor as follows:

1. The time within which Defendants and Counter-Claimants may respond to Plaintiff/Intervenor's Motion for Terminating Sanctions Against Defendants and for Revocation of the *Pro Hac Vice* Admission of, and for the Disqualification of, Kyle P. Tate, Esquire is extended from the present deadline of Friday, October 24, 2003 until Friday, October 31, 2003.

2. No such prior extension has been granted.

765585.1 10/15/03

                                APPROVED AND SO ORDERED,
                                THIS ____ DAY OF OCTOBER, 2003

                                _____
                                                        U.S.D.J.

Submitted by:

                                _____
                                Kyle P. Tate, Esquire
                                TATE LAW FIRM
                                9085 Sandidge Center Cove
                                Olive Branch, MS 38654
                                (662) 893-8833
                                Attorney for Defendants and
                                Counter-Claimants

                                William Matthews, Esquire
                                SAUL EWING, LLP
                                Centre Square West
                                1500 Market Street, 38th Floor
                                Philadelphia, PA  19102
                                (215) 972-7106
                                Attorney for Defendants and
                                Counter-Claimants


                                _____
                                John Chesney, Esquire
                                Julianne Peck, Esquire
                                Jonathan Sturz, Esquire
                                DRINKER BIDDLE & REATH LLP
                                One Logan Square
                                18th & Cherry Streets
                                Philadelphia, PA  19106
                                (215) 988-1996
                                Attorneys for Plaintiff/Intervenor