IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DeLAGE LANDEN FINANCIAL SERVICES, INC., : | CIVIL ACTION |
| Plaintiff : | NO. 02-2810 |
| and : | |
| TOSHIBA AMERICA MEDICAL SYSTEMS, INC., : | |
| Plaintiff/Intervenor : | |
| v. : | |
| DeSOTO DIAGNOSTIC IMAGING, LLC, RANDON J. CARVEL, LYNN T. CARVEL, DELTA RADIOLOGY, P.C. and ZOBAR PROPERTIES, LLC, : | |
| Defendants : | |

## ORDER

AND NOW, this 30th day of October, 2003, upon consideration of Defendants' Motion to Correct Docket to Reflect Jury Demand (Docket No. 42), and the response filed thereto, it is hereby ORDERED that said Motion is GRANTED.

The Motion of Plaintiff/Intervenor to Strike Jury Demand (Docket No. 53) and the Motion of Plaintiff to Strike Jury Demand (Docket No. 54) are both DENIED.

BY THE COURT:

_____
RONALD L. BUCKWALTER, J.