IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| De Lage Landen Financial Services, Inc. | : | |
| Plaintiff | : | CIVIL ACTION NO. 02-CV-2810 |
| vs. | : | |
| Toshiba America Medical Systems, Inc. | : | |
| Intervenor Plaintiff | : | |
| vs. | : | |
| DeSoto Diagnostic Imaging, LLC., Randon J. Carvel, Lynn T. Carvel, Delta Radiology, P.C. and Zobar Properties, LLC. | : | |
| Defendants | : | |

**PLAINTIFF'S ANSWER TO DEFENDANTS' FOR PROTECTIVE ORDER**

Plaintiff De Lage Landen Financial Services, Inc. ("DLL"), by its attorneys, McCarter & English, LLP, files this response in Opposition to Defendants' Emergency Motion for Protective Order under Fed.R.Civ.P. 26(c), and in support hereof relies upon the Memorandum of Law submitted herewith.

**McCARTER & ENGLISH, LLP**

By: _____
Rosetta B. Packer, Esquire (Attorney ID No. 28357)
Peter J. Boyer, Esquire (Attorney ID No. 25517)
Mellon Bank Center
1735 Market Street
Suite 700
Philadelphia, PA 19103
Attorneys for Plaintiff,
De Lage Landen Financial Services, Inc.

Dated: November 25, 2003