IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DeLAGE LANDEN FINANCIAL SERVICES, INC., | : : | |
| Plaintiff | : : | CIVIL ACTION NO. 02-CV-2810 |
| and | : : | |
| TOSHIBA AMERICA MEDICAL SYSTEMS, INC., | : : | |
| Plaintiff/Intervenor | : : : | |
| v. | : : | |
| DeSOTO DIAGNOSTIC IMAGING, LLC, RANDON J. CARVEL, LYNN T. CARVEL, DELTA RADIOLOGY, P.C. and ZOBAR PROPERTIES, LLC, | : : : : | |
| Defendants and Counter-Claimants | : : | |

## ORDER

AND NOW, on this 2nd day of December, 2003, upon consideration of Defendants' Emergency Motion for Protective Order Under Fed. R. Civ. P. 26(c) (Docket No. 74), Plaintiff's Answer to Defendants' Emergency Motion for Protective Order (Docket No. 78), Toshiba America Medical Systems, Inc.'s Memorandum of Law in Opposition to Defendants' Motion for Protective Order (Docket No. 77). Defendants' Emergency Motion for Protective Order Under Fed. R. Civ. P. 26(c) is **DENIED**.

BY THE COURT:

_____
RONALD L. BUCKWALTER, J.