IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DeLAGE LANDEN FINANCIAL SERVICES, INC., | : | |
| Plaintiff | : | CIVIL ACTION NO. 02-CV-2810 |
| | : | |
| and | : | |
| | : | |
| TOSHIBA AMERICA MEDICAL SYSTEMS, INC., | : | |
| Plaintiff/Intervenor | : | |
| | : | |
| v. | : | |
| | : | |
| DeSOTO DIAGNOSTIC IMAGING, LLC, | : | |
| RANDON J. CARVEL, LYNN T. | : | |
| CARVEL, DELTA RADIOLOGY, P.C. | : | |
| and ZOBAR PROPERTIES, LLC, | : | |
| Defendants and Counter-Claimants | : | |

## ORDER

Plaintiff/Intervenor's motion for terminating sanctions against defendants and for revocation of the *pro hac vice* admission of, and for the disqualification of, Kyle P. Tate, Esquire raises serious issues relative to alleged conduct engaged in by defendant and defense counsel.

After argument on the matter and representations by both sides, the court will not grant "terminating sanctions."  However, the below order will be entered without prejudice.

**AND NOW**, this 2nd day of December, 2003, it is hereby **ORDERED** that Plaintiff/Intervenor's motion for terminating sanctions against defendants and for revocation of the *pro hac vice* admission of, and for the disqualification of, Kyle P. Tate, Esquire (Docket No. 48) is **DENIED**, without prejudice.

BY THE COURT:

_____
RONALD L. BUCKWALTER, J.