IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DeLAGE LANDEN FINANCIAL SERVICES, INC., : <br>     Plaintiff : <br> : <br> and : <br> : <br> TOSHIBA AMERICA MEDICAL SYSTEMS, INC., : <br>     Plaintiff/Intervenor : <br> : <br>     v. : <br> : <br> DeSOTO DIAGNOSTIC IMAGING, LLC, : <br> RANDON J. CARVEL, LYNN T. CARVEL, DELTA RADIOLOGY, P.C. and ZOBAR PROPERTIES, LLC, : <br>     Defendants and Counter-Claimants : | CIVIL ACTION NO. 02-CV-2810 |

## ORDER

AND NOW, on this 2nd day of December, 2003, upon consideration of Defendants' Motion for Sanctions and to Compel Discovery Directed to Plaintiff De Lage Landen Financial Services, Inc.. (Docket No. 62), and in light of the information contained in Plaintiff's Opposition to Defendants' Motion for Sanctions and to Compel Discovery (Docket No. 73), Defendants' Motion for Sanctions and to Compel Discovery is **DENIED**.

BY THE COURT:

_____
RONALD L. BUCKWALTER, J.