IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DeLAGE LANDEN FINANCIAL SERVICES, INC., | : | |
| Plaintiff | : | CIVIL ACTION NO. 02-CV-2810 |
| | : | |
| and | : | |
| | : | |
| TOSHIBA AMERICA MEDICAL SYSTEMS, INC., | : | |
| Plaintiff/Intervenor | : | |
| | : | |
| v. | : | |
| | : | |
| DeSOTO DIAGNOSTIC IMAGING, LLC, | : | |
| RANDON J. CARVEL, LYNN T. CARVEL, DELTA RADIOLOGY, P.C. and ZOBAR PROPERTIES, LLC, | : | |
| Defendants and Counter-Claimants | : | |

## ORDER

AND NOW, on this 2nd day of December, 2003, upon consideration of Defendants'

Motion to Compel Discovery Directed to Plaintiff Intervenor Toshiba America Medical Systems,

Inc. (Docket No. 68), and Plaintiff Intervenor's Opposition to Defendants' Motion to Compel

(Docket No. 76), Defendants' Motion to Compel Discovery is **GRANTED** in part and **DENIED**

in part.

Specifically:

1.    With respect to Interrogatory No. 13, the motion is **GRANTED** and Plaintiff

Intervenor is directed to answer the interrogatory as specified in the motion.

2.     With respect to all other document requests and interrogatories, in light of

Plaintiff Intervenor's answers filed in the opposition motion, the motion is **DENIED**.

Plaintiff Intervenor shall comply with this order by December 15, 2003.


BY THE COURT:


_____

RONALD L. BUCKWALTER, J.