IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DeLAGE LANDEN FINANCIAL SERVICES, INC., : | |
| Plaintiff : | CIVIL ACTION NO. 02-CV-2810 |
| and : | |
| TOSHIBA AMERICA MEDICAL SYSTEMS, INC., : | |
| Plaintiff/Intervenor : | |
| v. : | |
| DeSOTO DIAGNOSTIC IMAGING, LLC, RANDON J. CARVEL, LYNN T. CARVEL, DELTA RADIOLOGY, P.C. and ZOBAR PROPERTIES, LLC, : | |
| Defendants and Counter-Claimants : | |

## **ORDER**

AND NOW, this 2nd day of December, 2003, upon consideration of the motion of defendants DeSoto Diagnostic Imaging, LLC, Randon J. Carvel, Lynn T. Carvel, Delta Radiology, PC and Zobar Properties, LLC to compel deposition testimony of David Bennett (Docket No. 59), and the response thereto of plaintiff/intervenor Toshiba America Medical Systems, Inc. (Docket No. 72), it is hereby ORDERED that defendants' motion is DENIED.

IT IS FURTHER ORDERED that any notice of deposition of David Bennett issued to TAMS is hereby vacated.

BY THE COURT:

_____
RONALD L. BUCKWALTER, J.