IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DeLAGE LANDEN FINANCIAL SERVICES, INC., | : | |
|     Plaintiff | : | CIVIL ACTION NO. 02-CV-2810 |
| and | : | |
| TOSHIBA AMERICA MEDICAL SYSTEMS, INC., | : | |
|     Plaintiff/Intervenor | : | |
| v. | : | |
| DeSOTO DIAGNOSTIC IMAGING, LLC, RANDON J. CARVEL, LYNN T. CARVEL, DELTA RADIOLOGY, P.C. and ZOBAR PROPERTIES, LLC, | : | |
|     Defendants and Counter-Claimants | : | |

## ORDER

AND NOW, on this 5th day of January, 2004, upon consideration of Plaintiff Intervenor's Motion for Protective Order and to Vacate Deposition Notice of Hiromitsu Igarashi (Docket No. 85), and Defendant's Response to Motion for Protective Order and to Vacate the Deposition Notice of Mr. Hiromitsu Igarashi and Notice of Withdrawl of Deposition Notice (Docket No. 86). Plaintiff Intervenor's Motion for Protective Order and to Vacate Deposition Notice of Hiromitsu Igarashi is **DENIED as moot**.

BY THE COURT:

_____
RONALD L. BUCKWALTER, J.