**Exhibit "C"**

# DrinkerBiddle&Reath LLP

Julianne Peck
215-988-1996
julianne.peck@dbr.com

Law Offices
One Logan Square
18TH and Cherry Streets
Philadelphia, PA
19103-6996

215-988-2700
215-988-2757 fax
www.drinkerbiddle.com

NEW YORK
WASHINGTON
LOS ANGELES
SAN FRANCISCO
PRINCETON
FLORHAM PARK
BERWYN
WILMINGTON

November 26, 2003

**VIA FACSIMILE AND FEDERAL EXPRESS**

Kyle P. Tate, Esq.
9085 Sandidge Center Cove
Olive Branch, Mississippi 38654

RE: *De Lage Laden Financial Services, Inc. and Toshiba Medical Systems, Inc. v. DeSoto Diagnostic Imaging, L.L.C., et al*, U.S.D.C. Eastern District of Pennsylvania, C.A. No. 2:02CV2810

Dear Kyle:

This letter is to inform you that TAMS objects to defendants' Fourth Request for Production of Documents and Requests for Production of Documents pursuant to Federal Rule of Civil procedure 30(b)(5) in their entirety because they are untimely and require TAMS to respond after the close of discovery in this case on November 30, 2003.

Very truly yours,

Julianne Peck / JL

Julianne Peck

JP/tnw
Enclosure

cc:   Rosette Packer, Esquire
      William Matthews, Esquire

Established 1849

NS