**Exhibit "D"**

## TATE LAW FIRM
### ATTORNEYS AND COUNSELORS AT LAW
9085 SANDIDGE CENTER COVE
OLIVE BRANCH, MISSISSIPPI 38654
TELEPHONE: (662) 893-8833
FAX: (662) 893-8824

KYLE P. TATE, P.C.*
HOLLY E. BRADY, P.C.

*ALSO ADMITTED IN NORTH CAROLINA

December 3, 2003

*Via Facsimile*
Mr. John Chesney
DRINKER, BIDDLE & REATH, LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103

RE: *Delage Landen Financial Services, Inc. and Toshiba American Medical Systems, Inc. v. DeSoto Diagnostic Imaging, L.L.C., et. al.* Case No. 2: 02CV2810
United States District Court for the Eastern District of Pennsylvania

Dear John:

This letter is in response to the November 26, 2003 letter from Julianne Peck objecting to defendants' Fourth Request for Production of Documents and the Request for Documents contained in defendants' 30(b)(5) notice. I completely disagree with Juli's claim of untimeliness in that the requests for production of documents were absolutely proper and timely. Nevertheless, and as you know, the Court has acknowledged that the discovery period is ongoing, thus I request that you make immediate production of all the documents included in the Fourth Request for Production as your responses and documents are overdue. Additionally, I request that you produce the documents requested pursuant to defendants' 30(b)(5) by no later than December 7, 2003, otherwise, I will be forced to file a motion to compel.

Sincerely,

TATE LAW FIRM

Kyle Tate /hb
Kyle Tate

cc: Mr. William Matthews, Esq.
    Mr. Peter Boyer, Esq.