**Exhibit "F"**

## Kyle Tate

**From:** <John.Chesney@dbr.com>
**To:** <ktate@tatelawfirm.com>
**Sent:** Wednesday, December 24, 2003 8:18 AM
**Subject:** Re: meet and confer

Kyle

Two things.

First, I'm a bit behind on a filing I need to get in today and won't be able to talk at 10. I will join in the brief scheduling discussion that Pete has set up for later on. Maybe you and I should spend a couple of minutes on scheduling before that call.

Second, when you referenced the 4th document request as having been due in late November, I was confused as to what you were talking about. That request was actually untimely under the existing deadline, so we need to get you substantive (instead of just timeliness) objections as a predicate to a meet and confer. We will do that promptly.

I will be available to discuss discovery with you or your designee through New Year's. If you need to be involved and are unavailable that entire time, you can talk with Juli during the first week in January.

John

****************************************************************************

This message contains information which may be confidential and privileged.
Unless you are the addressee (or authorized to receive for the addressee),
you may not use, copy or disclose to anyone the message or any information
contained in the message. If you have received the message in error,
please advise the sender by reply e-mail@dbr.com, and delete the message.

Thank you very much.