IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DeLAGE LANDEN FINANCIAL SERVICES, INC., | : | CIVIL ACTION |
| Plaintiff, | : | NO. 02-2810 |
| and | : | |
| TOSHIBA AMERICA MEDICAL SYSTEMS, INC., | : | |
| Plaintiff/Intervenor, | : | |
| v. | : | |
| DeSOTO DIAGNOSTIC IMAGING, LLC, RANDON J. CARVEL, LYNN T. CARVEL, DELTA RADIOLOGY, P.C. and ZOBAR PROPERTIES, LLC, | : | |
| Defendants and Counter-Claimants. | : | |

## AMENDED SCHEDULING ORDER

AND NOW, this 30th day of January, 2004, an amended scheduling order in this case superseding all previous scheduling orders is entered as follows:

1. All fact discovery will be completed by March 15, 2004.

2. Rebuttal expert reports will be served by March 15, 2004.

3. Expert depositions will be completed by March 30, 2004.

4. Dispositive motions will be filed by April 12, 2004.

5. The matter is SPECIALLY LISTED for **TRIAL** on Monday, May 17, 2004 at 9:30 a.m. in Courtroom 14A.

BY THE COURT:

_____
RONALD L. BUCKWALTER, S.J.