## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| De Lage Landen Financial Services, Inc. | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION NO. 02-CV-2810 |
| | : | |
| vs. | : | |
| | : | |
| Toshiba America Medical Systems, Inc. | : | |
| | : | |
| Intervenor Plaintiff | : | |
| | : | |
| vs. | : | |
| | : | |
| DeSoto Diagnostic Imaging, LLC., Randon J. | : | |
| Carvel, Lynn T. Carvel, Delta Radiology, P.C. | : | |
| and Zobar Properties, LLC. | : | |
| | : | |
| Defendants | : | |

## DECLARATION OF COUNSEL IN OPPOSITION
## TO DEFENDANTS' MOTION FOR LEAVE TO FILE SECOND AMENDED
## AFFIRMATIVE DEFENSES AND SECOND AMENDED COUNTERCLAIMS

I, Peter J. Boyer, hereby declare as follows:

1.      I am an attorney at law, licensed to practice in the Commonwealth of Pennsylvania and the United States District Court for the Eastern District of Pennsylvania.  I am one of the attorneys of record in this matter for plaintiff De Lage Landen Financial Services, Inc ("Plaintiff").

2.      Attached hereto as Exhibit "A" is a true copy of the Scheduling Order entered by the Court dated September 19, 2002.

3.      Attached hereto as Exhibit "B" is a true copy of the Consent Order entered by the Court dated September 3, 2003

4.      Attached hereto as Exhibit "C" is a true copy of the Objections and Responses of Plaintiff/Intervenor Toshiba America Medical Systems, Inc. ("TAMS") to Plaintiff's First Request for Admissions dated April 25, 2003.

5.      Attached hereto as Exhibit "D" is a true copy of the email correspondence from counsel for Defendants, Kyle Tate, to counsel for all parties dated August 4, 2003.

6.      Attached hereto as Exhibit "E" is a true copy of the email correspondence from counsel for Defendants, Kyle Tate, to counsel for all parties dated August 18, 2003.

7.      Attached hereto as Exhibit "F" is a true copy of the Defendants' First Amended Answer and First Amended Counterclaims dated September 22, 2003.

8.      Attached hereto as Exhibit "G" is a true copy of TAMS' Answer to Defendants' First Amended Counterclaims dated October 9, 2003.

I declare this 6th day of February, 2004 and under penalty of perjury that the foregoing is true and correct.

_____
Peter J. Boyer (Attorney ID No. 25517)
McCarter & English, LLP
Mellon Bank Center
1735 Market Street, Suite 700
Philadelphia, PA 19103

Attorneys for Plaintiff
De Lage Landen Financial Services

Dated February 6, 2004