**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| De Lage Landen Financial Services, Inc. : | |
| : | CIVIL ACTION NO. 02-CV-2810 |
| Plaintiff : | |
| And : | |
| : | |
| Toshiba America Medical Systems, Inc. : | |
| : | |
| Intervenor Plaintiff : | |
| : | |
| vs. : | |
| : | |
| DeSoto Diagnostic Imaging, LLC., Randon J. | |
| Carvel, Lynne T. Carvel, Delta Radiology, | |
| P.S. and Zobar Properties, LLC. | |
| Defendants | |

## ORDER

AND NOW, this _____ day of _____ 2004, upon consideration of the motion of Defendants DeSoto Diagnostic Imaging, LLC, Randon J. Carvel, Lynn T. Carvel, Delta Radiology, PC and Zobar Properties, LLC (collectively, the "Defendants") for Leave to File Second Amended Affirmative Defenses and Second Amended Counterclaims, and the response thereto of Plaintiff De Lage Landen Financial Services, Inc., it is hereby ORDERED that the Defendants' Motion is DENIED.

By the Court:

_____
Ronald L. Buckwalter, U.S.D.J.