# Exhibit "A"

### Kyle Tate

| | |
|---|---|
| **From:** | "Kyle Tate" <ktate@tatelawfirm.com> |
| **To:** | "Chesney, John" <John.Chesney@dbr.com> |
| **Cc:** | <wmatthews@saul.com>; "Lyn Wescott" <LWescott@saul.com> |
| **Sent:** | Friday, January 30, 2004 6:22 PM |
| **Subject:** | Notice to Enforce Subpoenas |

John,

Please consider this e-mail as your notice that I will seek to enforce the subpoenas that were served on the medical facilities with the same or similar Toshiba equipment that is the subject of this case.

Thanks,

Kyle

*************************************************************************************************************

The information in this e-mail message from Tate Law Firm is PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited.