# Exhibit "B"

YKO450D14A R&F X-ray System
- Dr. Carvel began this conversation with "your table is poorly designed; it is too short for Americans". She and the technologists feel that they are constantly having the re-position the table bucky to get it out of the way.
- Dr. Carvel and Paul stated that the Toshiba Tomo Device was a terrible design. The Tomo Device was extremely difficult to position/connect and that the micro switch on the device was of poor design. After the meeting I met with three of their technologists in the Toshiba x-ray room. They were unanimous in their criticism of the Tomo Device. To demonstrate their point they conveyed an instance of a remote Toshiba AE, during a site visit, having difficulty connecting the device and damaged the micro switch. Dr Carvel stated she refused to waste her time with it, but a new physician to the group will want to use it. Although not stated to our customer, I have heard similar issues/dismay expressed by other customers relative to our Tomo design.
- Paul and a tech expressed concern about intermittent past issues with "Auto Collimation". They agreed it was repaired, but had trepidation as to it's continued reliability. The service history did reflect three calls taken relative to Auto Collimation. I confirmed again that it was working properly now. All present confirmed that it was.
- Paul King stated that he believed three bucky tray assemblies had been replaced in the system. The service history did reflect usage of three bucky trays, but our bucky trays have caused service calls. The bucky trays were recently added to the Product Issue List published by California. I confirmed with our customer that the bucky was working properly at this time. Until a redesigned bucky tray is available I expect we will encounter additional problems due to this product issue.
- Paul King noted a current problem with alignment of the stop/detent to assist in obtaining/signaling correct tube to chest stand alignment. The concern was demonstrated to me following the meeting and Greg Stalcup was advised. A Case was opened and a time being scheduled with the customer for service.

ExcelArt
- Immediately two product design issues were noted. Paul indicated that of all the vendors, our MRI systems have historically been the least user friendly. The second issue was that of inadequate position reference lines on neuro studies which was especially troublesome for neuro referring physicians.
- The issue of windowing/leveling was referenced on images sent to Dr. Carvel for review via their network. This is a known AGFA product issue, which the customer acknowledges. We confirmed the fact that the NT based fix for their network was in AGFA Beta Test and AGFA expects to release the fix in approximately two weeks. A non-TAMS issue.

**TAMS-2012**