# Exhibit "D"

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DELAGE LANDEN FINANCIAL SERVICES, INC., <br>     Plaintiff, <br><br> TOSHIBA AMERICA MEDICAL SYSTEMS, INC. <br>     Plaintiff/Intervenor, <br><br> v. <br><br> DESOTO DIAGNOSTIC IMAGING, LLC., RANDON J. CARVEL, LYNN T. CARVEL, DELTA RADIOLOGY, P.C. and ZOBAR PROPERTIES, LLC <br>     Defendants. | CIVIL ACTION NO. 2:02CV2810 <br><br> HON. RONALD L. BUCKWALTER |

**OBJECTIONS AND RESPONSES OF PLAINTIFF/INTERVENOR TOSHIBA AMERICAN MEDICAL SYSTEMS, INC. TO DEFENDANTS' SECOND REQUEST FOR PRODUCTION OF DOCUMENTS**

Plaintiff/Intervenor Toshiba America Medical Systems, Inc. ("TAMS"), by and through its undersigned attorneys and pursuant to Federal Rule of Civil Procedure 34, objects and responds to Defendants DeSoto Diagnostic Imaging, LLC, Randon J. Carvel, Lynn T. Carvel, Delta Radiology, P.C., and Zobar Properties, LLC's ("Defendants" or "DeSoto") Second Request for Production of Documents as follows:

## GENERAL OBJECTIONS

1. TAMS objects to the Requests, Instructions and Definitions to the extent that they purport to impose upon TAMS obligations different from, or beyond those, required by the Federal Rules of Civil Procedure.

2. TAMS objects to the Requests, Instructions and Definitions to the extent that they seek documents protected by the attorney-client privilege, the work product doctrine or

PHLIT\447648\1

Request Nos. 8, 9 and 10 above. TAMS repeats and incorporates by reference as if set forth fully herein its responses to Requests Nos. 8, 9 and 10.

13. Produce any and all documents relating to any agreements entered into between TAMS and DLL, wherein TAMS assigned all of its right, title and interest in and to various equipment leases, including the lease between TAMS and DDI, as well as the Guarantees executed by the guarantor defendants as stated in Memorandum of Law in Support of TAMS' Motion to Intervene as Additional Party Plaintiff on page 3 paragraph 1.

**RESPONSE:**

TAMS objects to this Request as irrelevant to the extent that it does not relate to the lease of equipment to DeSoto. To the extent that it does relate to the lease of equipment to DeSoto TAMS nevertheless objects to this Request on the ground that it is irrelevant. TAMS further objects to this Request as vague and overbroad in that it fails to set forth and describe the items requested to be reviewed "with reasonable particularity" as required by Federal Rule of Civil Procedure 34(b), and on the ground that it is duplicative of Request Nos. 8, 9 and 10 above. TAMS repeats and incorporates by reference as if fully set forth herein its responses to Request Nos. 8, 9 and 10.

14. All documents which relate in any way to DLL's alleged acquisition of the Equipment from TAMS.

**RESPONSE:**

TAMS objects to the phrase "DLL's alleged acquisition of the Equipment from TAMS" as vague, ambiguous and undefined. TAMS further objects to this Request as vague and overbroad in that it fails to set forth and describe the items requested to be reviewed "with reasonable particularity" as required by Federal Rule of Civil Procedure 34(b). TAMS also objects to this Request as irrelevant to the subject matter of this action and not reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiving these

TAMS responds that it is unaware of any non-privileged documents identified in its initial disclosures that have not been produced, but that it will produce any that DeSoto has identified.

Date: August 11, 2003

John Chesney (Attorney I.D. No. 24458)
Julianne Peck (Attorney I.D. No. 79966)
Jonathan Sturz (Attorney I.D. No. 88153)
DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996
(215) 988-1996

Attorneys for Plaintiff/Intervenor
Toshiba America Medical Systems, Inc.

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that today I caused a true and correct copy of Plaintiff/Intervenor Toshiba America Medical Systems, Inc.'s Responses and Objections to Defendants' Second Request for Production of Documents to be served upon counsel of record for all of the other parties to this proceeding by first-class United States Mail, postage prepaid, at the following addresses:

Kyle P. Tate, Esquire
9085 Sandidge Center Cove
Olive Branch, Mississippi 38654

Rosetta B. Packer, Esquire
MCCARTER & ENGLISH
Mellon Bank Center, Suite 700
1735 Market Street
Philadelphia, PA 1910-7501

William Matthews, Esquire
SAUL EWING LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102

Dated: August 11, 2003

Jonathan Sturz