# Exhibit "G"

# EXCELART Image Quality Review

An analysis of Image Quality based on a random sample of studies obtained from the U.S. installed base.

**Sample Base**

| Site | Studies Submitted | Sequences Reviewed |
|---|---|---|
| Cranford | 19 | 112 |
| Rockland | 9 | 47 |
| Summa Health | 25 | 105 |
| NMI Roxborogh | 28 | 138 |
| Garden City | 19 | 96 |
| West Florida | 14 | 23 |
| Desoto Diagnostic | 17 | 96 |
| Diagnostic Clinic Largo | 16 | 77 |
| Rapid Imaging | 23 | 131 |
| Golf | 20 | 114 |
| Childrens Denver | 17 | 82 |
| Great Plains | 19 | 71 |
| Hood River | 22 | 121 |
| SDMI | 14 | 58 |

**Studies Reviewed** 262
**Sequences Reviewed** 1271

**Criteria for Review**

Image critique was based on the 4 components of MRI Image Quality

### Artifacts

| Score | Description |
|---|---|
| 1 | Severe, rendering image non-diagnostic |
| 2 | Acceptable, considered classic-typical (e.g. Gibbs) |
| 3 | No manifestation |

### Tissue Contrast

| Score | Description |
|---|---|
| 1 | Tissue shading/intensity insufficient |
| 2 | Tissue shading/intensity acceptable |
| 3 | Tissue shading/intensity optimal |

### Spatial Resolution

| Score | Description |
|---|---|
| 1 | Non-delineation of small anatomic structures |
| 2 | Delineation of some small anatomic structures |
| 3 | Clear delineation of all small anatomic structures |

### Signal to Noise

| Score | Description |
|---|---|
| 1 | Noise in image and background |
| 2 | Noise in background only |
| 3 | Noise is minimal or absent in image |

TAMS-233