# Exhibit "I"

Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 2
 3

    DELAGE LANDEN FINANCIAL SERVICES,         )
 4  INC.,                                     )
                                              )
 5              Plaintiff,                    )
                                              )
 6  TOSHIBA AMERICA MEDICAL SERVICES,         )
    INC.,                                     )
 7                                            )
                Plaintiff/Intervenor,         )
 8                                            )
                                              )
 9  VS.                              NO. 02-02CV2810
                                              )
10                                            )
    DESOTO DIAGNOSTIC IMAGING, LLC,;           )
11  RANDON J. CARVEL; LYNN T. CARVEL;         )
    DELTA RADIOLOGY, PC; AND ZOBAR            )
12  PROPERTIES, LLC,                          )
                                              )
13              Defendants.                   )
14
15
16                    DEPOSITION
17                        OF
18                   PAMELA PAULK
19                FEBRUARY 3, 2004
20
21
              ALPHA REPORTING CORPORATION
22              Lisa Mayo, RMR, CRR
         100 North Main Building, The Lobby
23             Memphis, Tennessee 38103
                  (901) 523-8974
24
```

1   question and she responded very quickly.  I don't
2   know that the witness actually heard and
3   understood the question.
4               MS. PECK:  Okay.  Let me rephrase
5   that.  And Kyle, I would ask that you just make
6   your objections and not have long drawn out
7   speaking objections.
8   BY MS. PECK:
9       Q.      Did you find that the longer you used
10  the equipment, it locked up less frequently?
11      A.      Yes, ma'am.
12      Q.      And why was that?
13      A.      I figured out what not to do to keep
14  it from locking up.
15      Q.      Okay.  And how would you describe your
16  overall experience with the CT?  Did you feel it
17  was a good machine?
18      A.      Yes.  I enjoyed working on it after I
19  learned how to operate it and what not to do to
20  lock it up.
21      Q.      Okay.  Did you feel that it produced
22  good images?
23      A.      Yes, ma'am.
24      Q.      Okay.  How did the images that the CT

1  produced compare to images that you were used to
2  seeing on the GE CT or the Picker CT that you had
3  used in the past?
4      A.      They were compatible.
5      Q.      Okay. How did the images -- well,
6  strike that.
7              How did your overall experience
8  with the Toshiba CT compare to your overall
9  experience with the GE and Picker CT that you had
10 used in the past?
11     A.      It was compatible.
12     Q.      Okay.
13     A.      The software is a little harder to
14 use, but other than that, once you learn it, it's
15 a good piece of equipment.
16     Q.      Okay. Now, at some point, the Toshiba
17 equipment was replaced with, I think you said a
18 Siemens CT?
19     A.      Yes, ma'am.
20     Q.      How did the images that were produced
21 on the Siemens CT compare to the images that were
22 produced on the Toshiba CT?
23     A.      It was a faster machine, the Siemens
24 was. It had a bigger tube. It was

```
 1   multidetector, so it's in a whole different
 2   league.
 3        Q.     Okay.  And how did that affect the
 4   images that were produced?
 5        A.     It was a better piece of equipment,
 6   but again, it was more expensive.  It was
 7   multidetector.  The Toshiba was single.
 8        Q.     Okay.
 9        A.     Y'all have multidetectors.  I'm sure
10   if that was a multidetector equipment I was
11   working on with a Toshiba, it would be, you know,
12   the same.
13        Q.     Okay.  Did you ever witness an
14   equipment malfunction on the CT that prevented a
15   patient's scan from being completed as scheduled?
16        A.     Yes.
17        Q.     Okay.  How many times?
18        A.     I could not tell you.  I mean, I know
19   it locked up a few times in the middle of exams.
20   I cannot remember how many.
21        Q.     Now, if it locked up, would the
22   patient go home or would you reboot and -- and
23   restart the scan?
24        A.     I know we had occasions where the
```