# Exhibit "K"

# TATE LAW FIRM
### ATTORNEYS AND COUNSELORS AT LAW
9085 SANDIDGE CENTER COVE
OLIVE BRANCH, MISSISSIPPI 38654
TELEPHONE: (662) 893-8833
FAX: (662) 893-8824

KYLE P. TATE, P.C.*  
HOLLY E. BRADY, P.C.

*ALSO ADMITTED IN NORTH CAROLINA

February 11, 2004

*Via Facsimile*
Mr. Thomas Lewis, Esquire
Armstrong Allen, PLLC
80 Monroe Avenue, Suite 700
Memphis, TN 38103

Re: *De Lage Landen Financial Services, Inc. and Toshiba America Medical Systems, Inc. v. DeSoto Diagnostic Imaging, LLC, et al*, U.S.D.C. Eastern District of Pennsylvania No. 2:02CV2810

Dear Mr. Lewis:

This will confirm your recent telephone conversations with this firm regarding the subpoena directed to Donald Owens, M.D. You have indicated that Dr. Owens is unavailable on Friday, February 13, 2004 due to a conflict with his work schedule, but that Dr. Owens has agreed to provide his deposition testimony on Friday, February 27, 2004 at St. Francis Hospital based upon the previously-issued subpoena. You have also indicated that you have reserved the Laboratory Conference Room of St. Francis Hospital beginning at 8:30 a.m. on February 27, 2004 for Dr. Owens' deposition. I have made arrangements to have a court reporter and videographer present at that time as well. Please find enclosed an amended deposition notice setting forth the above. I appreciate your cooperation regarding this matter.

Sincerely,

TATE LAW FIRM

Holly E. Brady

Enclosure

cc: John Chesney, Esq., Drinker, Biddle & Reath, LLP
    Julianne Peck, Esq., Drinker, Biddle & Reath, LLP

Thomas W. Lewis, Esq.
February 11, 2004
Page 2

    Jonathan Sturz, Esq., Drinker, Biddle & Reath, LLP
    Peter Boyer, Esq., McCarter & English, LLP
    Rosetta Packer, Esq., McCarter & English, LLP
    Lynanne Wescott, Esq., Saul Ewing, LLP
    William Matthews, Esq., Saul Ewing, LLP

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DELAGE LADEN FINANCIAL SERVICES, INC., : <br>     Plaintiff, : <br> : <br> TOSHIBA AMERICA MEDICAL SYSTEMS, INC., : <br>     Plaintiff/Intervenor, : <br> : <br> vs. : <br> : <br> DESOTO DIAGNOSTIC IMAGING, LLC, : <br> RANDON J. CARVEL, LYNN T. CARVEL, : <br> DELTA RADIOLOGY, PC AND : <br> ZOBAR PROPERTIES, LLC, : <br>     Defendants and <br>     Counter-Claimants. : | CIVIL ACTION NO. 2:02CV2810 |

## AMENDED NOTICE OF DEPOSITION

To:    DONALD OWENS, M.D.
       c/o Thomas Lewis, Esquire
       Armstrong Allen, PLLC
       80 Monroe Avenue, Suite 700
       Memphis, TN 38103

The oral deposition of **DONALD OWENS, M.D.** will be taken on **February 27, 2004 at 8:30 a.m.** at the Laboratory Conference Room of St. Francis Hospital, 5959 Park Avenue, Memphis, TN 38119, recorded by video and stenographic means, before a duly qualified court reporter pursuant to Rule 30 of the Federal Rules of Civil Procedure.

By: *Holly E. Brady*
Holly E. Brady
TATE LAW FIRM
9085 Sandidge Center Cove
Olive Branch, MS 38654
(662) 893-8833

*Amended Notice of Deposition*
*Donald Owens, M.D.*
*Page 2 of 2*

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that the foregoing has been served upon the attorney of record for all other parties in this proceeding and upon parties not represented by attorneys by telefax or by delivering a copy of this pleading to the attorney or party personally, or to the offices of such attorney or party, or by placing a copy in the U.S. Mail addressed to such attorney or party named below at his office with sufficient prepaid postage on this 11th day of February, 2004.

Mr. John Chesney
Ms. Julianne Peck
Mr. Jonathan Sturz
DRINKER BIDDLE & REATH, LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA  19103-6996

Mr. Peter Boyer
Ms. Rosetta Packer
MCCARTER & ENGLISH, LLP
Mellon Bank Center, Suite 700
1735 Market Street
Philadelphia, PA  19103-7501

_____
Holly E. Brady