**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

DeLAGE LANDEN FINANCIAL : CIVIL ACTION
SERVICES, INC., :
          Plaintiff : NO.  02-2810
           :
   and :
           :
TOSHIBA AMERICA MEDICAL :
SYSTEMS, INC., :
          Plaintiff/Intervenor :
           :
   v. :
           :
DeSOTO DIAGNOSTIC IMAGING, LLC, :
RANDON J. CARVEL, LYNN T. :
CARVEL, DELTA RADIOLOGY, P.C. :
and ZOBAR PROPERTIES, LLC, :
          Defendants and Counter- :
          Claimants :

**<u>ORDER</u>**

      AND NOW, this 17th day of February, 2004, upon consideration of the Motion of

Plaintiff/Intervenor Toshiba America Medical Systems, Inc. (TAMS) for Protective Order

(Docket No. 94), and after a telephone conference this day with counsel for Plaintiff/Intervenor

and Defendants, it is hereby ORDERED that said Motion is GRANTED.

      It is further ORDERED that Defendants shall forthwith withdraw, and shall make

no effort to enforce, the subpoena they have issued to Donald Owens, M.D. and all subpoenas

that they have issued to third-party TAMS customers.

      It is further ORDERED that Defendants shall not issue any subpoenas to, or

otherwise seek to take discovery of, past or present TAMS customers except pursuant to Order of

this Court upon good cause shown.  Such order may issue after the court has considered a motion

of Defendants with respect to TAMS' customers which Defendants wish to depose and TAMS'

response thereto.

BY THE COURT:

_____

 RONALD L. BUCKWALTER, S.J.