IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DeLAGE LANDEN FINANCIAL SERVICES, INC., | : : | |
| Plaintiff | : : | CIVIL ACTION NO. 02-CV-2810 |
| and | : : | |
| TOSHIBA AMERICA MEDICAL SYSTEMS, INC., | : : | |
| Plaintiff/Intervenor | : : : | |
| v. | : : | |
| DeSOTO DIAGNOSTIC IMAGING, LLC, RANDON J. CARVEL, LYNN T. CARVEL, DELTA RADIOLOGY, P.C. and ZOBAR PROPERTIES, LLC, | : : : : | |
| Defendants and Counter-Claimants | : : | |

**ORDER**

AND NOW, on this __ day of February, 2004, upon consideration of Defendants' Motion to Compel Discovery Directed to Plaintiff Intervenor Toshiba America Medical Systems, Inc. (Docket No. 89), and Plaintiff Intervenor's Opposition to Defendants' Motion to Compel (Docket No. 96), Defendants' Motion to Compel Discovery is **GRANTED** in part and **DENIED** in part.

Specifically:

1. With respect to Document Request Nos. 108 and 129, the motion is **GRANTED** and Plaintiff Intervenor is directed to produce all documents responsive to these requests.

2. With respect to all other document requests propounded, the motion is **DENIED**, as such requests are overbroad and outside the scope of permissible discovery as previously defined

by the court to the respective parties.

    Plaintiff Intervenor shall comply with this order by March 5, 2004.

BY THE COURT:

_____<br>RONALD L. BUCKWALTER, J.