IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DeLAGE LANDEN FINANCIAL SERVICES, INC.,<br>　　　　Plaintiff<br><br>　and<br><br>TOSHIBA AMERICA MEDICAL SYSTEMS, INC.,<br>　　　　Plaintiff/Intervenor<br><br>　　v.<br><br>DeSOTO DIAGNOSTIC IMAGING, LLC, RANDON J. CARVEL, LYNN T. CARVEL, DELTA RADIOLOGY, P.C. and ZOBAR PROPERTIES, LLC,<br>　　　　Defendants and Counter-Claimants | CIVIL ACTION NO. 02-CV-2810 |

**ORDER**

AND NOW, on this 4th day of March, 2004, upon consideration of Plaintiff/Intervenor's Letter of March 3rd, 2004, which the court considers to be a petition to re-open the Desoto 30(b)(6) deposition, and Defendant's letter of March 3rd, 2004, which the court considers to be its opposition to Plaintiff/Intervenor's petition, the Plaintiff/Intervenor's petition is **GRANTED**. An examination of the exhibits attached to Defendant's March 3rd letter to the court provides sufficient good cause to re-open Desoto's deposition. The parties shall schedule this deposition before the end of the discovery period, as the Court will not entertain further discovery extensions.

　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　RONALD L. BUCKWALTER, J.