**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DE LAGE LANDEN FINANCIAL SERVICES, INC., | : | |
| Plaintiff, | : | CIVIL ACTION NO. 2:02CV2810 |
| | : | |
| TOSHIBA AMERICA MEDICAL SYSTEMS, INC., | : | |
| Plaintiff/Intervenor, | : | |
| | : | |
| v. | : | |
| | : | |
| DESOTO DIAGNOSTIC IMAGING, LLC, RANDON J. CARVEL, LYNN T. CARVEL, DELTA RADIOLOGY, PC and ZOBAR PROPERTIES, LLC, | : | |
| Defendants and Counter-Claimants. | : | |

**NOTICE OF CHANGE OF ADDRESS**

I continue to represent all Defendants in this matter. Kindly note my change of address:

The Wescott Law Firm P.C.
Two Penn Center Plaza, Suite 200
Philadelphia, PA  19102
(215) 854-4083
(215) 755-7660
(215) 755-7665 Telecopier
lynannewescott@comcast.net

                         Respectfully Submitted,

By:    LBW227
        Lynanne B. Wescott
        Attorney ID #52928

Dated: March 13, 2004

-2-

## **CERTIFICATE OF SERVICE**

I certify that I am this day serving a copy of the attached Notice of Change of Address upon the persons and in the manner indicated below:

Service by *first-class mail*, postage prepaid to:

Mr. John Chesney
Ms. Julianne Peck
Mr. Jonathan Sturz
DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996

Mr. Peter Boyer
Ms. Rosetta B. Packer
MCCARTER & ENGLISH, LLP
Mellon Bank Center, Suite 700
1735 Market Street
Philadelphia, PA 19103-7501

                LBW227
                Lynanne B. Wescott

Dated: March 13, 2004