**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

DELAGE LANDEN FINANCIAL
SERVICES, INC., ET AL                          :
                                               :
                                               :
            v.                                 :        CIVIL ACTION NO.
                                               :        2:02CV2810
                                               :
DESOTO DIAGNOSITC                              :
IMAGING LLC ET AL                              :

**NOTICE OF CHANGE OF ADDRESS AND ENTRY OF APPEARANCE**

    I am co-counsel for the defendants, kindly re-enter my appearance as set

forth below and change my address as follows:

The Wescott Law Firm P.C.
Two Penn Center Plaza, Suite 200
Philadelphia, PA   19102
Telephone 215-854-4083, 215-755-6330
Telecopier 215-755-6335
Lynannewescott@comcast.net

Respectfully submitted,

LBW227
Lynanne B. Wescott

Dated:

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing Notice of Change of Address was served upon the

following by first class United States mail, postage prepaid:


John Chesney, Esquire
Drinker Biddle & Reath LLP
One Logan Square
18th and Cherry Sts.
Philadelphia, PA   19103

Peter Boyer, Esquire
McCarter & English LLP
Mellon Bank Center, Suite 700
Philadelphia, PA   19103


LBW227_____
Lynanne B. Wescott

Dated: