IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DeLAGE LANDEN FINANCIAL SERVICES, INC.,<br>　　　Plaintiff<br><br>　　and<br><br>TOSHIBA AMERICA MEDICAL SYSTEMS, INC.,<br>　　　Plaintiff/Intervenor<br><br>　　v.<br><br>DeSOTO DIAGNOSTIC IMAGING, LLC, RANDON J. CARVEL, LYNN T. CARVEL, DELTA RADIOLOGY, P.C. and ZOBAR PROPERTIES, LLC,<br>　　　Defendants and Counter-Claimants | CIVIL ACTION NO. 02-2810 |

**ORDER**

AND NOW, this 24th day of March, 2004, upon consideration of Plaintiff/Intervenor Toshiba America Medical Systems, Inc.'s ("TAMS") Renewed Motion for Protective Order and to Vacate Deposition Notice of Hiromitsu Igarashi and for Sanctions (Docket No. 100) and Defendants' Response thereto (Docket No. 101), it is hereby **ORDERED** that TAMS' motion is **DENIED**, as Defendants have withdrawn their deposition notice to Hiromitsu Igarashi and TAMS' motion is now moot. It is further **ORDERED** that TAMS' request for sanctions is **DENIED**.

BY THE COURT:

_____
RONALD L. BUCKWALTER, J.