IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| De Lage Landen Financial Services, Inc. : <br> : <br> Plaintiff : <br> and : <br> : <br> Toshiba America Medical Systems, Inc. : <br> : <br> Intervenor Plaintiff : <br> : <br> vs. : <br> : <br> DeSoto Diagnostic Imaging, LLC., Randon J. Carvel, Lynn T. Carvel, Delta Radiology, P.C. and Zobar Properties, LLC. : <br> : <br> Defendants | CIVIL ACTION NO. 02-CV-2810 <br><br> HON. RONALD L. BUCKWALTER |

### DE LAGE LANDEN FINANCIAL SERVICES, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST GUARANTOR DEFENDANTS

Plaintiff, De Lage Landen Financial Services, Inc. ("DLL"), by and through its undersigned attorneys, moves this Honorable Court pursuant to Federal Rule of Civil Procedure 56 for partial summary judgment against Defendants **Randon J. Carvel, Lynn T. Carvel, Delta Radiology, P.C. and Zobar Properties, LLC**, ("Guarantor Defendants") for the relief set forth in the form of Order attached hereto. In support of its Motion, DLL relies upon the accompanying Memorandum of Law and Appendix of Exhibits in support thereof, which are incorporated herein by reference.

Dated: April 12, 2004

                                          Rosetta B. Packer (Attorney ID No. 28357)
                                          Peter J. Boyer (Attorney ID No. 25517)
                                          Kevin J. Burke (Attorney ID No. 87214)
                                          MCCARTER & ENGLISH, LLP
                                          Mellon Bank Center
                                          1735 Market Street, Suite 700
                                          Philadelphia, PA 19103
                                          (215) 979-3800

                                          Attorneys for Plaintiff

De Lage Landen Financial Services, Inc.