IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| De Lage Landen Financial Services, Inc.<br><br>Plaintiff<br><br>and<br><br>Toshiba America Medical Systems, Inc.<br><br>Intervenor Plaintiff<br><br>vs.<br><br>DeSoto Diagnostic Imaging, LLC., Randon J. Carvel, Lynn T. Carvel, Delta Radiology, P.C. and Zobar Properties, LLC.<br><br>Defendants | CIVIL ACTION NO. 02-CV-2810<br><br>HON. RONALD L. BUCKWALTER |

<u>DE LAGE LANDEN FINANCIAL SERVICES, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST INTERVENOR PLAINTIFF TOSHIBA AMERICA MEDICAL SYSTEMS, INC.</u>

Plaintiff, De Lage Landen Financial Services, Inc. ("DLL"), by and through its undersigned attorneys, moves this Honorable Court pursuant to Federal Rule of Civil Procedure 56 for partial summary judgment against Intervenor Plaintiff **Toshiba America Medical Systems, Inc.**, for the relief requested in the accompanying Memorandum of Law, Proposed Order, and Appendix of Exhibits in support thereof, which are incorporated herein by reference.

Dated: April 12, 2004

                                                    Peter J. Boyer (Attorney ID No. 25517)
                                                  Rosetta B. Packer (Attorney ID No. 28357)
                                                  Kevin J. Burke (Attorney ID No. 87214)
                                                  MCCARTER & ENGLISH, LLP
                                                  Mellon Bank Center
                                                  1735 Market Street, Suite 700
                                                  Philadelphia, PA 19103
                                                  (215) 979-3800

                                                  Attorneys for Plaintiff
                                                  De Lage Landen Financial Services, Inc.