IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| De Lage Landen Financial Services, Inc. | : |
|                 Plaintiff | : CIVIL ACTION NO. 02-CV-2810 |
| and | : HON. RONALD L. BUCKWALTER |
| Toshiba America Medical Systems, Inc. | : |
|                 Intervenor Plaintiff | : |
| vs. | : |
| DeSoto Diagnostic Imaging, LLC., Randon J. Carvel, Lynn T. Carvel, Delta Radiology, P.C. and Zobar Properties, LLC. | : |
| Defendants | |

### DE LAGE LANDEN FINANCIAL SERVICES, INC.'S MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANTS DESOTO DIAGNOSTIC IMAGING, LLC, RANDON J. CARVEL, LYNN T. CARVEL, DELTA RADIOLOGY, P.C. AND ZOBAR PROPERTIES, LLC

Plaintiff, De Lage Landen Financial Services, Inc. ("DLL"), by and through its undersigned attorneys, moves this Honorable Court pursuant to Federal Rule of Civil Procedure 56 for summary judgment against Defendants **DeSoto Diagnostic Imaging, LLC, Randon J. Carvel, Lynn T. Carvel, Delta Radiology, P.C. and Zobar Properties, LLC**.  In support of its Motion, DLL relies upon the accompanying Memorandum of Law and Appendix of Exhibits in support thereof, which are incorporated herein by reference.  The grounds for the motion and the specific relief sought are set forth in the Memorandum of Law and Proposed Form of Order, which is also being submitted with this Motion.

Dated: April 12, 2004

                                                Rosetta B. Packer (Attorney ID No. 28357)
                                                Peter J. Boyer (Attorney ID No. 25517)
                                                Kevin J. Burke (Attorney ID No. 87214)

MCCARTER & ENGLISH, LLP
Mellon Bank Center
1735 Market Street, Suite 700
Philadelphia, PA 19103
(215) 979-3800

Attorneys for Plaintiff
De Lage Landen Financial Services, Inc.

PH1: 477259.01