IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DeLAGE LANDEN FINANCIAL SERVICES, INC., : | |
| Plaintiff : | CIVIL ACTION NO. 02-2810 |
| and : | |
| TOSHIBA AMERICA MEDICAL SYSTEMS, INC., : | |
| Plaintiff/Intervenor : | |
| v. : | |
| DeSOTO DIAGNOSTIC IMAGING, LLC, RANDON J. CARVEL, LYNN T. CARVEL, DELTA RADIOLOGY, P.C. and ZOBAR PROPERTIES, LLC, : | |
| Defendants and Counter-Claimants : | |

**ORDER**

AND NOW, this 29th day of April, 2004, upon consideration of Defendants' Motion for Sanctions (Docket No. 114) and Plaintiff's Opposition thereto (Docket No. 117), it is hereby **ORDERED** that Defendants' motion is **DENIED.**

BY THE COURT:

_____
RONALD L. BUCKWALTER, S.J.