IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DeLAGE LANDEN FINANCIAL SERVICES, INC., <br>     Plaintiff <br><br> and <br><br> TOSHIBA AMERICA MEDICAL SYSTEMS, INC., <br>     Plaintiff/Intervenor <br><br> v. <br><br> DeSOTO DIAGNOSTIC IMAGING, LLC, RANDON J. CARVEL, LYNN T. CARVEL, DELTA RADIOLOGY, P.C. and ZOBAR PROPERTIES, LLC, <br>     Defendants and Counter-Claimants | CIVIL ACTION NO. 02-2810 |

**ORDER**

AND NOW, this  3rd  day of May, 2004, upon consideration of Plaintiff De Lage Landen Financial Services, Inc.'s Motion for Sanctions (Docket No. 121) and Intervenor Toshiba America Medical Systems, Inc.'s Motion for Sanctions (Docket No. 122), it is hereby **ORDERED** that Defendants respond to these motions by the close of business on Wednesday May 5, 2004.

BY THE COURT:

_____
RONALD L. BUCKWALTER, S.J.