|  |  |  |
|---|---|---|
| DELAGE LANDEN FINANCIAL SERVICES, INC., | : : : | |
| Plaintiff, | : : | |
| TOSHIBA AMERICA MEDICAL SYSTEMS, INC. | : : : | |
| Plaintiff/Intervener, | : : | |
| v. | : : | CIV. A. NO. 2:02CV2810 |
| DESOTO DIAGNOSTIC IMAGING, LLC., et al. | : : | |
| Defendants and Counter-Claimants | : : : | |

**DEFENDANTS' PROPOSED VOIR DIRE**

Defendants respectfully request, pursuant to Rule 24(a) of the Federal Rules of Civil Procedure, that the Court include the following in its voir dire of prospective jurors: Have you read or heard of the facts or circumstances of this case? If yes, what have you heard? What or who was the source of your information?

1. Have you read or heard of the facts or circumstances of this case? If yes, what have you heard? What or who was the source of your information?

2. Do you know any of the parties or the lawyers in this case? The witnesses?

3. Have you formed an opinion about this case? Has anyone discussed the case with you in any way?

4. Do you have any strong feelings for or against large corporations?

5. Do you have any strong feelings for or against doctors?

6. Do you have any strong feelings about women bosses?

7. Would you rather work for a man or a woman?

8. Have you or has anyone in your family ever had a job in the medical equipment sales industry? If so, what type of job?

9. Have you or has anyone in your family ever had a job in the healthcare industry? If so, what type of job?

10. Have you or has anyone in your family ever had a job in the finance industry?

11. Have you ever owned your own business?

12. Do you have any preconceptions about people from Tennessee or Mississippi?

13. Have you, or has anyone in your family, had legal training?

14. Have you or has anyone in your family ever worked for a lawyer or with the legal profession? If yes, what was the nature of this employment?

15. Have you ever had any sort of illness that required the services of a radiologist? Did you have a good or bad experience with the radiologist?

16. What is the highest level of education that you have completed?

17. Have you ever served on a jury before today? What court? Were you a juror in a civil case or criminal case? If civil, what was the nature of the case? Did it result in an award for the plaintiff?

18. Is there anything about your previous experience as a juror or with the judicial system which would make you not want to sit on a jury today?

19. Have you ever been a witness in a trial? If yes, what type of case?

20. Have you ever sued anyone or been sued? If yes, what type of case?

21. Have you ever leased a car or other item that failed to perform properly? Was that car or other item ever subject to collection?

22. What organizations do you belong to?

23. What magazines do you subscribe to?

24. What newspapers do you regularly read?

                    Respectfully submitted,

                    _____
                    Lynanne B. Wescott
                    The Wescott Law Firm P.C.
                    Two Penn Center Plaza, Suite 200
                    Philadelphia, PA   19102
                    (215) 755-6330

                    Kyle P. Tate
                    for TATE LAW FIRM
                    9085 Sandidge Center Cove
                    Olive Branch, MS 38654
                    (662) 893-8833

                    William Matthews
                    SAUL EWING LLP
                    Center Square West
                    1500 Market Street, 38th Fl.
                    Philadelphia, PA 19102-2186
                    (215) 972-7106

                    Attorneys for Defendants
                    DeSoto Diagnostic
                    Imaging, LLC, *et al*

Dated:  May         , 2004

CERTIFICATE OF SERVICE

I certify that, on this date, copies of the foregoing Defendants' Proposed Voir Dire was served by hand delivery to the following:

>Mr. John Chesney
>Ms. Julianne Peck
>Mr. Jonathan Sturz
>DRINKER BIDDLE & REATH LLP
>One Logan Square
>18th & Cherry Streets
>Philadelphia, PA 19103-6996
>
>Mr. Peter Boyer
>Ms. Rosetta B. Packer
>MCCARTER & ENGLISH, LLP
>Mellon Bank Center, Suite 700
>1735 Market Street
>Philadelphia, PA 19103-7501

_____

Dated: May        , 2004