IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DeLAGE LANDEN FINANCIAL SERVICES, INC., : <br>       Plaintiff : <br> : <br> and : <br> : <br> TOSHIBA AMERICA MEDICAL SYSTEMS, INC., : <br>       Plaintiff/Intervenor : <br> : <br>       v. : <br> : <br> DeSOTO DIAGNOSTIC IMAGING, LLC, : <br> RANDON J. CARVEL, LYNN T. CARVEL, DELTA RADIOLOGY, P.C. : <br> and ZOBAR PROPERTIES, LLC, : <br>       Defendants and Counter- Claimants : | CIVIL ACTION NO. 02-2810 |

**ORDER**

AND NOW, this 5th day of May, 2004, upon consideration of Intervenor Toshiba America Medical Systems, Inc.'s Motion for Summary Judgment (Docket No.112) and Defendants' Opposition thereto (Docket No. 119), the Court finds that Pennsylvania substantive law applies with regard to all claims, and it is hereby **ORDERED** that Intervenor's motion is **DENIED.**

                                                BY THE COURT:

                                                _____
                                                RONALD L. BUCKWALTER, S.J.