IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DeLAGE LANDEN FINANCIAL SERVICES, INC., <br>     Plaintiff <br><br> and <br><br> TOSHIBA AMERICA MEDICAL SYSTEMS, INC., <br>     Plaintiff/Intervenor <br><br> v. <br><br> DeSOTO DIAGNOSTIC IMAGING, LLC, RANDON J. CARVEL, LYNN T. CARVEL, DELTA RADIOLOGY, P.C. and ZOBAR PROPERTIES, LLC, <br>     Defendants and Counter-Claimants | CIVIL ACTION NO. 02-2810 |

**ORDER**

AND NOW, this 5th day of May, 2004, upon consideration of Defendants' Motion to Dismiss Plaintiff's Claims (Docket No. 106) and Plaintiff De Lage Landen Financial Services, Inc.'s Opposition thereto (Docket No. 115), it is hereby **ORDERED** that Defendants' motion is **DENIED.**

BY THE COURT:

_____
RONALD L. BUCKWALTER, S.J.