IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DeLAGE LANDEN FINANCIAL SERVICES, INC., | : | |
| Plaintiff | : | CIVIL ACTION NO. 02-CV-2810 |
| and | : | |
| TOSHIBA AMERICA MEDICAL SYSTEMS, INC., | : | |
| Plaintiff/Intervenor | : | |
| v. | : | |
| DeSOTO DIAGNOSTIC IMAGING, LLC, RANDON J. CARVEL, LYNN T. CARVEL, DELTA RADIOLOGY, P.C. and ZOBAR PROPERTIES, LLC, | : | |
| Defendants and Counter-Claimants | : | |

## ORDER

AND NOW, on this 5th day of May, 2004, upon consideration of Plaintiff's Motion for Partial Summary Judgment against Guarantor Defendants Randon J. Carvel, Lynn T. Carvel, Delta Radiology, P.C. and Zobar Properties, LLC (Docket No. 108), and Defendants' Opposition thereto (Docket No. 119), the Court finds that Pennsylvania substantive law applies with regard to all claims and it is **ORDERED** that Plaintiff's Motion is **DENIED**.

BY THE COURT:

_____
RONALD L. BUCKWALTER, S.J.