IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DeLAGE LANDEN FINANCIAL SERVICES, INC., : Plaintiff : : and : : TOSHIBA AMERICA MEDICAL SYSTEMS, INC., : Plaintiff/Intervenor : : v. : : DeSOTO DIAGNOSTIC IMAGING, LLC, : RANDON J. CARVEL, LYNN T. : CARVEL, DELTA RADIOLOGY, P.C. : and ZOBAR PROPERTIES, LLC, : Defendants and Counter- : Claimants : | CIVIL ACTION NO. 02-2810 |

## ORDER

AND NOW, this 5th day of May, 2004, upon consideration of Plaintiff De Lage Landen Financial Services, Inc.'s Motion for Summary Judgment (Docket No. 109) and Intervenor Toshiba America Medical Systems, Inc.'s Opposition thereto (Docket No. 120), it is hereby **ORDERED** that Plaintiff's motion is **DENIED**, as genuine issues of fact exist regarding the recourse payment, and Plaintiff has prematurely sought indemnification.

BY THE COURT:

_____
RONALD L. BUCKWALTER, S.J.