**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| De Lage Landen Financial Services, Inc. | : | |
| | : | CIVIL ACTION NO. 02-CV-2810 |
| Plaintiff | : | |
| and | : | HON. RONALD L. BUCKWALTER |
| | : | |
| Toshiba America Medical Systems, Inc. | : | |
| | : | |
| Intervenor Plaintiff | : | |
| | : | |
| vs. | : | |
| | : | |
| DeSoto Diagnostic Imaging, LLC., Randon J. Carvel, Lynn T. Carvel, Delta Radiology, P.C. and Zobar Properties, LLC. | : | |
| | : | |
| Defendants | : | |
| | : | |

## **ORDER**

AND NOW, upon consideration of Defendants' Motion in Limine to Preclude Evidence Related to the Master Lease, or in the alternative, to instruct the jury that the Master Lease is not an effective or binding contract ("Motion in Limine"), and the Response of Plaintiff, DeLage Landen Financial Services, Inc., thereto, and the record before this Court, it is hereby ORDERED that Defendants' Motion in Limine is DENIED, with prejudice.

BY THE COURT:

_____
HONORABLE RONALD L. BUCKWALTER

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| De Lage Landen Financial Services, Inc. | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 02-CV-2810 |
| v. | : | |
| | : | Honorable Ronald L. Buckwalter |
| Toshiba America Medical Systems, Inc. | : | |
| | : | |
| Intervenor Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DeSoto Diagnostic Imaging, LLC., Randon J. Carvel, Lynn T. Carvel, Delta Radiology, P.C. and Zobar Properties, LLC. | : : : | |
| | : | |
| Defendants. | : | |

---

**PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO
DEFENDANTS' MOTION IN LIMINE TO PRECLUDE EVIDENCE RELATED TO
THE MASTER LEASE AGREEMENT**

---

      **McCARTER & ENGLISH, LLP**
      Rosetta B. Packer (Attorney ID No. 28357)
      Peter J. Boyer (Attorney ID No. 25517)
      Kevin J. Burke (Attorney ID No. 87214 )
      Mellon Bank Center
      1735 Market Street, Suite 700
      Philadelphia, PA 19103
      (215) 979-3800

      Attorneys for Plaintiff
      De Lage Landen Financial Services, Inc

I. **PRELIMINARY STATEMENT AND PROCEDURAL HISTORY**

Plaintiff, De Lage Landen Financial Services, Inc. ("DLL") hereby relies upon the facts sets forth in the Statement of Undisputed Facts set forth in DLL's Memorandum of Law in Support of DLL's Opposition to Defendants' Motion for Summary Judgment Against DLL, a copy of which is attached hereto as Exhibit "A".

II. **ARGUMENT**

   A. **The Court Has Already Denied Defendants' Arguments Regarding The Validity Of The Master Lease.**

Defendants argue in their memorandum of law in support of their Motion in Limine to Preclude Evidence Related to the Master Lease ("Motion in Limine") that the Master Lease was never effective. Defendants raised the exact same arguments, almost verbatim, in their memorandum of law in support of their motion for summary judgment against DLL filed on April 12, 2004. On May 5, 2004, this Court denied Defendants' motion for summary judgment against DLL in its entirety. For the same reasons, Defendants' Motion in Limine must be denied.

   B. **The Master Lease Was Properly Executed.**

DLL opposes Defendants' requests to preclude the Master Lease as evidence at trial and Defendants' alternative request for a limiting instruction informing the jury that the Master Lease is not an effective or binding contract and relies upon the legal arguments set forth in its Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment, attached hereto as Exhibit "A".

## II.     CONCLUSION

For the foregoing reasons, DLL respectfully requests that Defendants' Motion in Limine to Preclude Evidence Related to the Master Lease Agreement be denied.

                                                **Respectfully submitted**
                                                **McCARTER & ENGLISH, LLP**

                                                _____
                                                Rosetta B. Packer (Attorney ID No. 28357)
                                                Peter J. Boyer (Attorney ID No. 25517)
                                                Kevin J. Burke (Attorney ID No. 87214 )
                                                Mellon Bank Center
                                                1735 Market Street, Suite 700
                                                Philadelphia, PA 19103
                                                (215) 979-3800

                                                Attorneys for Plaintiff
Dated: May 12, 2004                       De Lage Landen Financial Services, Inc

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| De Lage Landen Financial Services, Inc. : | |
| : | CIVIL ACTION NO. 02-CV-2810 |
| Plaintiff : | |
| and : | HON. RONALD L. BUCKWALTER |
| : | |
| Toshiba America Medical Systems, Inc. : | |
| : | |
| Intervenor Plaintiff : | |
| : | |
| vs. : | |
| : | |
| DeSoto Diagnostic Imaging, LLC., Randon J. : | |
| Carvel, Lynn T. Carvel, Delta Radiology, P.C. : | |
| and Zobar Properties, LLC. : | |
| Defendants : | |

**CERTIFICATE OF SERVICE**

      I, Peter J. Boyer, Esquire, hereby certify that on May 12, 2004, I caused a true copy of the foregoing Plaintiff's Memorandum of Law in Opposition to Defendants' Motion in Limine to Preclude Evidence Related to Master Lease Agreement, Exhibits and Proposed Form of Order in support thereof, to be served upon the following counsel in this action:

| | |
|---|---|
| John Chesney, Esquire | William Matthews, Esquire |
| Drinker Biddle & Reath, LLP | Saul Ewing LLP |
| One Logan Square | Centre Square West |
| 18th & Cherry Streets | 1500 Market Street, 38th Floor |
| Philadelphia, PA  19103 | Philadelphia, PA  19102 |
| **Via Hand Delivery** | **Via Hand Delivery** |
| | |
| Kyle P. Tate, Esquire | Lynanne Wescott, Esquire |
| c/o William Matthews, Esquire | The Wescott Law Firm |
| Saul Ewing LLP | Two Penn Center Plaza, Suite 200 |
| Centre Square West | Philadelphia, PA  19102 |
| 1500 Market Street, 38th Floor | **Via Hand Delivery** |
| Philadelphia, PA  19102 | |
| **Via Hand Delivery** | |

                                                     **PETER J. BOYER**