## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DELAGE LANDEN FINANCIAL SERVICES, INC., | : | |
| Plaintiff, | : | CIVIL ACTION NO. 2:02CV2810 |
| | : | |
| | : | HON. RONALD L. BUCKWALTER |
| TOSHIBA AMERICA MEDICAL SYSTEMS, INC. | : | |
| Plaintiff/Intervenor, | : | |
| | : | |
| v. | : | |
| | : | |
| DESOTO DIAGNOSTIC IMAGING, LLC., RANDON J. CARVEL, LYNN T. CARVEL, DELTA RADIOLOGY, P.C. and ZOBAR PROPERTIES, LLC | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

AND NOW, this _____ day of _____, 2004, upon consideration of the Motion in Limine of Defendants to Preclude Evidence Related to the Master Lease and the responses thereto of Plaintiff De Lage Landen Financial Services, Inc. and Plaintiff/Intervenor Toshiba America Medical Systems, Inc., it is hereby ORDERED that the Defendants' Motion is DENIED.

BY THE COURT:

_____
Ronald L. Buckwalter, U.S.D.J.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DELAGE LANDEN FINANCIAL SERVICES, INC., : <br> Plaintiff, : <br> : <br> TOSHIBA AMERICA MEDICAL SYSTEMS, INC. : <br> Plaintiff/Intervenor, : <br> : <br> v. : <br> : <br> DESOTO DIAGNOSTIC IMAGING, LLC., RANDON J. CARVEL, LYNN T. CARVEL, DELTA RADIOLOGY, P.C. and ZOBAR PROPERTIES, LLC : <br> : <br> Defendants. : | CIVIL ACTION NO. 2:02CV2810 <br><br> HON. RONALD L. BUCKWALTER |

**TOSHIBA AMERICA MEDICAL SYSTEMS, INC.'S MEMORANDUM OF LAW IN OPPOSITION TO MOTION IN LIMINE TO PRECLUDE EVIDENCE RELATED TO THE MASTER LEASE**

Defendants Motion in Limine to Preclude Evidence Related to the Master Lease Agreement is essentially a rehash of Defendants' Motion for Summary Judgment Based on Plaintiff's Reliance on the Master Lease. The latter motion was denied by this Court. In both motions, Defendants argue that the Master Lease never became effective because TAMS was required to execute the Master Lease Agreement. Because this Court has already properly rejected this argument, Defendants' Motion in Limine, like their Motion for Summary Judgment, must be denied.

Plaintiff De Lage Landen Financial Services, Inc. ("DLL"), in its Opposition to Defendants' Motion for Summary Judgment Based on Plaintiff's Reliance on the Master Lease ("Opposition"), sets out a full and complete analysis of the reasons why the Master Lease

Agreement was properly executed and became effective upon DLL's execution. Accordingly, to avoid unduly burdening the Court, Plaintiff/Intervenor Toshiba America Medical Systems, Inc. ("TAMS") hereby incorporates by reference the arguments made in DLL's Opposition as fully as if set forth herein at length.

## IV.    CONCLUSION

For the foregoing reasons, TAMS respectfully requests that the Court deny the Motion in Limine of Defendants to Preclude Evidence Related to the Master Lease.

Dated: May 12, 2004

                                                        John Chesney (Attorney I.D. No. 24458)
Julianne Peck (Attorney I.D. No. 79966)
Jonathan Sturz (Attorney I.D. No. 88153)
DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996
(215) 988-2700
Attorneys for Plaintiff/Intervenor
Toshiba America Medical Systems, Inc.

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that today I caused a true and correct copy of **Toshiba American Medical Systems, Inc.'s Response to Defendants Motion in Limine to Preclude Evidence Related to the Master Lease** to be served upon counsel of record for all of the other parties to this proceeding by Hand Delivery, at the following addresses:

>Kyle Tate
>c/o William Matthews, Esquire
>SAUL EWING LLP
>Centre Square West
>1500 Market Street, 38th Floor
>Philadelphia, PA 19102
>
>Rosetta B. Packer, Esquire
>MCCARTER & ENGLISH
>Mellon Bank Center, Suite 700
>1735 Market Street
>Philadelphia, PA 19103-7501
>
>Lynn Wescott, Esquire
>The Wescott Law Firm
>Two Penn Center Plaza, Suite 200
>Philadelphia, PA 19102

Dated: May 12, 2004                              _____
                                                                          Jonathan Sturz