# EXHIBITS ON

# FILE AT THE

# COURTHOUSE

NS