IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DeLAGE LANDEN FINANCIAL SERVICES, INC., | : |
| Plaintiff | : CIVIL ACTION NO. 02-2810 |
| and | : |
| TOSHIBA AMERICA MEDICAL SYSTEMS, INC., | : |
| Plaintiff/Intervenor | : |
| v. | : |
| DeSOTO DIAGNOSTIC IMAGING, LLC, RANDON J. CARVEL, LYNN T. CARVEL, DELTA RADIOLOGY, P.C. and ZOBAR PROPERTIES, LLC, | : |
| Defendants and Counter-Claimants | : |

**ORDER**

AND NOW, this 12th day of May, 2004, upon consideration of Defendants' Motion to Seal Defendant's Tax Return Filed as Exhibit 26 to TAMS' Summary Judgment Motion (Docket No. 134), it is hereby **ORDERED** that Defendants' motion is **GRANTED,** and the Clerk's Office is directed to take the appropriate action to seal the Exhibit.

BY THE COURT:

_____
RONALD L. BUCKWALTER, S.J.