**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DE LAGE LANDEN FINANCIAL | : | |
| SERVICES, INC., | : | CIVIL ACTION NO: 2:02CV2810 |
| Plaintiff, | : | |
| | : | |
| TOSHIBA AMERICA MEDICAL | : | |
| SYSTEMS, INC. | : | |
| Plaintiff/Intervener, | : | |
| | : | |
| v. | : | |
| | : | |
| DESOTO DIAGNOSTIC IMAGING, LLC, | : | |
| RANDON J. CARVEL, LYNN T. CARVEL, | : | |
| DELTA RADIOLOGY, P.C. and | : | |
| ZOBAR PROPERTIES, LLC. | : | |
| Defendants and Counter- | : | |
| Claimants | : | |

## DEFENDANTS' SUPPLEMENT TO PRETRIAL MEMORANDUM

Defendants by its undersigned attorneys hereby supplement their Pretrial Memorandum

as follows:

### I.    Designations of Deposition Testimony

The following depositions or portions thereof may be shown on video (where applicable,
denoted by a "*") or, in the absence of video testimony, may be read into evidence:

| Kevin Abbott |
|---|
| 4:1 – 4:3 |
| 44:11 – 45:9 |
| 53:15 – 53:19 |
| 61:15 – 63:17 |
| 63:22 – 63:22 |
| 64:2 – 64:2 |
| 64:7 – 64:13 |
| 64:15 – 64:16 |
| 64:18 – 64:20 |
| 65:1 – 65:13 |

| |
|---|
| 110:10 – 111:2 |
| 112:17 – 113:9 |
| 116:6 – 116:8 |
| 116:11 – 116:13 |
| 116:15 – 116:18 |
| 116:22 – 117:2 |
| 117:4 – 118:5 |

| Kevin Abbott – 30(b)(6) taken by Desoto |
|---|
| 5:1 – 5:23 |
| 12:9 – 12:14 |
| 13:5 – 16:18 |
| 38:4 – 38:23 |
| 38:25 – 41:8 |
| 41:15 – 44:5 |
| 48:6 – 48:9 |
| 48:14 – 49:19 |
| 50:1 – 51:3 |
| 52:5 – 52:7 |
| 52:24 – 53:12 |

| Kevin Abbott – 30(b)(6) taken by DLL |
|---|
| 14:15 – 15:5 |
| 15:10 – 16:20 |
| 18:14 – 19:19 |
| 19:25 – 20:15 |
| 21:2 – 31:10 |
| 31:18 – 35:4 |
| 35:14 – 37:20 |
| 37:24 – 38:21 |
| 40:12 – 45:4 |

| Dave Begy* |
|---|
| 4:9 – 9:9 |
| 9:16 – 10:16 |
| 12:22 – 13:1 |
| 15:17 – 16:7 |
| 16:13 – 16:23 |
| 17:11 – 18:1 |
| 26:23 – 27:1 |
| 27:5 – 28:3 |
| 28:7 – 28:9 |
| 28:13 – 29:12 |

| |
|---|
| 29:15 – 30:19 |
| 31:3 – 31:6 |
| 31:10 – 34:16 |
| 34:24 – 35:10 |
| 35:14 – 35:14 |
| 35:17 – 36:6 |
| 36:9 – 37:3 |
| 37:21 – 38:14 |
| 38:16 – 40:7 |
| 40:11 – 40:14 |
| 42:10 – 42:21 |
| 42:24 – 45:14 |
| 54:7 – 54:24 |
| 55:7 – 56:10 |
| 56:19 – 57:4 |
| 57:10 – 57:14 |
| 57:20 – 58:23 |
| 59:10 – 59:10 |
| 69:25 – 70:8 |
| 73:2 – 74:17 |
| 113:11 – 114:4 |
| 114:9 – 115:8 |
| 115:20 – 115:21 |
| 116:21 – 116:24 |
| 135:5 – 135:11 |
| 135:22 – 136:1 |
| 136:5 – 136:18 |
| 136:21 – 137:4 |
| 137:13 – 137:20 |
| 137:25 – 138:10 |
| 138:17 – 139:21 |
| 140:11 – 140:14 |
| 140:17 – 140:19 |

| Raymond Crouse |
|---|
| 7:17 – 7:19 |
| 17:3 – 17:6 |
| 18:3 – 18:15 |
| 20:24 – 20:24 |
| 21:1 – 21:13 |
| 26:19 – 26:24 |
| 27:1 – 27:3 |
| 33:21 – 33:24 |
| 34:1 – 34:14 |
| 35:22 – 35:24 |

| |
|---|
| 36:1 – 36:11 |
| 37:24 – 37:24 |
| 40:6 – 40:15 |
| 51:3 – 51:21 |
| 59:15 – 59:24 |
| 60:1 – 60:17 |
| 65:3 – 65:24 |
| 66:1 – 66:4 |
| 66:21 – 66:24 |
| 67:1 – 67:24 |
| 70:15 – 70:24 |
| 71:1 – 71:11 |
| 73:5 – 73:24 |
| 74:1 – 74:24 |
| 75:1 – 75:14 |
| 82:14 – 82:24 |
| 83:1 – 83:1 |
| 87:2 – 87:12 |
| 88:5 – 88:24 |
| 89:1 – 89:3 |
| 95:15 – 95:24 |
| 96:1 – 96:24 |
| 97:1 – 97:11 |
| 144:16 – 144:24 |
| 145:1 – 148:24 |
| 149:1 – 149:8 |
| 151:10 – 151:17 |
| 156:18 – 156:24 |
| 157:1 – 157:5 |
| 159:16 – 159:24 |
| 160:1 – 161:24 |
| 164:8 – 164:20 |
| 175:7 – 175:24 |
| 176:1 – 176:24 |
| 177:1 – 177:10 |

| Donald Flassing |
|---|
| 6:16 – 6:24 |
| 8:5 – 9:15 |
| 9:23 – 10:7 |
| 10:20 – 14:13 |
| 20:12 – 25:8 |
| 27:12 – 37:21 |
| 37:24 – 38:1 |
| 38:9 – 38:10 |

| |
|---|
| 38:12 – 38:17 |
| 38:23 – 39:3 |
| 42:20 – 43:7 |
| 43:12 – 44:10 |
| 44:16 – 46:7 |
| 46:15 – 49:9 |
| 49:14 – 49:20 |
| 50:8 – 51:2 |
| 51:5 – 51:7 |
| 51:19 – 51:21 |
| 51:24 – 52:17 |
| 52:22 – 53:6 |
| 53:12 – 58:24 |
| 59:3 – 59:12 |
| 59:14 – 61:2 |
| 62:7 – 63:13 |
| 64:4 – 67:4 |
| 67:10 – 67:22 |
| 70:9 – 73:8 |
| 73:15 – 74:18 |
| 77:10 – 77:13 |
| 77:15 – 77:17 |
| 78:1 80:20 |
| 81:2 – 82:5 |
| 83:4 – 84:3 |
| 84:9 – 95:24 |
| 97:11 – 97:14 |
| 98:1 – 104:4 |
| 119:10 – 120:7 |
| 123:19 – 124:5 |
| 124:9 – 124:18 |
| 136:2 – 139:17 |

| Brian Gibbs* |
|---|
| 7:7 – 7:16 |
| 10:3–10:25 |
| 11:1–11:18 |
| 17:1–17:5 |
| 23:23–23:25 |
| 24:1–24:10 |
| 26:1–26:25 |
| 27:1–27:25 |
| 28:19–28:25 |
| 29:1–29:25 |
| 30:1–30:25 |

| |
|---|
| 31:1–31:25 |
| 32:1–32:25 |
| 33:1–33:25 |
| 34:1–39:17 |
| 40:14–40:25 |
| 49:11–49:19 |
| 51:7–56:25 |
| 57:1–57:2 |
| 57:14–57:25 |
| 58:1–58:2 |
| 60:9–60:17 |
| 60:22–60:25 |
| 61:1–61:1 |
| 62:8–63:8 |
| 64:17–66:23 |
| 71:25–72:14 |
| 73:5–77:3 |
| 106:23–107:2 |
| 129:0–122:25 |
| 123:5–123:15 |
| 126:22–129:7 |
| 178:21–179:25 |
| 203:12–209:15 |
| 209:25–219:2 |
| 219:15–220:3 |
| 224:5–224:22 |
| 227:24–229:1 |
| 229:7–231:21 |
| 231:25–235:15 |
| 236:2–236:4 |
| 236:12–236:16 |
| 236:21–239:21 |
| 240:8–240:24 |
| 248:11–249:11 |
| 256:15–271:19 |
| 275:6–292:22 |
| 293:24–296:19 |
| 309:15–310:1 |
| 310:6–311:20 |
| 322:13–326:3 |
| 328:5–336:22 |
| 337:21–341:16 |
| 341:21–352:25 |
| 398:3–400:19 |
| 401:9–402:18 |

| |
|---|
| 403:2–403:21 |
| 404:15–405:4 |
| 417:19–421:7 |
| 423:9–425:16 |
| 426:3–426:17 |
| 438:10–439:24 |
| 444:11–444:22 |
| 119:10–120:3 |
| 120:6–120:8 |
| 123:12–123:23 |
| 124:2–125:13 |
| 125:23–125:25 |
| 126:3–126:21 |
| 129:8–132:5 |
| 132:16–133:9 |
| 133:11–133:12 |
| 134:11–134:12 |
| 134:22–138:25 |
| 140:2–140:8 |
| 140:14–143:5 |
| 143:9–144:2 |
| 144:6 |
| 144:8–144:9 |
| 145:11–146:16 |
| 146:19–146:22 |
| 146:24–147:4 |
| 147:6–147:7 |
| 147:22–149:16 |
| 150:6–157:1 |
| 157:16–158:16 |
| 159:6–162:17 |
| 162:20–165:22 |
| 166:2–167:2 |
| 167:6–168:3 |
| 168:6–168:7 |
| 168:21–168:22 |
| 169:11–170:2 |
| 171:7–171:9 |
| 171:11–172:2 |
| 172:14–175:23 |
| 176:1–178:20 |
| 180:1–181:3 |
| 181:11–189:5 |
| 189:8–189:12 |
| 189:21–189:22 |

| |
|---|
| 189:25–195:5 |
| 197:14–198:3 |
| 199:11–199:23 |
| 200:1–200:12 |
| 200:20–203:11 |
| 221:15–223:9 |
| 223:13–223:22 |
| 224:23–227:23 |
| 241:24–244:17 |
| 244:20–246:24 |
| 247:2–247:20 |
| 247:23–248:6 |
| 250:7–251:12 |
| 251:19 |
| 252:2–253:1 |
| 253:13–256:14 |
| 271:20–272:16 |
| 272:23–273:17 |
| 274:5–275:5 |
| 297:5–297:19 |
| 298:1–301:19 |
| 301:24–302:3 |
| 302:6–303:18 |
| 303:23–303:24 |
| 304:4–304:5 |
| 304:24–306:16 |
| 307:17–307:21 |
| 307:25–308:21 |
| 309:7–309:14 |
| 317:1–319:1 |
| 319:5–321:4 |
| 321:11–322:12 |
| 326:4–326:22 |
| 327:24–328:4 |
| 332:10–334:6 |
| 334:17–335:22 |
| 341:21–343:19 |
| 343:21–343:22 |
| 343:25–344:21 |
| 346:7–348:24 |
| 349:21–350:25 |
| 351:2 |
| 351:4–351:13 |
| 351:16–352:5 |
| 352:8–352:20 |

| 352:22 |
| --- |
| 352:24–353:22 |
| 354:1–355:3 |
| 356:5–356:25 |
| 357:4–357:20 |
| 358:1–361:1 |
| 361:4–361:5 |
| 361:7–362:12 |
| 362:14–363:17 |
| 402:19–403:1 |
| 405:11–405:14 |
| 411:8–413:10 |
| 413:14–415:20 |
| 416:6–416:25 |
| 421:8–423:8 |
| 431:10–432:8 |
| 439:25–441:11 |
| 443:9–443:25 |
| 444:11–444:22 |

| Gary Hall* |
| --- |
| 5:14 – 8:7 |
| 12:19 – 13:6 |
| 13:16 – 15:4 |
| 15:10 – 15:17 |
| 15:23 – 20:4 |
| 20:8 – 20:9 |
| 20:24 – 20:24 |
| 21:1 – 21:5 |
| 21:9 – 26:14 |
| 28:17 – 34:10 |
| 34:16 – 36:15 |
| 37:18 – 44:9 |
| 44:22 – 47:23 |
| 48:1 – 48:2 |
| 48:4 – 49:10 |
| 50:4 – 58:24 |
| 64:20 – 69:9 |
| 73:6 – 73:19 |
| 74:3 – 74:7 |
| 75:8 – 75:14 |
| 75:16 – 77:7 |
| 76:13 – 79:3 |
| 79:7 – 81:1 |
| 81:4 – 82:4 |

| 82:9 – 82:19 |
|---|
| 83:10 – 83:11 |
| 84:3 –90:22 |
| 111:21 – 112:9 |
| 119:12 – 112:14 |
| 119:17 – 120:4 |
| 120:6 – 120:11 |
| 120:14 – 120:18 |
| 129:16 – 129:20 |
| 130:1 – 130:10 |

| Patrick Hiney, 30(b)(6) Volume II |
|---|
| 206:16 – 209:5 |
| 209:9 – 209:19 |
| 210:6 – 215:11 |

| Eugene Holliday |
|---|
| 7:2 – 7:6 |
| 7:11 – 12:10 |
| 17:10 – 22:23 |
| 23:11 – 25:17 |
| 27:12 – 27:22 |
| 36:17 – 36:19 |
| 36:22 – 37:14 |
| 40:13 – 44:12 |
| 47:14 – 48:19 |
| 49:4 – 49:25 |
| 55:1 – 59:10 |
| 75:3 – 75:19 |
| 79:7 – 79:23 |
| 85:22 – 87:14 |
| 91:6 – 96:18 |
| 103:23 – 105:17 |

| Cindi Holmes* |
|---|
| 10:22–11:21 |
| 20:6–20:10 |
| 35:14–42:9 |
| 98:14–100:19 |
| 104:1–126:10 |
| 130:4–135:14 |
| 141:18–143:3 |
| 144:6–145:1 |
| 146:2–148:12 |

| |
|---|
| 150:9–152:19 |
| 153:5–156:3 |
| 159:24–161:6 |
| 167:9–175:2 |
| 176:22–179:1 |
| 190:15–190:19 |
| 52.9-52.13 |
| 80.24-89.18 |
| 90.5-91.1 |
| 98.14-99.18 |
| 99.23-100.19 |
| 103.3-103.6 |
| 103.10-103.20 |
| 128.6-130.2 |
| 148.13-150.7 |
| 179.4-180.8 |
| 186.19-186.24 |
| 187.2-189.11 |
| 190.3-190.14 |
| 191.8-192.8 |
| 192.11-192.19 |
| 192.21-194.6 |
| 194.23-197.9 |

| Jesse Jacob* |
|---|
| 4:8 – 6:10 |
| 11:12 – 13:23 |
| 15:7 – 16:12 |
| 18:1 – 18:3 |
| 18:11 – 19:20 |
| 20:12 – 20:21 |
| 20:24 – 21:22 |
| 31:11 – 31:11 |
| 32:3 – 35:2 |
| 38:11 – 40:15 |
| 41:4 – 41:20 |
| 42:14 – 43:22 |
| 45:7 – 47:17 |
| 47:22 – 51:15 |
| 51:18 – 52:16 |
| 52:23 – 53:7 |
| 54:14 – 54:17 |
| 55:1 – 55:10 |
| 55:19 – 56:23 |

| |
|---|
| 58:1 – 58:7 |
| 58:15 – 59:12 |
| 63:22 – 64:1 |
| 67:3 – 68:16 |
| 69:10 – 70:4 |
| 70:10 – 70:25 |
| 71:4 – 71:24 |
| 84:10 – 84:13 |
| 84:19 – 85:11 |
| 85:16 – 86:2 |
| 86:4 – 86:10 |
| 86:16 – 86:16 |
| 86:24 – 87:10 |
| 87:14 – 87:16 |
| 88:3 – 91:18 |
| 92:1 – 94:6 |
| 94:14 – 94:21 |
| 95:1 – 95:4 |
| 95:7 – 97:6 |
| 97:21 – 97:23 |
| 98:5 – 98:17 |
| 98:20 – 99:3 |
| 99:7 – 99:8 |
| 99:11 – 100:24 |
| 102:5 – 103:7 |
| 103:11 – 103:24 |
| 105:6 – 107:12 |
| 107:19 – 108:7 |

| Donny Jenkins* |
|---|
| 6:6 – 8:1 |
| 11:12 – 12:4 |
| 12:21 – 13:17 |
| 13:20 – 14:19 |
| 15:7 – 15:14 |
| 16:11 – 17:9 |
| 17:12 – 18:16 |
| 19:14 – 19:15 |
| 20:4 – 20:6 |
| 21:21 – 23:1 |
| 23:25 – 24:13 |
| 24:21 – 25:13 |
| 25:21 – 26:22 |
| 26:25 – 27:25 |
| 28:7 – 28:9 |

| |
|---|
| 30:8 – 30:12 |
| 31:5 – 31:20 |
| 33:15 – 34:7 |
| 37:25 – 38:5 |
| 42:21 – 44:10 |
| 46:9 – 46:14 |
| 47:6 – 50:4 |
| 50:22 – 54:5 |
| 54:8 – 54:11 |
| 54:14 – 54:15 |
| 55:19 – 59:4 |
| 60:18 – 60:25 |
| 61:19 – 64:3 |
| 66:22 – 66:24 |
| 67:20 – 69:25 |
| 70:7 – 70:17 |
| 71:14 – 72:23 |
| 79:24 – 81:4 |
| 81:21 – 83:1 |
| 83:14 – 84:4 |
| 84:16 – 85:7 |
| 86:2 – 88:18 |
| 89:9 – 90:3 |
| 91:20 – 92:2 |
| 101:11 – 101:22 |
| 103:21 – 106:5 |
| 108:4 – 109:14 |
| 109:17 – 109:18 |
| 109:22 – 110:9 |
| 110:21 – 111:16 |
| 111:19 – 113:1 |
| 117:7 – 117:20 |
| 127:13 – 127:17 |
| 127:25 – 129:13 |
| 130:7 – 130:12 |
| 130:20 – 130:24 |
| 142:22 – 142:25 |
| 143:13 – 143:17 |
| 145:9 – 145:19 |
| 145:24 – 147:23 |
| 148:3 – 149:15 |
| 150:5 – 150:8 |
| 151:2 – 151:3 |
| 151:16 – 151:18 |
| 152:2 – 152:9 |

| |
|---|
| 153:23 – 154:4 |
| 154:15 – 155:4 |
| 155:12 – 155:18 |
| 156:7 – 156:21 |
| 158:11 – 159:6 |
| 161:23 – 163:11 |
| 163:13 – 163:19 |
| 164:20 – 165:3 |
| 165:6 – 165:14 |
| 165:17 – 166:12 |
| 166:14 – 168:3 |
| 168:7 – 168:9 |
| 169:17 – 169:20 |
| 170:4 – 170:6 |
| 173:7 – 173:10 |
| 173:16 – 173:21 |
| 179:4 – 179:21 |
| 180:21 – 181:5 |
| 183:14 – 184:16 |
| 185:8 – 185:15 |
| 185:20 – 185:25 |
| 186:7 – 186:9 |
| 186:17 – 186:18 |
| 186:21 – 187:4 |
| 188:4 – 188:9 |
| 188:13 – 188:18 |
| 192:4 – 192:10 |
| 193:15 – 193:17 |
| 198:20 – 199:7 |
| 213:24 – 215:19 |
| 216:7 – 217:19 |
| 219:4 – 219:8 |
| 219:22 – 220:9 |
| 233:7 – 233:23 |
| 234:3 – 234:8 |
| 235:16 – 235:18 |
| 236:17 – 236:23 |
| 237:9 – 238:1 |
| 238:14 – 238:17 |
| 241:8 – 241:11 |
| 243:19 – 245:25 |
| 246:10 – 247:2 |
| 247:7 – 247:15 |
| 250:2 – 250:19 |
| 255:20 – 256:11 |

| |
|---|
| 256:16 – 256:19 |
| 259:7 – 260:3 |
| 260:5 – 260:9 |
| 267:20 – 268:3 |
| 268:18 – 269:4 |
| 269:16 – 269:20 |
| 270:20 – 270:23 |
| 271:13 – 271:15 |
| 272:2 – 272:16 |
| 272:22 – 274:11 |
| 275:16 – 276:13 |
| 276:16 – 276:16 |
| 290:23 – 291:19 |
| 291:24 – 292:3 |
| 292:6 – 293:21 |
| 296:8 – 297:2 |
| 298:2 – 299:3 |
| 299:13 – 299:15 |
| 299:20 – 303:6 |
| 306:1 – 306:5 |
| 306:8 – 306:10 |

| Paul King, Volume I |
|---|
| 6:5 – 11:16 |
| 13:16 – 20:6 |
| 20:10 – 22:7 |
| 22:10 – 24:3 |
| 27:21 – 32:6 |
| 33:7 – 33:16 |
| 41:24 – 43:10 |
| 43:25 – 44:10 |
| 44:20 – 53:2 |
| 54:14 – 55:2 |
| 55:11 – 57:4 |
| 57:7 – 61:2 |
| 62:21 – 67:16 |
| 76:6 – 75:7 |
| 75:24 – 76:11 |
| 76:25 – 78:1 |
| 78:10 – 79:1 |
| 79:5 – 83:22 |
| 86:1 –87:1 |
| 87:9 – 88:11 |
| 88:16 – 89:11 |
| 93:2 – 93:6 |

| |
|---|
| 93:9 – 94:3 |
| 94:8 – 94:12 |
| 94:18 – 95:1 |
| 95:4 – 95:19 |
| 95:22 – 96:5 |
| 96:16 – 96:16 |
| 96:21 – 97:16 |
| 97:21 – 97:25 |
| 98:3 – 98:3 |
| 98:16 – 99:3 |
| 101:14 – 103:4 |
| 103:25 – 104:13 |
| 104:18 – 104:21 |
| 105:1 – 105:24 |
| 106:4 – 108:21 |
| 108:25 – 109:5 |
| 109:7 – 109:14 |
| 109:17 – 109:17 |
| 109:19 – 109:19 |
| 112:21 – 115:9 |
| 115:12 – 115:23 |
| 116:4 – 117:21 |
| 117:24 – 118:5 |
| 119:24 – 120:5 |
| 120:8 – 120:11 |
| 120:15 – 120:22 |
| 124:14 – 130:13 |
| 131:2 – 131:19 |
| 133:5 – 137:11 |
| 127:13 – 137:14 |
| 137:17 – 140:9 |
| 140:13 – 141:13 |
| 145:3 – 145:12 |
| 145:15 – 146:8 |
| 146:11 – 146:18 |
| 147:2 – 147:12 |
| 147:25 – 148:9 |
| 148:12 – 148:25 |
| 149:3 – 149:6 |
| 149:8 – 151:19 |
| 151:24 – 152:10 |
| 152:13 – 154:19 |
| 154:22 – 156:17 |
| 156:21 – 157:6 |
| 157:10 – 157:12 |

| |
|---|
| 157:15 – 157:16 |
| 157:20 – 158:2 |
| 158:5 – 158:7 |
| 158:10 – 158:19 |
| 158:23 – 159:11 |
| 159:16 – 159:17 |
| 159:21 – 161:20 |
| 161:23 – 162:17 |
| 162:21 – 161:22 |
| 163:1 – 166:4 |
| 166:7 – 167:1 |
| 167:4 – 167:21 |
| 167:25 – 168:1 |
| 168:4 – 168:22 |
| 173:20 – 177:4 |
| 177:7 – 177:22 |
| 177:25 – 178:5 |
| 178:11 – 178:19 |
| 179:6 – 181:19 |
| 183:24 – 184:13 |
| 186:16 – 186:17 |
| 186:20 – 187:17 |
| 187:20 – 191:13 |
| 193:25 – 202:3 |
| 203:2 – 205:15 |
| 205:17 – 205:18 |
| 205:21 –206:18 |
| 206:20 – 206:21 |
| 206:25 – 207:1 |
| 209:4 – 211:20 |
| 211:25 – 212:10 |
| 213:8 – 213:16 |
| 213:18 – 213:18 |
| 213:21 – 214:1 |
| 214:4 – 214:12 |
| 214:15 – 215:1 |
| 215:4 – 215:10 |
| 215:13 – 215:15 |
| 215:17 – 216:3 |
| 216:6 – 217:7 |
| 217:10 – 217:22 |
| 217:25 – 218:11 |
| 218:15 – 218:23 |
| 219:1 – 220:19 |
| 224:11 – 225:15 |

| |
|---|
| 225:19 – 226:2 |
| 226:5 – 227:23 |
| 228:22 – 229:4 |
| 229:6 – 229:8 |
| 229:11 – 229:17 |
| 229:21 – 231:25 |
| 232:12 – 233:3 |
| 234:8 – 236:24 |
| 237:3 – 237:10 |
| 237:13 – 239:9 |
| 239:12 – 240:25 |
| 243:20 – 247:1 |
| 248:10 – 254:7 |
| 256:1 – 256:13 |
| 256:16 – 257:8 |
| 257:11 – 257:14 |
| 257:17 – 258:1 |
| 259:6 – 259:13 |
| 261:19 – 261:23 |
| 262:5 – 262:15 |
| 262:18 – 262:22 |
| 263:2 – 265:1 |
| 265:8 – 265:20 |
| 269:19 – 270:12 |
| 270:25 – 284:10 |
| 285:8 – 290:11 |

| Paul King, Volume II |
|---|
| 306:6 – 306:20 |
| 315:10 – 316:15 |
| 328:17 – 329:7 |
| 341:4 – 341:25 |
| 342:20 – 344:8 |
| 349:22 – 352:15 |
| 354:14 – 355:2 |
| 359:20 – 361:3 |
| 371:23 – 373:5 |
| 373:21 – 374:23 |
| 375:9 – 378:20 |
| 382:11 – 383:3 |
| 401:3 – 401:14 |
| 412:7 – 421:8 |
| 429:7 – 429:13 |
| 429:16 – 430:5 |
| 433:2 – 433:22 |

| |
|---|
| 435:25 – 436:8 |
| 436:16 – 438:8 |
| 442:14 – 443:2 |
| 465:7 – 466:23 |
| 470:3 – 474:7 |
| 484:1 – 484:16 |
| 485:4 – 486:6 |
| 492:7 – 492:18 |
| 492:21 – 493:17 |
| 494:6 – 497:25 |
| 501:3 – 501:10 |

| Paul King, Volume III |
|---|
| 67:24 – 68:2 |
| 68:4 – 68:6 |
| 139:4 – 152:3 |
| 158:25 – 160:18 |
| 160:19 – 164:17 |
| 166:19 – 169:22 |
| 171:12 – 172:7 |
| 175:17 – 177:9 |
| 178:16 – 185:13 |
| 188:19 – 189:21 |
| 190:8 – 191:2 |
| 191:3 – 192:17 |
| 192:19 – 201:4 |
| 203:16 – 206:1 |
| 208:7 – 208:14 |
| 208:15 – 209:23 |
| 209:24 – 213:8 |
| 213:23 – 214:9 |
| 214:20 – 216:19 |

| Larry Levin |
|---|
| 7:7 – 7:11 |
| 12:20 - 12:23 |
| 13:13 – 13:16 |
| 15:5 – 15:11 |
| 18:16 – 18:24 |
| 19:1 – 19:24 |
| 20:1 – 20:24 |
| 21:1 – 21:10 |
| 22:10 – 22:23 |
| 23:17 – 23:24 |
| 24:1 – 24:24 |

| |
|---|
| 25:1 – 25:24 |
| 26:1 – 26:16 |
| 28:15 – 28:24 |
| 29:1 – 29:24 |
| 30:1 – 30:24 |
| 31:1 – 31:4 |
| 33:4 – 33:7 |
| 34:12 – 34:24 |
| 42:1 – 42:24 |
| 43:1 – 43:1 |
| 45:17 – 45:24 |
| 46:1 – 46:24 |
| 47:1 – 47:24 |
| 48:1 – 48:24 |
| 49:1 – 49:24 |
| 50:1 – 50:5 |
| 51:22 – 51:24 |
| 52:1 – 52:2 |
| 57:14 – 57:17 |
| 61:9 – 61:20 |
| 62:23 – 62:24 |
| 63:1 – 63:1 |
| 63:22 – 63:24 |
| 64:1 – 64:7 |
| 65:12 – 65:23 |
| 69:24 – 69:24 |
| 70:1 – 70:16 |
| 71:7 – 71:24 |
| 72:1 – 72:6 |
| 72:23 – 72:24 |
| 73:1 – 73:5 |
| 74:5 – 74:9 |
| 77:13 – 77:24 |
| 78:1 – 78:24 |
| 79:1 – 79:8 |
| 85:6 – 85:9 |
| 86:13 – 86:24 |
| 87:1 – 87:16 |
| 141:19 – 141:24 |
| 142:1 – 142:3 |

| Debbie May* |
|---|
| 36:19 – 36:24 |
| 38:17 – 41:17 |
| 48:15 – 49:14 |

| |
|---|
| 58:3 – 58:18 |
| 6:1 – 6:6 |
| 60:23 – 60:1 |
| 107:24 – 110:3 |
| 110:7 – 111:17 |
| 111:20 – 113:11 |
| 113:15 – 113:17 |
| 113:21 – 113:24 |
| 116:23 – 119:13 |
| 125:5 – 131:16 |
| 135:15 – 139:15 |
| 142:5 – 144:3 |
| 145:4 – 146:19 |
| 148:21 – 150:20 |
| 148:5 – 148:12 |
| 151:12 – 152:5 |
| 152:7 – 152:21 |
| 154:11 – 157:19 |
| 158:22 – 160:15 |
| 162:14 – 164:24 |
| 166:2 – 169:15 |
| 170:17 – 170:21 |
| 170:24 – 172:7 |
| 172:10 – 172:13 |
| 172:17 – 174:21 |
| 172:22 – 179:13 |
| 179:14 – 180:4 |
| 181:23 – 183:7 |
| 187:19 – 188:2 |
| 190:2 – 190:9 |
| 197:21 – 198:20 |
| 197:21 – 200:15 |
| 200:15 – 200:15 |
| 201:21 – 203:5 |
| 201:14 – 201:21 |
| 203:19 – 204:4 |
| 203:8 – 203:17 |
| 204:14 – 205:2 |
| 205:19 – 205:20 |
| 205:24 – 207:2 |
| 205:5 – 205:16 |
| 209:13 – 210:11 |
| 210:18 – 210:19 |
| 215:15- 216:6 |
| 215:9 – 215:12 |

| |
|---|
| 216:13 – 217:23 |
| 216:8- 216:11 |
| 217:5 – 226:18 |
| 218:1 – 219:19 |
| 219:22 – 220:17 |
| 220:20 – 222:6 |
| 222:15 – 222:20 |
| 222:8 – 222:9 |
| 223:11 – 223:11 |
| 223:13 – 223:14 |
| 223:17 – 224:3 |
| 224:15 – 224:21 |
| 224:23 – 225:23 |
| 224:5 – 224:6 |
| 224:8 – 224:12 |
| 226:1 – 226:4 |
| 226:12 – 229:18 |
| 226:6 – 226:10 |
| 230:14 – 230:15 |
| 230:17 – 230:20 |
| 230:22 – 231:6 |
| 230:9 – 230:11 |
| 231:19 – 231:23 |
| 233:17 – 233:20 |
| 234:10 – 234:13 |
| 234:2 – 234:2 |
| 234:4 – 234:6 |
| 235:10 – 236:18 |
| 237:15 – 237:18 |
| 237:20 – 238:9 |
| 238:11 – 238:12 |
| 238:14 – 238:19 |
| 238:24 – 239:4 |
| 239:10 – 239:18 |
| 239:21 – 240:3 |
| 239:6 – 239:7 |
| 240:18 – 240:19 |
| 240:22 – 240:23 |
| 240:9 – 240:15 |
| 241:12 – 245:6 |
| 245:7 – 246:9 |
| 246:13 – 246:15 |
| 252:2 – 253:8 |
| 253:10 – 254:9 |
| 254:11 – 254:12 |

| |
|---|
| 255:3 – 256:7 |
| 256:13 – 256:18 |
| 256:20 – 258:16 |
| 256:9 – 256:11 |
| 258:19 – 259:23 |
| 260:14 – 261:5 |
| 260:2 – 260:12 |
| 261:14 – 261:24 |
| 262:2 – 264:24 |
| 266:1 – 266:23 |

| Randy Martz* |
|---|
| 5:10 – 5:11 |
| 7:6 – 8:10 |
| 9:12 – 19:24 |
| 20:9 – 21:15 |
| 22:2 – 23:10 |
| 23:15 – 24:17 |
| 26:9 – 27:3 |
| 29:22 – 30:9 |
| 47:7 – 47:16 |
| 48:11 – 48:20 |
| 51:1 – 51:22 |
| 52:1 – 52:3 |
| 61:24 – 62:18 |
| 63:4 – 64:13 |
| 64:19 – 65:1 |
| 65:7 – 66:21 |
| 67:1 – 67:8 |
| 67:12 – 67:18 |
| 89:6 – 90:6 |
| 90:11 – 91:1 |
| 91:12 – 92:13 |
| 94:19 – 95:3 |
| 95:21 – 95:24 |
| 96:4 – 96:7 |
| 97:3 – 97:24 |
| 113:20 – 113:20 |
| 117:18 – 118:10 |
| 121:7 – 121:9 |
| 121:11 – 121:12 |
| 128:11 – 130:2 |
| 131:13 – 131:19 |
| 134:12 – 134:21 |
| 135:23 – 136:5 |

| |
|---|
| 136:9 – 136:13 |
| 137:20 – 138:9 |
| 138:18 – 139:1 |
| 141:16 – 141:19 |
| 142:4 – 142:8 |
| 142:21 – 142:23 |
| 143:13 – 143:17 |
| 152:8 – 152:10 |
| 169:2 – 169:9 |
| 171:3 – 171:21 |
| 173:4 – 173:7 |
| 173:11 – 173:14 |
| 178:7 – 178:11 |
| 178:13 – 178:15 |
| 178:20 – 179:23 |
| 181:8 – 182:8 |
| 182:16 – 182:22 |
| 182:24 – 182:24 |
| 183:3 – 183:5 |
| 183:7 – 184:5 |
| 184:16 – 184:19 |
| 188:16 – 189:22 |
| 191:22 – 192:1 |
| 194:2 – 195:1 |
| 195:15 – 195:18 |
| 195:23 – 195:24 |
| 196:23 – 197:3 |

| Debbie May* |
|---|
| 6:1 – 6:6 |
| 36:19 – 36:24 |
| 38:17 – 41:17 |
| 48:15 – 49:14 |
| 58:3 – 58:18 |
| 60:23 – 60:1 |
| 116:23 – 119:13 |
| 125:5 – 131:16 |
| 135:15 – 139:15 |
| 142:5 – 144:3 |
| 145:4 – 146:19 |
| 148:5 – 148:12 |
| 148:21 – 150:20 |
| 154:11 – 157:19 |
| 158:22 – 160:15 |
| 162:14 – 164:24 |

| |
|---|
| 166:2 – 169:15 |
| 179:14 – 180:4 |
| 187:19 – 188:2 |
| 190:2 – 190:9 |
| 197:21 – 200:15 |
| 201:14 – 201:21 |
| 217:5 – 226:18 |
| 241:12 – 245:6 |
| 107:24 – 113:24 |
| 151:12 – 151:24 |
| 152:1 – 152:21 |
| 170:17 – 179:5 |
| 181:23 – 183:7 |
| 197:21 – 198:20 |
| 201:21 – 204:4 |
| 204:14 – 205:16 |
| 205:20 – 205:20 |
| 206:1 – 206:4 |
| 206:8 – 207:2 |
| 209:13 – 210:11 |
| 215:9 – 215:12 |
| 215:16 – 216:6 |
| 216:8 – 216:11 |
| 216:13 – 217:23 |
| 218:1 – 219:19 |
| 219:23 – 220:17 |
| 220:20 – 222:9 |
| 222:15 – 223:5 |
| 223:10 – 226:18 |
| 226:19 – 231:8 |
| 231:19 – 236:18 |
| 237:15 – 238:19 |
| 239:2 – 240:23 |
| 235:10 – 236:14 |
| 245:7 – 246:15 |
| 252:2 – 252:12 |
| 252:13 – 254:6 |
| 254:6 – 262:1 |
| 258:19 – 262:1 |
| 262:2 – 267:5 |
| 274:10 – 278:18 |
| 278:24 – 279:12 |

| **Wendy McDonald** |
|---|
| 3:10 – 4:10 |

| |
|---|
| 4:25 – 8:10 |
| 10:6 – 12:10 |
| 21:4 – 21:11 |
| 22:12 – 22:13 |
| 22:17 – 22:18 |
| 22:21 – 23:17 |
| 23:19 – 23:24 |
| 24:1 – 24:1 |
| 24:13 – 25:24 |
| 26:2 – 26:11 |
| 27:16 – 29:13 |
| 29:21 – 30:9 |
| 30:12 – 30:25 |
| 31:1 – 33:4 |
| 33:19 – 34:18 |
| 34:23 – 34:23 |
| 35:1 – 35:6 |
| 35:16 – 35:20 |
| 35:24 – 36:20 |
| 36:24 – 39:19 |
| 39:22 – 42:1 |
| 42:6 – 43:12 |
| 43:17 – 44:11 |
| 44:17 – 44:23 |
| 45:3 – 46:3 |
| 46:10 – 46:13 |
| 46:21 – 47:17 |
| 49:1 – 49:2 |
| 49:5 – 49:5 |
| 49:17 – 49:23 |
| 50:2 – 51:13 |
| 51:22 – 51:25 |
| 52:5 – 52:22 |
| 53:5 – 54:13 |
| 54:15 – 54:21 |
| 54:24 – 55:18 |
| 55:24 – 56:6 |
| 56:13 – 56:15 |
| 56:20 – 56:24 |
| 57:7 – 57:19 |
| 58:4 – 59:17 |
| 59:24 – 60:14 |
| 60:18 – 60:20 |
| 61:7 – 62:3 |
| 62:8 – 62:10 |

| |
|---|
| 62:15 – 62:18 |
| 62:20 – 63:22 |
| 64:3 – 64:7 |
| 64:10 – 64:23 |
| 65:16– 65:23 |
| 66:19 – 67:5 |
| 67:15 – 67:17 |
| 67:20 – 67:25 |
| 68:3 –68:11 |
| 68:14 – 69:5 |
| 69:7 – 69:15 |
| 72:15 – 74:4 |
| 74:10 – 76:1 |
| 76:23 – 77:16 |
| 77:25 – 78:21 |
| 79:1 – 79:2 |
| 80:2 – 80:5 |
| 80:11 – 80:13 |
| 80:18 – 80:24 |
| 81:5 – 81:9 |
| 81:13 – 81:19 |
| 82:3 – 82:12 |
| 82:19 – 83:11 |
| 83:17 – 82:23 |
| 84:3 – 84:4 |
| 84:10 – 85:7 |
| 85:9 – 85:13 |
| 88:23 – 89:6 |
| 89:18 – 90:7 |
| 90:10 – 90:13 |
| 90:21 – 91:7 |
| 91:12 – 91:16 |
| 91:19 – 91:22 |
| 92:19 – 93:10 |
| 93:13 – 93:21 |
| 94:3 – 94:15 |
| 95:21 – 95:23 |
| 94:3 – 94:20 |
| 87:15 – 97:15 |
| 97:21 – 97:22 |
| 98:3 – 98:10 |
| 100:5 – 100:10 |
| 100:14 – 100:23 |
| 101:2– 101:8 |
| 101:15 – 101:17 |

| |
|---|
| 102:24 – 103:3 |
| 103:11 – 103:12 |
| 104:5 – 104:20 |
| 105:2 – 105:11 |
| 109:1 – 109:2 |
| 109:7 – 109:15 |
| 109:25 – 110:23 |

| Wendy McDonald –<br>30(b)(6) |
|---|
| 4:18 – 6:5 |
| 10:5 – 11:21 |
| 11:24 – 12:7 |
| 12:9 – 13:23 |
| 14:3 – 15:8 |
| 15:15 – 16:15 |
| 16:22 – 17:21 |

| Mike O'Barr* |
|---|
| 8:13 – 23:13 |
| 23:19 – 25:17 |
| 26:22 – 28:9 |
| 30:18 – 32:19 |
| 32:23 – 33:15 |
| 33:21 – 40:14 |
| 40:19 – 41:9 |
| 45:13 – 45:13 |
| 45:21 – 46:5 |
| 46:9 – 48:1 |
| 48:14 – 48:16 |
| 49:16 – 50:9 |
| 50:12 – 51:11 |
| 51:14 – 52:9 |
| 53:15 – 56:15 |
| 57:2 – 57:10 |
| 57:15 – 57:23 |
| 58:10 – 59:6 |
| 60:14 – 60:23 |
| 61:7 – 62:12 |
| 62:15 – 64:6 |
| 64:13 – 64:16 |
| 64:23 – 66:1 |
| 66:4 – 69:2 |
| 70:17 – 70:18 |
| 70:21 – 73:20 |

| |
|---|
| 73:24 – 74:21 |
| 75:2 – 75:12 |
| 75:19 – 76:10 |
| 76:18 – 77:9 |
| 77:18 – 80:10 |
| 80:16 – 81:15 |
| 82:10 – 84:13 |
| 84:17 – 85:18 |
| 85:23 – 85:24 |
| 86:8 – 89:4 |
| 89:7 – 91:15 |
| 92:1 – 92:16 |
| 93:18 – 97:13 |
| 97:20 – 103:13 |
| 103:15 – 103:22 |
| 104:5 – 105:6 |
| 105:11 – 105:15 |
| 105:20 – 115:25 |
| 116:2 – 116:2 |
| 116:5 – 122:16 |
| 122:19 – 126:9 |
| 126:12 – 127:24 |
| 128:7 – 128:13 |
| 128:24 – 136:5 |
| 136:7 – 137:11 |
| 137:19 – 139:8 |
| 139:11 – 139:19 |
| 139:22 – 140:12 |
| 140:15 – 143:23 |
| 144:3 – 145:4 |
| 145:7 – 145:11 |
| 145:13 – 145:20 |
| 146:8 – 147:2 |
| 162:17 – 163:15 |
| 163:24 – 167:12 |
| 167:19 – 168:1 |
| 168:9 – 168:10 |
| 168:12 – 169:15 |
| 169:19 – 170:1 |
| 170:8 – 171:24 |
| 172:2 – 173:16 |
| 173:22 – 176:1 |
| 186:12 – 187:3 |
| 187:10 – 192:7 |
| 192:14 – 192:24 |

| |
|---|
| 193:5 – 197:16 |
| 198:15 – 201:10 |
| 201:13 – 205:13 |
| 206:6 – 206:22 |
| 207:1 – 207:21 |
| 209:23 – 211:8 |
| 211:17 – 211:21 |
| 212:2 – 218:10 |
| 220:13 – 223:14 |
| 223:20 – 227:21 |
| 228:2 – 228:21 |
| 229:21 – 233:11 |
| 234:25 – 236:5 |
| 236:13 – 236:17 |
| 237:4 – 237:5 |
| 237:15 – 251:24 |
| 252:8 – 255:8 |
| 255:20 – 256:10 |
| 263:13 – 264:8 |
| 278:15 – 280:1 |
| 280:11 – 283:25 |
| 285:25 – 286:25 |
| 287:6 – 287:22 |
| 287:24 – 288:23 |
| 289:1 – 291:2 |
| 291:10 –293:2 |
| 293:5 – 293:8 |
| 294:1 – 294:13 |
| 294:16 – 295:2 |
| 296:3 – 296:3 |
| 296:5 – 296:13 |
| 300:17 – 300:21 |
| 302:18 – 302:20 |
| 302:24 – 303:20 |
| 303:23 – 306:6 |
| 307:1 – 308:22 |
| 308:25 –309:9 |
| 310:17 – 311:22 |
| 321:1 – 322:6 |
| 322:9 – 322:10 |
| 322:16 – 323:21 |
| 323:25 – 324:1 |
| 324:3 – 325:19 |
| 326:8 – 327:23 |
| 328:1 – 328:12 |

| |
|---|
| 332:9 – 333:25 |
| 334:21 – 337:19 |
| 337:25 – 341:8 |
| 341:11 – 343:1 |
| 343:6 – 344:6 |
| 344:12 – 345:13 |
| 345:19 – 347:8 |
| 347:18 – 350:21 |
| 353:23 – 354:20 |
| 355:1 – 355:7 |
| 373:22 – 375:7 |

| Pam Paulk* |
|---|
| 28:15 – 29:6 |
| 30:18 – 32:10 |
| 43:18 – 44:13 |
| 47:7 – 47:15 |
| 48:13 – 49:14 |
| 51:1 – 51:6 |
| 51:11 – 52:5 |
| 63:4 – 64:1 |
| 64:22 – 65:15 |
| 99:16 – 100:6 |
| 147:16 – 148:3 |
| 148:5- 148:23 |
| 177:8 – 177:16 |
| 179:12 – 179:16 |
| 186:5 – 186:21 |
| 188:13 – 189:21 |
| 190:15 – 191:23 |
| 192:3 – 192::20 |
| 195:16 – 196:15 |
| 195:2 – 195:15 |
| 197:23 – 197:24 |
| 198:1 – 198:6 |
| 214:2 – 218:10 |
| 218:17 – 221:17 |
| 221:23 – 228:24 |
| 229:14 – 231:2 |
| 251:19 – 252:8 |
| 256:18 – 265:20 |
| 259:13 – 259:24 |
| 260:1 – 260:24 |
| 261:1 – 261:2 |
| 261:17 – 261:24 |

| |
|---|
| 262:1 – 262:6 |
| 262:16 – 262:17 |
| 262:20 – 262:24 |
| 262:8 – 262:13 |
| 263:1 – 263:7 |
| 263:10 – 263:11 |
| 263:14 – 263:24 |
| 264:1 – 264:6 |
| 265:11 – 265:15 |
| 265:22- 265:24 |
| 265:4 – 265:9 |
| 266:10 – 266:15 |
| 266:16 – 268:19 |
| 266:3 – 266:7 |
| 269:13 – 271:21 |
| 271:22 – 271:24 |
| 272:1 – 272:12 |
| 272:15 – 272:23 |
| 273:9 – 273:24 |
| 274:1 – 274:5 |
| 274:9 – 274:24 |
| 275:8 – 275:24 |
| 276:1 – 276:22 |
| 277:1 – 277:3 |
| 277:16 – 281:9 |
| 277:6 – 277:13 |
| 281:14 – 281:18 |
| 281:21 – 284:24 |
| 285:3 – 295:14 |
| 295:17 – 296:2 |
| 296:16 – 297:14 |
| 296:5 – 301:3 |
| 301:5 – 301:6 |
| 301:9 – 301:19 |
| 309:5 – 309:7 |
| 318:24 – 319:21 |
| 322:8 – 326:2 |
| 326:9 – 329:14 |
| 352:18 – 357:24 |
| 358:12 – 358:14 |
| 358:17 – 358:24 |
| 358:3- 358:9 |
| 359:14 – 359:19 |
| 359:22 – 360:2 |
| 359:3 –359:11 |

| |
|---|
| 360:5 – 360:5 |
| 360:9 – 361:7 |
| 361:9 – 362:4 |
| 362:23 – 364:3 |
| 362:9 – 362:10 |
| 364:17 – 364:18 |
| 364:20 – 365:12 |
| 364:5 – 364:15 |
| 365:16 – 365:17 |
| 366:7 – 367:15 |
| 376:20 – 380:10 |
| 380:15 – 382:20 |
| 383:11 – 385:19 |
| 386:2 – 389:24 |
| 392:12 – 396:24 |
| 397:11 – 397:13 |
| 397:16 – 398:23 |
| 397:3 – 397:8 |
| 399:1 – 399:3 |
| 399:10 – 399:17 |
| 399:20 – 400:2 |
| 400:23 – 401:1 |
| 400:5 – 400:20 |
| 401:13 – 402:15 |
| 401:3 – 401:10 |
| 402:18 – 402:18 |
| 407:20 – 408:13 |
| 409:11 – 410:16 |
| 409:7 – 409:8 |
| 410:19 – 411:18 |
| 416:11 – 417:16 |
| 417:18 – 417:24 |
| 418:2 – 418:4 |
| 418:23 – 420:9 |
| 418:7 – 418:17 |
| 420:14 – 423:3 |
| 423:5 – 423:6 |
| 424:10 – 424:21 |
| 435:2 – 436:8 |
| 436:10 – 436:12 |
| 436:15 – 436:17 |
| 436:20 – 438:10 |
| 438:17 – 438:22 |
| 438:24 – 439:12 |
| 439:14 – 439:15 |

| |
|---|
| 439:20 – 439:22 |
| 440:1 – 440:4 |
| 440:13 – 441:3 |
| 440:9 – 440:10 |
| 441:6 – 441:22 |
| 442:1 – 442:2 |
| 442:10 – 443:9 |
| 442:5 – 442:7 |
| 443:11 – 443:11 |
| 443:14 – 443:22 |
| 444:10 – 446:24 |
| 444:4 – 444:5 |
| 463:6 – 464:5 |

| Tim Peeler 30(b)(6) taken by DDI, Volume I |
|---|
| 5:7 – 7:8 |
| 9:24 – 15:15 |
| 16:6 – 16:24 |
| 26:7 – 30:7 |
| 30:11 – 30:17 |
| 30:23 – 34:12 |
| 34:14 – 36:6 |
| 44:3 – 45:8 |
| 50:25 – 51:22 |
| 53:1 – 54:10 |
| 60:5 – 60:7 |
| 60:11 – 60:20 |
| 67:9 – 69:9 |
| 76:22 – 77:15 |
| 78:10 – 78:17 |
| 78:18 – 81:11 |

| Tim Peeler 30(b)(6) taken by DDI, Volume II |
|---|
| 92:7 – 92:17 |
| 92:22 – 93:6 |
| 93:17 – 96:13 |
| 96:16 – 96:18 |
| 97:22 – 98:22 |
| 98:24 – 99:25 |
| 109:22 – 112:9 |
| 112:19 – 113:4 |
| 113:10 – 114:2 |
| 114:14 – 115:6 |

| |
|---|
| 128:22 – 128:23 |
| 129:3 – 133:16 |
| 135:11 – 136:8 |
| 136:14 – 136:15 |
| 138:17 – 138:19 |
| 138:22 – 139:23 |
| 140:4 – 141:19 |
| 142:5 – 142:20 |
| 144:18 – 145:15 |
| 146:11 – 146:12 |
| 146:19 – 147:2 |
| 147:3 – 147:5 |
| 147:7 – 147:8 |
| 153:24 – 154:20 |
| 155:19 – 157:4 |
| 157:14 – 161:10 |
| 161:14 – 161:24 |
| 162:10 – 163:4 |
| 163:17 – 163:21 |
| 164:16 – 165:16 |
| 165:18 – 166:22 |
| 167:18 – 167:25 |
| 168:1 – 168:20 |
| 168:24 – 171:2 |
| 171:10 – 171:16 |
| 172:10 – 175:2 |
| 175:9 – 177:19 |
| 177:20 – 178:21 |
| 179:22 – 180:6 |
| 180:24 – 181:8 |
| 181:16 – 184:8 |
| 184:15 – 185:23 |
| 188:6 – 188:10 |
| 190:11 – 192:8 |
| 192:24 – 193:16 |
| 193:17 – 194:11 |
| 195:2 – 195:21 |
| 196:1 – 196:2 |
| 196:7 – 196:10 |
| 196:15 – 197:7 |
| 198:1 – 198:12 |
| 199:1 – 199:16 |
| 200:18 – 200:19 |
| 200:21 – 201:10 |
| 202:3 – 202:4 |

| |
|---|
| 202:15 – 204:15 |
| 205:8 – 206:5 |
| 206:9 – 207:2 |
| 207:5 – 208:2 |
| 208:13 – 211:18 |
| 214:5 – 214:18 |
| 214:23 – 215:7 |
| 215:13 – 216:7 |
| 216:15 – 218:4 |
| 218:7 – 218:8 |
| 218:14 – 218:22 |
| 219:13 – 223:20 |
| 224:4 – 224:9 |
| 224:17 – 226:3 |
| 226:22 – 227:25 |
| 228:13 – 230:14 |
| 230:22 – 231:11 |
| 232:1 – 233:15 |
| 233:23 – 234:4 |
| 234:10 – 238:20 |
| 238:23 – 239:16 |
| 239:25 – 239:25 |
| 240:2 – 242:1 |
| 242:8 – 247:22 |
| 248:2 – 255:5 |
| 255:22 – 258:23 |
| 259:3 – 259:8 |
| 259:12 – 259:12 |
| 259:15 – 259:25 |
| 260:3 – 260:13 |
| 260:19 – 261:2 |
| 262:20 – 263:6 |
| 264:3 – 267:9 |
| 267:14 – 268:5 |
| 268:11 – 268:21 |
| 268:25 – 270:4 |
| 270:9 – 271:3 |
| 272:24 – 271:24 |
| 272:4 – 272:18 |
| 273:2 – 273:22 |
| 274:2 – 274:18 |
| 275:13 – 276:9 |
| 276:11 – 276:16 |
| 276:19 – 277:22 |
| 278:9 – 278:13 |

| |
|---|
| 278:18 – 280:8 |
| 280:10 – 280:10 |
| 280:15 – 281:6 |
| 281:12 – 281:16 |
| 281:22 – 282:21 |
| 283:18 – 285:5 |
| 290:16 – 290:18 |
| 290:20 – 294:9 |
| 294:14 – 295:8 |
| 295:10 – 296:9 |
| 296:13 – 296:18 |
| 296:20 – 296:21 |
| 296:23 – 297:10 |
| 297:22 – 298:9 |
| 298:18 – 298:18 |
| 299:5 – 301:1 |
| 301:6 – 301:11 |
| 301:18 – 302:9 |
| 302:17 – 303:8 |
| 303:12 – 304:1 |
| 304:23 – 305:5 |
| 305:17 – 305:20 |
| 306:1 – 306:15 |
| 308:11 – 309:12 |
| 309:15 – 309:18 |
| 309:21 – 310:8 |
| 312:16 – 312:20 |
| 312:24 – 313:15 |
| 313:23 – 314:4 |
| 314:9 – 315:6 |

| Dana Pinner |
|---|
| 5:14 – 4:24 |
| 7:14 – 7:23 |
| 8:4 – 8:24 |
| 9:1 – 9:20 |
| 10:6 – 10:18 |
| 13:4 – 13:7 |
| 15:19 – 15:24 |
| 16:1 – 16:6 |
| 16:21 – 16:24 |
| 17:1 – 17:24 |
| 20:13 – 20:21 |
| 27:21 – 27:24 |
| 28:1 – 28:4 |

| Nader Rad – Individual |
| --- |
| 4:22 – 4:22 |
| 4:25 – 5:12 |
| 7:5 – 7:13 |
| 12:6 – 12:18 |
| 13:22 – 17:5 |
| 42:2 – 42:14 |
| 44:8 – 44:9 |
| 45:11 – 45:15 |
| 75:1 – 75:2 |
| 88:22 – 89:16 |
| 90:8 – 91:12 |
| 91:17 – 92:12 |

| Nader Rad – 30(b)(6) taken by DLL |
| --- |
| 12:20 – 13:8 |
| 27:23 – 33:6 |
| 34:3 – 34:16 |
| 45:14 – 45:21 |

| Nader Rad – 30(b)(6) taken by Desoto, Volume I |
| --- |
| 8:19 – 9:17 |
| 58:10 – 62:24 |
| 78:15 – 78:23 |
| 83:21 – 84:1 |

| Nader Rad – 30(b)(6) taken by Desoto, Volume II–A |
| --- |
| 114:24 – 116:2 |

| Nader Rad – 30(b)(6) taken by Desoto, Volume II–B |
| --- |
| 186:1 – 187:5 |

| Ray Ruskowski* |
| --- |
| 7:8 – 7:19 |
| 11:14 – 11:21 |
| 12:2 – 13:10 |
| 16:21 – 16:24 |
| 24:19 – 25:11 |
| 32:13 – 32:15 |
| 32:19 – 34:8 |

| |
|---|
| 47:7 – 48:2 |
| 48:16 – 50:8 |
| 53:21 – 54:3 |
| 56:17 – 56:20 |
| 56:24 – 57:8 |
| 71:5 – 71:14 |
| 74:10 – 74:21 |
| 75:3 – 75:6 |
| 76:8 – 77:2 |
| 78:2 – 79: |
| 81:24 – 82:12 |
| 83:15 – 84:7 |
| 95:9 – 96:4 |
| 101:12 – 102:12 |
| 102:19 – 103:19 |
| 104:22 – 107:22 |
| 108:1 – 108:1 |
| 108:6 – 109:3 |
| 109:7 – 111:3 |
| 112:21 – 112:23 |
| 113:18 – 119:1 |
| 119:5 – 124:4 |
| 124:17 – 125:3 |
| 129:16 – 130:4 |
| 131:3 – 132:1 |
| 132:9 – 133:9 |
| 133:23 – 133:24 |
| 134:10 – 134:17 |
| 134:23 – 136:4 |
| 136:14 – 142:16 |
| 143:2 – 144:6 |
| 144:22 – 145:13 |
| 146:7 – 146:11 |
| 146:16 – 147:15 |
| 147:20 – 148:10 |
| 149:15 – 151:4 |
| 153:23 – 155:2 |
| 155:8 – 158:12 |
| 169:11 – 170:21 |
| 172:6 – 172:9 |
| 180:22 – 181:20 |
| 182:6 – 184:18 |
| 184:22 – 185:3 |
| 185:10 – 186:5 |
| 188:23 – 189:2 |

| |
|---|
| 189:5 – 189:6 |
| 189:10 – 189:11 |
| 190:24 – 191:7 |
| 200:10 – 201:22 |
| 202:6 – 202:11 |
| 202:19 – 203:12 |
| 204:6 – 206:21 |
| 207:16 – 207:21 |
| 225:9 – 227:3 |
| 227:9 – 230:9 |
| 230:13 – 230:17 |
| 232:14 – 232:20 |
| 237:7 – 238:9 |
| 238:21 – 241:20 |
| 242:19 – 245:10 |
| 281:3 – 281:17 |
| 281:23 – 283:5 |
| 283:8 – 283:10 |
| 283:18 – 283:21 |
| 289:15 – 290:7 |
| 290:11 – 290:20 |
| 293:5 – 293:22 |
| 294:4 – 294:14 |
| 301:11 – 302:16 |
| 305:17 – 306:21 |
| 307:1 – 308:7 |
| 308:11 – 308:22 |
| 309:2 – 309:12 |
| 309:17–309:17 |
| 311:1 – 311:16 |
| 315:7 – 316:4 |
| 316:9 – 316:10 |
| 316:13 – 316:21 |
| 349:4 – 349:14 |
| 374:3 – 374:13 |
| 375:9 – 376:14 |
| 376:19 – 377:21 |

| Charlie Ryan |
|---|
| 3:7 – 3:13 |
| 8:1 – 8:14 |
| 10:5 – 13:14 |
| 15:18 – 16:17 |
| 22:19 – 24:1 |
| 24:11 – 25: 10 |

| |
|---|
| 26:11 – 27:20 |
| 30:20 – 31:2 |
| 33:22 – 37:3: |
| 37:13 – 37:17 |
| 40:9 – 40:14 |
| 44:20 – 44:24 |
| 54:16 – 54:20 |
| 55:23 – 56:1 |
| 58:11 – 59:3 |
| 72:13 – 72:16 |
| 73:5 – 73:12 |
| 73:15 – 74:3 |
| 74:24 – 74:25 |
| 77:13 – 78:13 |
| 87:25 – 88:1 |
| 88:15 – 88:21 |
| 90:12 – 91:23 |
| 93:6 – 93:20 |
| 101:10 – 101:13 |
| 102:16 – 104:20 |
| 108:18 – 109:10 |
| 110:1 – 113:19 |
| 113:22 – 114:13 |
| 114:19 – 115:13 |
| 115:19 – 116:18 |
| 116:22 – 117:16 |
| 118:1 – 118:17 |
| 119:21 – 120: 5 |
| 121:9 – 123:5 |
| 124:2 – 126:9 |
| 129:11 – 131:18 |
| 132:12 – 133:13 |
| 134:21 – 134:24 |
| 135:4 – 135:9 |
| 135:4 – 135:9 |
| 135:21 – 136:2 |
| 136:11 – 136:19 |
| 137:11 – 137:18 |
| 137:22 – 139:14 |
| 140:20 – 141:17 |
| 142:15 – 143:10 |
| 143:15 – 146:21 |
| 147:23 – 148:9 |
| 148:14 – 148:15 |
| 151:21 – 152:14 |

| 153:6 – 153:19 |
|---|
| 154:21 – 159:22 |
| 160:10 – 160:12 |
| 162:13 – 163:14 |
| 163:19 – 164:2 |
| 164:11 – 164:24 |
| 165:1 – 165:16 |
| 166:1 –166:9 |
| 166:13 – 166:18 |

| Erin Singer* |
|---|
| 30:1–31:3 |
| 31:14–32:1 |
| 37:20–37:22 |
| 42:4–42:20 |
| 228:13–240:10 |
| 241:17–245:12 |
| 304:22–305:2 |
| 339:1–345:23 |
| 24.12-26.19 |
| 59.24-61.18 |
| 62.5-63.9 |
| 65.12-66.4 |
| 66.24-67.22 |
| 68.9-74.4 |
| 74.7-79.5 |
| 82.22-84.11 |
| 88.17-91.10 |
| 91.21-93.9 |
| 93.17-94.9 |
| 94.15-98.1 |
| 98.7-102.1 |
| 102.3 |
| 102.21-106.11 |
| 108.2-108.7 |
| 108.16-111.16 |
| 111.19-115.4 |
| 115.9-116.14 |
| 116.17-117.9 |
| 117.12-119.15 |
| 130.23-136.14 |
| 136.16-140.8 |
| 140.14-140.23 |
| 141.3-143.23 |
| 144.4-146.19 |

| |
|---|
| 146.22-149.18 |
| 150.6-151.22 |
| 151.24-152.10 |
| 152.23-153.12 |
| 153.17-157.9 |
| 157.11-158.3 |
| 159.21-161.15 |
| 161.18-162.1 |
| 162.4-167.10 |
| 180.7-181.2 |
| 181.5-184.23 |
| 185.4-189.3 |
| 189.15-190.9 |
| 190.11-190.13 |
| 191.6-196.20 |
| 196.22 |
| 197.1-197.6 |
| 197.11 |
| 197.14-197.21 |
| 198.18-201.24 |
| 202.4 |
| 202.11-207.24 |
| 208.2 |
| 210.18 |
| 210.20-210.21 |
| 210.24-213.15 |
| 213.18-213.24 |
| 214.2-214.6 |
| 214.22-215.13 |
| 215.15 |
| 216.9-228.6 |
| 228.13-237.16 |
| 237.20-241.3 |
| 246.21-249.17 |
| 249.20-256.17 |
| 256.21-257.1 |
| 257.4-257.8 |
| 257.11-259.15 |
| 259.18-261.3 |
| 261.8-263.23 |
| 264.2-265.20 |
| 265.23-271.4 |
| 271.16-279.13 |
| 279.21-280.5 |
| 280.8-280.24 |

| |
|---|
| 281.2-281.5 |
| 281.7 |
| 286.9-286.12 |
| 286.15-289.16 |
| 289.19-289.22 |
| 290.1-291.11 |
| 291.13-293.10 |
| 293.12-293.14 |
| 293.16-295.14 |
| 298.9-301.1 |
| 301.7-304.21 |
| 318.20-319.22 |
| 323.11-325.16 |
| |

| Mike Smith* |
|---|
| 5:16 – 7:16 |
| 8:7 – 13:1 |
| 14:1 – 14:7 |
| 16:11– 16:22 |
| 17:10 – 20:5 |
| 21:12– 23:11 |
| 23:17– 27:23 |
| 29:18– 29:21 |
| 30:8 – 31:2 |
| 31:8 – 31:14 |
| 33:9 – 34:7 |
| 49:21 – 53:5 |
| 61:12 – 62:5 |
| 66:23 – 68:4 |
| 70:3 – 70:6 |
| 72:20 – 73:10 |
| 148:10 – 148:16 |
| 148:24 – 149:4 |

| Lisa Sparta |
|---|
| 5:15 –6:7 |
| 7:7 – 7:15 |
| 7:23 – 8:14 |
| 15:6 – 23:24 |
| 25:17 – 28:23 |
| 33:5 – 35:11 |
| 38:18 – 39:17 |
| 44:8 – 45:8 |
| 45:19 – 45:23 |

| Dave Steiff* |
|---|
| 6:10 – 15:5 |
| 16:14 – 19:10 |
| 21:10 – 23:17 |
| 24:2 – 26:11 |
| 33:12 – 34:6 |
| 43:8 – 45:21 |
| 45:25 – 46:3 |
| 47:3 – 52:1 |
| 56:15 – 59:10 |
| 61:3 – 61:22 |
| 64:2 – 64:23 |
| 65:24 – 69:12 |
| 82:10 – 83:23 |
| 86:19 – 88:18 |
| 89:14 – 89:17 |
| 89:20 – 95:1 |
| 99:1 – 101:11 |
| 101:24 – 101:25 |
| 102:17 – 106:5 |
| 107:18 – 108:12 |
| 109:17 – 110:9 |
| 111:5 – 111:22 |
| 113:4 – 115:18 |
| 116:5 – 120:2 |
| 135:22 – 138:9 |
| 138:12 – 141:1 |
| 164:1 – 167:16 |
| 169:6 – 170:4 |
| 177:9 – 177:19 |
| 180:11 – 181:17 |
| 182:13 – 185:5 |
| 185:10 – 187:15 |
| 187:21 – 187:22 |
| 188:8 – 189:13 |
| 191:12 – 192:3 |
| 192:5 – 192:6 |
| 192:8 – 192:8 |
| 192:15 – 193:17 |
| 194:23 – 195:19 |
| 195:22 – 196:5 |
| 196:9 – 196:18 |
| 196:21 – 197:2 |
| 197:8 – 197:11 |

| |
|---|
| 197:14 – 197:19 |
| 198:7 – 198:18 |
| 199:20 – 201:2 |
| 203:20 – 204:9 |
| 204:12 – 205:3 |
| 210:9 – 210:22 |
| 215:9 – 216:7 |
| 221:25 – 223:11 |
| 225:5 – 226:11 |
| 226:15 – 227:9 |

| Zebulon Stewart |
|---|
| 5:11 – 5:13 |
| 5:22 – 5:24 |
| 6:1 – 6:9 |
| 21:17 – 21:24 |
| 22:1 – 22:21 |
| 26:17 – 26:24 |
| 27:1 – 27:1 |
| 29:4 – 29:7 |
| 29:16 – 29:20 |
| 31:6 – 31:17 |
| 33:4 – 33:8 |
| 39:6 – 39:14 |
| 42:16 – 42:24 |
| 44:17 – 44:24 |
| 45:1 – 45:2 |
| 47:4 – 47:24 |
| 56:3 – 56:20 |
| 60:9 – 60:20 |
| 62:5 – 62:24 |
| 63:1 – 63:24 |
| 64:1 – 64:1 |
| 65:9 – 65:19 |
| 67:1 – 67:21 |
| 69:11 – 69:23 |
| 196:11 – 196:24 |
| 197:1 – 197:6 |
| 204:17 – 204:24 |
| 205:1 – 205:16 |
| 207:1 – 207:15 |
| 213:11 – 213:24 |
| 214:1 – 214:24 |
| 215:1 – 215:22 |
| 216:14 – 216:24 |

| 217:1 – 217:18 |
|---|
| 221:20 – 221:24 |
| 222:1 – 222:24 |
| 223:1 – 223:24 |
| 224:1 – 224:8 |
| 226:13 – 226:24 |
| 228:1 – 228:24 |
| 229:1 – 229:24 |

| Rick Stobaugh* |
|---|
| 15.9 – 15.18 |
| 16.4 – 17.10 |
| 22.13 – 24.16 |
| 41.18 – 43.4 |
| 44.24 – 45.25 |
| 52.1 – 52.5 |
| 52.24 – 53.20 |
| 54.1 – 54.15 |
| 55.10 – 55.14 |
| 60.8 – 60.18 |
| 62.2 – 64.15 |

| Brian Turnbull |
|---|
| 3:8 – 3:25 |
| 4:12 – 4:13 |
| 4:23 – 5:3 |
| 5:7 – 5:25 |
| 6:18 – 7:11 |
| 9:21 – 10:5 |
| 11:10 – 11:25 |
| 15:6 – 16:22 |
| 17:17 – 19:17 |
| 20:17 – 21:6 |
| 22:20 – 22:23 |
| 23:7 – 23:10 |
| 36:7 – 36:15 |
| 39:6 – 39:15 |
| 39:19 – 40:1 |
| 40:23 – 41:6 |
| 41:21 – 41:25 |
| 42:3 – 42:3 |
| 42:10 – 42:19 |
| 44:8 – 44:14 |
| 44:19 – 44:23 |
| 45:3 – 45:20 |

| 46:1 – 46:16 |
|---|
| 46:22 – 46:23 |
| 46:25 – 47:4 |
| 47:18 – 47:21 |
| 48:16 – 48:18 |
| 48:24 – 48:24 |

| Brian Turnbull – 30(b)(6) taken by Desoto |
|---|
| 4:8 –5:21 |
| 26:1 – 27:23 |
| 28:1 – 28:6 |
| 28:22 – 29:25 |
| 30:4 – 30:8 |
| 31:25 – 32:13 |
| 32:18 – 33:8 |

II.     It is respectfully requested that the Court take judicial notice that December 29, 2000 was a Friday.

Respectfully Submitted,

By:     _____

William Matthews
Signature Code WM782
For SAUL EWING LLP
Center Square West
1500 Market Street, 38th Fl.
Philadelphia, PA 19102-2186
(215) 972-7106

Kyle P. Tate
for TATE LAW FIRM
9085 Sandidge Center Cove
Olive Branch, MS 38654
(662) 893-8833

Lynanne B. Wescott
The Wescott Law Firm P.C.
Two Penn Center Plaza,
Suite 200
Philadelphia, PA 19102
(215) 755-6330

Attorneys for Defendants
DeSoto Diagnostic
Imaging, LLC, *et al*

Dated:  May 14, 2004

## CERTIFICATE OF SERVICE

I certify that I am this day serving a copy of the attached Defendants' Reply Brief in Support of Motion for Summary Judgment Based on Plaintiff's Reliance on the Master Lease upon the persons and in the manner indicated below.

Service by _telecopy_ to:

> Mr. John Chesney
> Ms. Julianne Peck
> Mr. Jonathan Sturz
> DRINKER BIDDLE & REATH LLP
> One Logan Square
> 18th & Cherry Streets
> Philadelphia, PA 19103-6996
>
> Mr. Peter Boyer
> Ms. Rosetta B. Packer
> MCCARTER & ENGLISH, LLP
> Mellon Bank Center, Suite 700
> 1735 Market Street
> Philadelphia, PA 19103-7501

_____
William Matthews

Dated: May 14, 2004