IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DELAGE LANDEN FINANCIAL SERVICES, INC., <br>　　　　　Plaintiff, <br><br>TOSHIBA AMERICA MEDICAL SYSTEMS, INC. <br>　　　　　Plaintiff/Intervener, <br><br>　　　v. <br><br>DESOTO DIAGNOSTIC IMAGING, LLC., et al. <br>　　　　　Defendants and Counter-Claimants | CIVIL ACTION NO. 2:02CV2810 |

## DEFENDANTS' SECOND SUPPLEMENT TO PRETRIAL MEMORANDUM

Defendants hereby submit the following objections to the trial exhibit lists of Plaintiff De Lage Landen Financial Services, Inc. ("DLL") and Plaintiff/Intervenor Toshiba America Medical Systems, Inc. Defendants reserve the right to raise additional objections as appropriate at trial. Defendants also object to all documents that are not and have not been properly authenticated, and to those documents which are subject to Defendants' pending motions in limine.

-2-

## Defendants' Specific Objections to DLL's Trial Exhibits

| Exhibit No. | Description | Objections |
|---|---|---|
| DLL-2 | Master Lease | Subject to Defendants' Motion in Limine to Preclude Evidence Related to Master Lease Agreement. |
| DLL-3 | Master Lease Schedule No. 1 and related documents | Subject to Defendants' Motion in Limine to Preclude Evidence Related to Master Lease Agreement. |
| DLL-4 | Guaranty of Lynn Carvel | Subject to Defendants' Motion in Limine to Preclude Evidence Related to Master Lease Agreement. |
| DLL-5 | Guaranty of Randon Carvel | Subject to Defendants' Motion in Limine to Preclude Evidence Related to Master Lease Agreement. |
| DLL-6 | Guaranty of Delta Radiology, P.C. | Subject to Defendants' Motion in Limine to Preclude Evidence Related to Master Lease Agreement. |
| DLL-7 | Guaranty of Zobar Properties, LLC | Subject to Defendants' Motion in Limine to Preclude Evidence Related to Master Lease Agreement. |
| DLL-28 | Letter from J. Chesney to Packer and Tate | Lack of foundation, no authentication, unable to cross-examine. |
| DLL-29 | Letter from Packer to Chesney | Lack of foundation, no authentication, unable to cross-examine. Document not disclosed in discovery. |
| DLL-30 | Letter from Chesney to Packer | Lack of foundation, no authentication, unable to cross-examine. Document not disclosed in discovery. |
| DLL-31 | Letter from Packer to Chesney | Lack of foundation, no authentication, unable to cross-examine. Document not disclosed in discovery. |
| DLL-43 | Photos received in Expert Report of Edward Detwiler | Photos not produced in discovery. |
| DLL-44 | Master Lease Schedule No. 2 with Second Addendum to Master Lease | Subject to Defendants' Motion in Limine to Preclude Evidence |

| | | |
|---|---|---|
| | | Related to Master Lease Agreement. |
| DLL-45 | Itemized Statement of Damages | Lack of foundation, no authentication. |
| DLL-46 | McCarter & English Invoices "Redacted" | Lack of foundation, no authentication and incomplete/redacted. |

**Defendants' Specific Objections to TAMS' Trial Exhibits**

| Exhibit No. | Description | Objections |
|---|---|---|
| TAMS-26 | Master Lease Agreement | Subject to Defendants' Motion in Limine to Preclude Evidence Related to Master Lease Agreement. |
| TAMS-27 | Debt Subordination Letter | Subject to Defendants' Motion in Limine to Preclude Evidence Related to Master Lease Agreement. |
| TAMS-28 | Blanket Personal Guaranty of Dr. Lynn Carvel | Subject to Defendants' Motion in Limine to Preclude Evidence Related to Master Lease Agreement. |
| TAMS-29 | Blanket Personal Guaranty of Randon Carvel | Subject to Defendants' Motion in Limine to Preclude Evidence Related to Master Lease Agreement. |
| TAMS-30 | Zobar Properties Guaranty | Subject to Defendants' Motion in Limine to Preclude Evidence Related to Master Lease Agreement. |
| TAMS-31 | Delta Radiology Guaranty | Subject to Defendants' Motion in Limine to Preclude Evidence Related to Master Lease Agreement. |
| TAMS-32 | H&H Systems and Design Record of Conversation with TAMS | Hearsay, relevance. |
| TAMS-40 | AGFA Price Quotation for Desoto | Hearsay, relevance. |
| TAMS-41 | AGFA Quotation/Order Summary | Hearsay, relevance. |
| TAMS-43 | Fax coversheet from Stephen Whitworth H&H Systems and Design to TAMS re Purchase Order for Toshiba PCDU's | Hearsay, relevance. |
| TAMS-50 | TAMS Installation Progress Form re Excelart | Relevance. |

| TAMS-52 | H&H Systems and Design Record of Conversation with TAMS re rooms not ready for install | Hearsay, relevance. |
| --- | --- | --- |
| TAMS-55 | X-Ray Journal | Subject to Confidentiality Stipulation and Protective Order. |
| TAMS-56 | Nuc. Med Journal | Subject to Confidentiality Stipulation and Protective Order. |
| TAMS-58 | Patient Log | Subject to Confidentiality Stipulation and Protective Order. |
| TAMS-111 | Payment from Desoto to TAMS for broken phantom | Relevance. |
| TAMS-117 | Patient Log | Subject to Confidentiality Stipulation and Protective Order. |
| TAMS-118 | Patient Log | Subject to Confidentiality Stipulation and Protective Order. |
| TAMS-126 | Letter from Michael Smith to Dr. and Randon Carvel and Paul King | Misleading, incomplete, authentication, lack of foundation, hearsay, unsigned. |
| TAMS-157 | DDI Financial Statements prepared by Rhea & Ivy | Relevance as to financial statements including time period after February 2002. |
| TAMS-158 | Desoto Log | Relevance, lack of foundation. |
| TAMS-174 | Michael O'Barr statements re events at DDI on 2/25/02 | Lack of foundation, authentication, unsigned, no evidence of author, hearsay. |
| TAMS-180 | Leasing Schedule and Master Lease Agreement for Siemens MRI; Contract Addendum and other documents | Subject to Defendants' Motion in Limine to Preclude Evidence Related to Master Lease Agreement. |
| TAMS-239 | Hand written notes re: Desoto | Relevance, legibility, lack of foundation, unsigned, no evidence of author, hearsay. |
| TAMS-245 | DDI Financial Statements prepared by Rhea & Ivy | Relevance as to financial statements including time period after February 2002. |
| TAMS-267 | DDI Financial Statements prepared by Rhea & Ivy | Relevance as to financial statements including time period after February 2002. |
| TAMS-285 | Desoto Diagnostic Imaging Tax Returns for 1999 and 2000 | Relevance. |
| TAMS-286 | Desoto Diagnostic Imaging Tax Returns for 2001 and 2002 | Relevance as to tax returns including time period after February 2002. |
| TAMS-314 | Patient log of replacement images | Relevance. |

-5-

Defendants also hereby submit the following second supplement to their trial exhibit list:

| Exhibit No. | Document | Disclosure |
|---|---|---|
| 546 | SEG Components by Item | TAMS 2021 – 2024 |
| 547 | CA-Collection Management Collection History | DLL 001045 – 001054 |
| 548 | Lindgren documents | DDI 007687 – 007692 |
| 549-1 through 549-48 | Exhibits to Deposition of Mike O'Barr | O'Barr #1 – O'Barr #48 |
| 550 | Note from Jerry Smith | DDI 8600 |

Respectfully Submitted,

By:  _KT823_____
Kyle P. Tate
for TATE LAW FIRM
9085 Sandidge Center Cove
Olive Branch, MS 38654
(662) 893-8833

Lynanne B. Wescott
The Wescott Law Firm P.C.
Two Penn Center Plaza, Suite 200
Philadelphia, PA 19102
(215) 755-6330

William Matthews
SAUL EWING LLP
Center Square West
1500 Market Street, 38th Fl.
Philadelphia, PA 19102-2186
(215) 972-7106

Attorneys for Defendants
DeSoto Diagnostic
Imaging, LLC, *et al*

Dated: May 16, 2004

## **CERTIFICATE OF SERVICE**

I certify that I am this day serving a copy of the attached Defendants' Second Supplement To Pretrial Memorandum upon the persons and in the manner indicated below:

Service by *electronic mail* to:

Mr. John Chesney
Ms. Julianne Peck
Mr. Jonathan Sturz
DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996

Mr. Peter Boyer
Ms. Rosetta B. Packer
MCCARTER & ENGLISH, LLP
Mellon Bank Center, Suite 700
1735 Market Street
Philadelphia, PA 19103-7501

_KT823_____
Kyle P. Tate

Dated: May 16, 2004