IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DE LAGE LANDEN FINANCIAL, et al.:          CIVIL ACTION
                :
        v.      :
                :
DESOTO DIAGNOSTIC IMAGING     :             NO. 02-2810

**O R D E R**

AND NOW, this 18th day of May, 2004, it is Ordered that a Pre-Trial Motions Hearing is scheduled for Wednesday May 26, 2004 at 10:00 a.m in Courtroom 14 A.

It is FURTHER ORDERED that TRIAL is scheduled for Monday June 14, 2004 at 9:30 a.m.

BY THE COURT

ATTEST:

BY:_____
        Deputy Clerk