**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DELAGE LANDEN FINANCIAL SERVICES, INC.,<br>　　　　　　　　Plaintiff,<br><br>TOSHIBA AMERICA MEDICAL SYSTEMS, INC.<br>　　　　　　　　Plaintiff/Intervener,<br><br>　　　　　v.<br><br>DESOTO DIAGNOSTIC IMAGING, LLC., et al.<br>　　　　　　　　Defendants and Counter-Claimants | CIVIL ACTION NO. 2:02CV2810 |

**DEFENDANTS' THIRD SUPPLEMENT TO PRETRIAL MEMORANDUM**

　　　　Defendants by its undersigned attorney hereby supplement their Pretrial Memorandum as follows:

**I.    Designations of Deposition Testimony**

　　　　Defendants hereby supplement their previous designations of deposition testimony to include the following:

| DONNY JENKINS |
|---|
| 306:22 – 306:25 |
| 307:1 – 307:25 |
| 308:1 – 308:25 |
| 309:1 – 309:25 |
| 310:1 – 310:20 |
| 310:25 – 310:25 |
| 311:1 – 311:3 |
| 312:17 – 312:25 |
| 313:1 – 313:7 |
| 313:11 – 313:25 |
| 314:1 – 314:2 |

| |
|---|
| 317:11 – 317:25 |
| 319:12 – 319:25 |
| 320:1 – 320:10 |
| 321:17 – 321:22 |
| 322:10 – 322:14 |
| 323:16 – 323:25 |
| 325:4 – 325:20 |
| 344:15 – 344:25 |
| 345:1 – 345:25 |

**II.    Trial Exhibit List**

Defendants' Supplemental Trial Exhibit List is attached hereto.

**III.   Objections to Deposition Designations**

Defendants' Supplemental Objections to Plaintiff/Intervenor Toshiba America Medical Systems, Inc.'s Deposition Designations is attached hereto.

                        Respectfully Submitted,

                By:    _KT823_____
                        Kyle P. Tate
                        for TATE LAW FIRM
                        9085 Sandidge Center Cove
                        Olive Branch, MS 38654
                        (662) 893-8833

                        Lynanne B. Wescott
                        The Wescott Law Firm P.C.
                        Two Penn Center Plaza, Suite 200
                        Philadelphia, PA   19102
                        (215) 755-6330

                        William Matthews
                        SAUL EWING LLP
                        Center Square West
                        1500 Market Street, 38th Fl.
                        Philadelphia, PA 19102-2186
                        (215) 972-7106

                        Attorneys for Defendants
                        DeSoto Diagnostic
                        Imaging, LLC, *et al*

-3-

Dated: May 21, 2004

## CERTIFICATE OF SERVICE

I certify that I am this day serving a copy of the attached Defendants' Third Supplement to Pretrial Memorandum upon the persons and in the manner indicated below:

Service by hand delivery to:

    Mr. John Chesney
    Ms. Julianne Peck
    Mr. Jonathan Sturz
    DRINKER BIDDLE & REATH LLP
    One Logan Square
    18th & Cherry Streets
    Philadelphia, PA 19103-6996

    Mr. Peter Boyer
    Ms. Rosetta B. Packer
    MCCARTER & ENGLISH, LLP
    Mellon Bank Center, Suite 700
    1735 Market Street
    Philadelphia, PA 19103-7501

                                        _KT823_____
                                        Kyle P. Tate

Dated: May 21, 2004