# Defendants' Supplemental Trial Exhibit List[1]

| No. | Disclosure No. | Previous Exhibit No. | Date | Document |
|---|---|---|---|---|
| 1 | TAMS 1 - 10 | Sparta #1 | 06/29/00 | Master Lease Agreement |
| | DLL 000235, 000236, 000241, 000238 | Randon #3 | 06/09/00 | Blanket Personal Guaranty - Randon Carvel |
| | DLL 000243 - 000246 | Carvel #7 | 06/09/00 | Blanket Personal Guaranty - Lynn Carvel |
| | Desoto 000059 - 000063 | Carvel #2 | 06/09/00 | Guaranty - Delta Radiology |
| | DLL 000252 - 000256 | Carvel #5 | 06/09/00 | Guaranty - Zobar Properties |
| | Desoto 000069 - 000074 | Carvel #3 | 06/09/00 | Debt Subordination Letter |
| | Desoto 000045 - 000046 | | 06/09/00 | Master Lease Agreement Addendum |
| | DLL 000283 | | 02/07/01 | Second Addendum to Master Lease Agreement |
| 2 | | Flassing #9 | 07/19/96 | Master Contract Financing Program Agreement |
| 3 | | In Carvel #11 | | Excelart brochures |
| 4 | | In Carvel #11 | | Asteion CT brochures |
| 5 | | In Carvel #11 | | Nuclear Medicine brochures |
| 6 | | In Carvel #11 | | R&F System brochures |
| 7 | | In Carvel #11 | | Ultrasound brochures |
| 8 | TAMS 2352 - 2364 | Desoto #19 | 02/02/00 | Excelart quotation order/order summary |
| 9 | DDI 000801 - 000821 | Desoto #23 | 02/24/00 | Asteion CT quotation order/order summary |
| 10 | TAMS 5810 - 5822 | Desoto #21 | 02/11/00 | Nuclear Medicine quotation order/order summary |
| 11 | DDI 001172 - 001173 | | 12/09/99 | Radiographic System quotation order/order summary |
| 12 | DDI 001041 - 001048 | Desoto #22 | 01/31/00 | Fluoro System quotation order/order summary |
| 13 | Desoto 000126, 000128 - 000130 | Desoto #20 | 02/03/00 | Ultrasound quotation order/order summary |
| 14 | TAMS 1173 - 1174 | | 11/29/00 | Asteion CT quotation order/order summary |
| 15 | TAMS 10 | Carvel #9 | 12/29/00 | Authorization to purchase equipment - Lynn Carvel |
| 16 | Desoto 000086 | Carvel #11 | 04/30/01 | Authorization to purchase equipment - Randon Carvel |
| 17 | TAMS 105 - 107 | Desoto #14 | 02/02/00 | MRI service agreement and addendum |
| 18 | TAMS 102 - 104 | Desoto #16 | 02/02/00 | CT service agreement and addendum |
| 19 | TAMS 96 - 98 | Desoto #13 | 02/02/00 | Nuclear Medicine service agreement and addendum |
| 20 | TAMS 99 - 101 | Desoto #15 | 02/02/00 | Fluoro service agreement and addendum |
| 21 | TAMS 94 - 95 | Desoto #17 | 02/08/00 | Ultrasound service agreement |
| 22 | Desoto 000089 - 000090 | | | Toshiba Product Warranty and Services Coverage |
| 23 | Desoto 000091 | | | Warranty Information Scope and Duration of Warranty |
| 24 | Desoto 000092 | | | Product Warranty and Service Coverage |
| 25 | TAMS 2495 - 2497 | | 02/13/01 | MRI Online SEG/Component Warranty Change |
| 26 | TAMS 2406 - 2407 | | 02/13/00 | CT Online SEG/Component Warranty Change |
| 27 | TAMS 2745 - 2746 | | 02/13/01 | Nuclear Medicine Online SEG/Component Warranty Change |
| 28 | TAMS 2875 | | 02/13/01 | R&F Online SEG/Component Warranty Change |
| 29 | TAMS 5996, 6002 | | 02/05/02 | MRI service invoice credit |
| 30 | TAMS 5994 | | 02/05/02 | CT service invoice credit |

# Defendants' Supplemental Trial Exhibit List[1]

| No. | Disclosure No. | Previous Exhibit No. | Date | Document |
|---|---|---|---|---|
| 31 | TAMS 6000 | | 02/05/02 | Nuclear Medicine service invoice credit |
| 32 | TAMS 5998 | | 02/05/02 | R&F service invoice credit |
| 33 | DLL 000206 | In Carvel #8 | 10/25/00 | UCC financing statement |
| 34 | DDI 013606 | | | UCC financing statement |
| 35 | DDI 013607 | | 01/10/01 | UCC financing statement |
| 36 | DDI 013608 | | 01/10/01 | UCC financing statement |
| 37 | DLL 000207 - 000209 | | 04/13/01 | UCC financing statement |
| 38 | DDI 013609-013610 | | 04/13/01 | UCC financing statement |
| 39 | DDI 013100 - 013118 | | | Installation documents received from subpoena to Oxford Instruments |
| 40 | H&H 00516 - 00523, 00536 | | | H&H documents |
| 41 | H&H 00584 | | | H&H documents |
| 42 | H&H 00937 - 00940 | | | H&H documents |
| 43 | H&H 01739 - 01749 | | | H&H documents |
| 44 | H&H 01750 | | | H&H documents |
| 45 | H&H 01849 - 01853 | | | H&H documents |
| 46 | H&H 01854 - 01855 | | | H&H documents |
| 47 | H&H 02885 - 02893 | | | H&H documents |
| 48 | H&H 02896 - 02901 | | | H&H documents |
| 49 | H&H 02911 - 02917 | | | H&H documents |
| 50 | H&H 02950 | | | H&H documents |
| 51 | H&H 02958 - 02959 | | | H&H documents |
| 52 | H&H 02961 - 02970 | | | H&H documents |
| 53 | H&H 03001 - 03009 | | | H&H documents |
| 54 | H&H 03030 - 03041 | | | H&H documents |
| 55 | TAMS 2517 - 2535 | | | Excelart Pianissimo (P2) Field Service Plan |
| 56 | TAMS 10415, 10423 | | | Imaging Manual for Excelart - excerpt |
| 57 | TAMS 4636, 4772 - 4778 | Vokaty #4 | | Nuclear Medicine Camera System Operation Manual - excerpt |
| 58 | DDI 008566 - 008672 | | | Newspaper and Magazine Articles |
| 59 | TAMS 1396 - 1398, 1404 | King #2 | 12/28/00 | Application Site Report |
| 60 | TAMS 1389 - 1391 | O'Barr #3 | 04/03/01 | Application Site Report |
| 61 | TAMS 2077 - 2079 | O'Barr #2 | 05/15/01 | Application Site Report |
| 62 | TAMS 1384 - 1387 | Gibbs #18 | 06/15/01 | Application Site Report |
| 63 | TAMS 1975 - 1983 | Jacob #2 | 07/23/01 | Application Site Report |
| 64 | TAMS 2072 - 2074 | Jacob #4 | 07/23/01 | Application Site Report |
| 65 | TAMS 1432 - 1434 | Jacob #5 | 12/04/01 | Application Site Report |
| 66 | TAMS 4423 | | 01/28/01 | All modalities call log |
| 67 | TAMS 4425 | | 02/04/02 | All modalities call log |

## Defendants' Supplemental Trial Exhibit List[1]

| No. | Disclosure No. | Previous Exhibit No. | Date | Document |
|---|---|---|---|---|
| 68 | TAMS 4629 | | 11/15/01 | MRI call log |
| 69 | TAMS 1889 - 1897 | | 11/15/01 | MRI call log |
| 70 | TAMS 1824 | | 12/01/01 | MRI call log |
| 71 | TAMS 1823 | | 12/09/01 | MRI call log |
| 72 | TAMS 4581 | | 12/17/01 | MRI call log |
| 73 | TAMS 1821 | | 12/24/01 | MRI call log |
| 74 | TAMS 4540 | | 12/31/01 | MRI call log |
| 75 | TAMS 1818 | | 01/14/02 | MRI call log |
| 76 | TAMS 1819 | | 01/07/02 | MRI call log |
| 77 | TAMS 4505 - 4506 | | 01/21/02 | MRI call log |
| 78 | TAMS 17477 | | 01/28/02 | MRI call log |
| 79 | TAMS 17476 | | 02/04/02 | MRI call log |
| 80 | TAMS 5474 | | 02/11/02 | MRI call log |
| 81 | TAMS 4621 | | No date | CT call log |
| 82 | TAMS 1898 | | 11/15/01 | CT call log |
| 83 | 4453 - 4455 | | 11/15/2001 | Nuc Med call log |
| 84 | TAMS 4584 | | 12/20/01 | Nuc Med call log |
| 85 | TAMS 4583 | | 12/20/01 | Nuc Med call log |
| 86 | TAMS 4513 | | 01/02/02 | Nuc Med call log |
| 87 | TAMS 4509 | | 01/14/02 | Nuc Med call log |
| 88 | TAMS 4502 | | 01/21/02 | Nuc Med call log |
| 89 | TAMS 4480 | | 01/30/02 | Nuc Med call log |
| 90 | TAMS 4426 | | 02/08/02 | Nuc Med call log |
| 91 | TAMS 1899 - 1902 | | 11/19/01 | R&F call log |
| 92 | TAMS 4586 | | 12/13/01 | R&F call log |
| 93 | TAMS 4588 | | 12/14/01 | R&F call log |
| 94 | TAMS 4541 | | 01/02/02 | R&F call log |
| 95 | TAMS 4515 | | 01/07/02 | R&F call log |
| 96 | TAMS 4503 - 4504 | | 01/21/02 | R&F call log |
| 97 | | | | Summary Charts |
| 98 | TAMS 114 - 123 | | 12/26/01 | Cases from Query, number found 257 |
| 99 | DDI 000531 | Vokaty #3 | 07/27/01 | Cloyce Shearin injury report |
| 100 | DDI 000778-000779, 008333, 000785, 000784 | | | MRI Problem Lists |
| 101 | DDI 000780 - 000783 | King #246 | | MRI Error Log |
| 102 | DDI 000787, 000294 | | | CT Problem Lists |
| 103 | DDI 008339-008349 | | | CT Error Log |

## Defendants' Supplemental Trial Exhibit List[1]

| No. | Disclosure No. | Previous Exhibit No. | Date | Document |
|---|---|---|---|---|
| 104 | DDI 000786, 000295, 000633-000634 | | | Nuclear Medicine Problem Lists and Service Calls |
| 105 | DDI 000788, 000296-000297 | | | R&F Problem Lists |
| 106 | DDI 000610-000614, 000621-000632 | | | X-Ray Error Log |
| 107 | DDI 000789 | | | Ultrasound Problem List |
| 108 | TAMS 17520 - 17537 | | 03/01/04 | NASU Recognized Product Issues-MR Section |
| 109 | TAMS 17514 - 17519 | | 03/01/04 | NASU Recognized Product Issues-CT Section |
| 110 | TAMS 17538 - 17539 | | 03/01/04 | NASU Recognized Product Issues-Nuc Med Section |
| 111 | TAMS 17547 | | 03/01/04 | NASU Recognized Product Issues-XR Section |
| 112 | TAMS 17540 - 17544 | | 03/01/04 | NASU Recognized Product Issues-Ultrasound Section |
| 113 | TAMS 17545 - 17546 | | 03/01/04 | NASU Recognized Product Issues |
| 114 | DDI 013125 - 013127 | | 03/03/99 | FDA Enforcement Reports |
| 115 | DDI 013128 - 013129 | | 04/24/96 | FDA Enforcement Reports |
| 116 | DDI 013130 - 013131 | | 03/19/97 | FDA Enforcement Reports |
| 117 | DDI 013132 - 013133 | | 11/12/03 | FDA Enforcement Reports |
| 118 | DDI 013134 - 013136 | | 02/14/96 | FDA Enforcement Reports |
| 119 | DDI 013137 - 013139 | | 01/20/99 | FDA Enforcement Reports |
| 120 | DDI 013140 - 013141 | | 07/25/01 | FDA Enforcement Reports |
| 121 | DDI 013142 - 013144 | | 08/05/98 | FDA Enforcement Reports |
| 122 | DDI 013145 - 013147 | | 06/26/02 | FDA Enforcement Reports |
| 123 | DDI 013148 - 013149 | | 06/26/00 | FDA Enforcement Reports |
| 124 | DDI 013150 - 013152 | | 07/18/01 | FDA Enforcement Reports |
| 125 | DDI 013153 - 013155 | | 04/09/03 | FDA Enforcement Reports |
| 126 | DDI 013156 - 013157 | | 03/10/04 | FDA Enforcement Reports |
| 127 | TAMS 2150 - 2157 | | 04/09/02 | Inventory and Condition of Equipment at Deinstallation |
| 128 | TAMS 2146 - 2148 | | 05/01/02 | Memorandum-Summary of Equipment Retrieval |
| 129 | TAMS 5988 - 5989 | | 04/15/02 | C. Dooley's Installation Services Invoice for assisting Toshiba in removal of medical equipment from site. |
| 130 | TAMS 2141 - 2145 | | 05/21/02 | Memorandum-Summary of the Equipment Crating |
| 131 | DLL 000451 | | 07/19/02 | Letter to Ms. Packer from Kyle Tate |
| 132 | DLL 000452 - 000453 | | 08/08/02 | Letter from Rosetta Packer to John Chesney |
| 133 | DLL 000454 | | 08/09/02 | Authorization to Toshiba from DLL to pick up the Toshiba Cardiac Gating and Screening |
| 134 | DLL 000455 | | 08/09/02 | Authorization to Toshiba from DLL to pick up the Asteion and all Peripherals |
| 135 | DLL 000426 -000429 | | 09/03/02 | Memo from Larry Levin to Ray Crouse containing background information and a timeline of events |
| 136 | DDI 013119 - 013124 | | 02/28/03 | Oxford Deinstallation Documents |

## Defendants' Supplemental Trial Exhibit List[1]

| No. | Disclosure No. | Previous Exhibit No. | Date | Document |
|---|---|---|---|---|
| 137 | DDI 013611 - 013617 | | | Business cards |
| 138 | DLL 000442, 000444, 000446, 000439, 000443, 000437 | | 03/15/02 | Letter |
| 139 | DDI 013620-013622 | | 03/14/03 | Letter |
| 140 | DDI 013623 | | 06/10/03 | Letter |
| 141 | DDI 008609 - 008611 | | 11/04/03 | Letter from Toshiba |
| 142 | DDI 013618-013619 | | 04/12/04 | Letter from Toshiba |
| 143 | | TAMS 30(b)(6) #4 | | Event List by Employee |
| 144 | | TAMS 30(b)(6) #17 | | Event List by Employee |
| 145 | TAMS 17649 - 17699 | | | Weekly Application Schedules |
| 146 | TAMS 2238 - 2240 | | 12/13/99 | Letter from Dave Steiff |
| 147 | TAMS 2250 - 2254 | | 01/31/00 | Quotation/Order Worksheet |
| 148 | DLL 000211 - 000218 | Begy #8 | 02/10/00 | Application Direct Lease |
| 149 | Desoto 000114 | | 06/26/00 | Memo from Dave Steiff re digitizer |
| 150 | DLL 000878 | | 07/11/00 | E-mail from Dave Begy |
| 151 | DDI 000502 | Begy #9 | 08/23/00 | E-mail from Dave Begy |
| 152 | TAMS 5586 | | 08/25/00 | Applications training request |
| 153 | TAMS 5584 | | 08/25/00 | E-mail from Dave Steiff |
| 154 | DDI 000565 | Begy #6 | 09/26/00 | E-mail from Dave Begy |
| 155 | DDI 000567 | | 10/02/00 | E-mail from Dave Steiff |
| 156 | DLL 000872 | Begy #11 | 10/10/00 | Dave Begy handwritten notes |
| 157 | DDI 000555 | Begy #5 | 12/20/00 | Fax cover page |
| 158 | Desoto 000139 | | 12/28/00 | Letter from Toshiba |
| 159 | DLL 000225 | Carvel #12 | 02/01/01 | Monthly exam procedure summary for January, 2001 |
| 160 | TAMS 5581 | | 04/18/01 | E-mail from Dave Begy |
| 161 | TAMS 17483 | | 05/20/01 | E-mail from Ray Ruskowski |
| 162 | TAMS 17482 | | 05/21/01 | E-mail from Ray Ruskowski |
| 163 | TAMS 1329 | | 5/22/2001 | E-mail from Mike Smith |
| 164 | TAMS 5550 - 5551, 1336, 5552, 5570 | Ryan #7 | 05/25/01 | E-mail from Charlie Ryan |
| 165 | TAMS 17481 | | 05/28/01 | E-mail from Ray Ruskowski |
| 166 | TAMS 1363 | Ryan #5 | 05/28/01 | E-mail from Kevin Smith |
| 167 | TAMS 1335 | Ryan #4 | 06/01/01 | E-mail from Charlie Ryan |
| 168 | TAMS 5579 - 5580 | | 06/04/01 | E-mail from Tony Gay |
| 169 | DDI 008325 | | 06/05/01 | E-mail from Rick Prall |
| 170 | TAMS 2011 - 2015 | Jenkins #1 | 06/05/01 | DeSoto Diagnostic Imaging Meeting notes |

## Defendants' Supplemental Trial Exhibit List[1]

| No. | Disclosure No. | Previous Exhibit No. | Date | Document |
|---|---|---|---|---|
| 171 | TAMS 2215 | | 06/07/01 | E-mail from Charlie Ryan |
| 172 | TAMS 131 - 136 | | 06/08/01 | Memo: Dissatisfied customer |
| 173 | TAMS 6035 | | 06/08/01 | E-mail from Dan Smith |
| 174 | TAMS 5569 | | 06/09/01 | E-mail from Charlie Ryan |
| 175 | TAMS 2016 - 2017 | Ryan #6 | 06/11/01 | E-mail from Charlie Ryan |
| 176 | DeSoto 000153 | | 06/12/01 | E-mail from Dan Smith |
| 177 | TAMS 5546 - 5547 | | 06/12/01 | E-mail from Japan re solution to white dot artifact |
| 178 | TAMS 17479 - 17480 | Ruskowski #1 | 06/12/01 | E-mail from Ray Ruskowski |
| 179 | TAMS 137 | | 07/10/01 | E-mail from Mike Smith |
| 180 | TAMS 5538 - 5540 | | 07/20/01 | E-mail string |
| 181 | TAMS 1380 | | 07/23/01 | Applications training agreement |
| 182 | TAMS 138 | | 07/25/01 | E-mail from Mike Smith |
| 183 | TAMS 2080 | | 07/27/01 | E-mail from Dave Steiff |
| 184 | TAMS 2741 - 2744 | | 07/27/01 | Potential complaint form, Cloyce Shearin injury |
| 185 | DDI 008332 | | 08/07/01 | E-mail from Paul King |
| 186 | TAMS 1414 | | 08/13/01 | Trip report, follow up to Cloyce Shearin injury |
| 187 | TAMS 6022 | | 08/15/01 | E-mail from Dan Smith |
| 188 | DeSoto 000154 - 000159 | | 08/16/01 | Letter from Mike Smith |
| 189 | DeSoto 000160 - 000166 | Carvel #25 | 08/24/01 | Letter from Mike Smith |
| 190 | TAMS 2561 - 2562 | | 09/13/01 | Potential complaint form, display on slice location distracting to neurosurgeon |
| 191 | TAMS 2559 - 2560 | | 09/14/01 | Potential complaint form, artifacts with use of CTL coil |
| 192 | TAMS 1870 | | 09/25/01 | E-mail from Cyndy Toso |
| 193 | TAMS 1360 | | 10/05/01 | E-mail from Dave Steiff |
| 194 | Desoto 000167 | | 10/05/01 | E-mail from Dave Steiff |
| 195 | DeSoto 000168 | Carvel #26 | 10/08/01 | Letter from Dr. Carvel to Mr. Igarashi |
| 196 | DeSoto 000169 | | 10/09/01 | E-mail from Igarashi to Dr. Carvel |
| 197 | TAMS 5402 - 5407 | Carvel #27 | 10/10/01 | Letter from Mike Smith |
| 198 | DeSoto 000178 - 000180 | | 10/12/01 | E-mail from Mike Smith |
| 199 | DeSoto 000171 - 000172 | Carvel #28 | 10/15/01 | Letter from Brian Turnbull |
| 200 | TAMS 5370 | | 10/16/01 | E-mail from Dan Smith |
| 201 | Desoto 000177 | Carvel #29 | 10/16/04 | E-mail letter from Lynn Carvel |
| 202 | TAMS 6279 - 6984 | | 10/18/01 | Brian Turnbull handwritten notes |
| 203 | TAMS 322 | | 10/24/01 | E-mail letter from Brian Turnbull |
| 204 | DDI 000535 | | 11/01/01 | E-mail between Randon and Dave Begy |
| 205 | TAMS 199 | | 11/12/01 | E-mail from Dave Steiff, DDI thinks they got a lemon, problems with worklist management, locator lines |

# Defendants' Supplemental Trial Exhibit List[1]

| No. | Disclosure No. | Previous Exhibit No. | Date | Document |
|---|---|---|---|---|
| 206 | TAMS 198 | | 11/12/01 | E-mail from Dave Steiff, Danny Strain is a competitor, spreading DDI situation around my territory |
| 207 | TAMS 5344 - 5345 | TAMS 30(b)(6) #10 | 11/13/01 | E-mail from Tony Gay re need MRI images on MOD for ACR |
| 208 | TAMS 1826 | | None | Excelart ACR Issues - Mike O'Barr to obtain data from DDI |
| 209 | TAMS 203 - 207 | | 11/14/01 | Desoto Diagnostic Action Items from the 11/14/01 Meeting |
| 210 | TAMS 5623 | | 11/15/01 | E-mail |
| 211 | TAMS 17564 - 17566 | TAMS 30(b)(6) #7 | 11/19/01 | Potential complaint report form |
| 212 | TAMS 6230 | King #244 | 11/20/01 | E-mail from Brian Turnbull |
| 213 | TAMS 1146 - 1148 | Ryan #2 | 11/20/01 | Letter from Brian Turnbull |
| 214 | TAMS 2243 - 2244 | | 11/20/01 | E-mails |
| 215 | TAMS 6011 | | 11/20/01 | E-mail from Dan Smith |
| 216 | TAMS 208 - 213 | | 11/21/01 | Memo: Desoto Diagnostic & TAMS Meeting - November 14, 2001, by Brian Turnbull |
| 217 | TAMS 17554 - 17556 | TAMS 30(b)(6) #9 | 11/27/01 | Potential complaint report form |
| 218 | TAMS 1371 - 1374 | | 12/04/01 | Applications training agreement |
| 219 | TAMS 915 | Ryan #1 | 12/05/01 | E-mail from Dave Steiff |
| 220 | DeSoto 000191 | | 12/05/01 | Letter from Charlie Ryan |
| 221 | TAMS 911 - 914 | | 12/05/01 | Voice mail messages re DDI |
| 222 | TAMS 5512 - 5514 | | 12/07/01 | E-mails from Jill Lopez |
| 223 | TAMS 4607 | Ryan #8 | 12/10/01 | E-mail from Mike O'Barr |
| 224 | TAMS 5329 | | 12/11/01 | E-mails from Jill Lopez |
| 225 | TAMS 5320 - 5321 | Ryan #9 | 12/12/01 | E-mail from Charlie Ryan |
| 226 | TAMS 1334 | | 12/16/02 | Applications training request |
| 227 | TAMS 6094 - 6095 | | 12/18/01 | Voice mail messages re DDI |
| 228 | TAMS 5506 - 5507 | | 12/27/01 | Results of meeting with Paul King on 12/21/01 |
| 229 | TAMS 345 - 346 | | 01/17/02 | Letter from Dan Smith and Brian Turnbull |
| 230 | TAMS 6133 | | 01/18/02 | E-mail from Minerva Saldana to Dan Smith |
| 231 | TAMS 231 - 232 | | 01/21/02 | Interoffice Memo from Tim Peeler |
| 232 | TAMS 221- 222 | | 01/21/02 | Trip report |
| 233 | TAMS 1415 - 1416, 218 - 220 | | 01/23/02 | Trip report |
| 234 | Desoto 000196 | Begy #4 | 01/24/02 | Fax |
| 235 | Desoto 000198 | Carvel #31 | 01/29/02 | Letter from Lynn Carvel |
| 236 | TAMS 4479 | Ruskowski #2 | 02/02/02 | E-mail from Ray Ruskowski |
| 237 | Desoto 000199 | Carvel #32 | 02/04/02 | Letter from Brian Turnbull |

## Defendants' Supplemental Trial Exhibit List[1]

| No. | Disclosure No. | Previous Exhibit No. | Date | Document |
|---|---|---|---|---|
| 238 | DLL 001091 - 1093 | | 02/05/02 | E-mail from Dave Begy |
| 239 | DLL 000898 - 899 | | 02/07/02 | E-mail from Dave Begy |
| 240 | TAMS 4422 | Ryan #10 | 02/10/02 | E-mail from Ray Ruskowski |
| 241 | TAMS 4427 | | 02/10/02 | E-mail from Donny Jenkins |
| 242 | TAMS 228 | | 02/25/02 | Mike O'Barr notes |
| 243 | TAMS 264 | | 02/25/02 | E-mail from Charlie Ryan |
| 244 | TAMS 266, 229 - 230 | | 02/26/02 | E-mail from Charlie Ryan, attaches Mike O'Barr memo of 2/25/02 detailing events |
| 245 | TAMS 269, 6048 - 6052 | | 02/27/02 | E-mail from Jeff Badal |
| 246 | TAMS 278 | | 02/28/02 | Note from Donny Jenkins |
| 247 | DLL 000434 | | 03/04/02 | Letter from Lynn Carvel |
| 248 | TAMS 2026 | | 03/20/02 | E-mails |
| 249 | Desoto 000213 - 000214 | | 04/05/02 | Letter from Charlie Ryan |
| 250 | TAMS 6046 | | 04/05/02 | E-mail from Michael Parker |
| 251 | TAMS 1417 | | 04/15/02 | Trip report |
| 252 | TAMS 1428 | | 07/02/02 | E-mail from Jesse Jacob |
| 253 | DLL 000454 - 455 | | 08/09/02 | DLL authorizes TAMS to pick up equipment |
| 254 | TAMS 17562 - 17563 | TAMS 30(b)(6) #8 | 10/30/02 | E-mail from Japan re Excelart MOD issues |
| 255 | TAMS 5583 | | | Email to Mike Smith and others |
| 256 | DDI 013624 | Begy #1 | 03/04/03 | Web page |
| 257 | DDI 013625 | Begy #2 | 03/04/03 | Web page |
| 258 | DDI 013626 | Begy #3 | 08/11/02 | Web page |
| 259 | DDI 008281 - 008286 | | 05/02/03 | Web page |
| 260 | DDI 008287 | | 05/08/03 | Web page |
| 261 | DDI 008288 - 008289 | | 07/10/03 | Web page |
| 262 | DDI 008290 | | 07/10/03 | Web page |
| 263 | DDI 008291 | | 07/10/03 | Web page |
| 264 | DDI 008292 | | 07/10/03 | Web page |
| 265 | DDI 008297 | | 07/10/03 | Web page |
| 266 | DDI 008298 - 008299 | | 07/10/03 | Web page |
| 267 | DDI 008300 | | 07/10/03 | Web page |
| 268 | DDI 008301 - 008302 | | 07/10/03 | Web page |
| 269 | DDI 008303 - 008304 | | 05/08/03 | Web page |
| 270 | DDI 008305 | | 05/08/03 | Web page |
| 271 | DDI 008306 | | 05/08/03 | Web page |
| 272 | DDI 008307 - 008308 | | 04/30/03 | Web page |

## Defendants' Supplemental Trial Exhibit List[1]

| No. | Disclosure No. | Previous Exhibit No. | Date | Document |
|---|---|---|---|---|
| 273 | DDI 008309 - 008310 | | 03/06/03 | Web page |
| 274 | DDI 008311 | | 08/11/02 | Web page |
| 275 | DDI 008312 | | 08/11/02 | Web page |
| 276 | DDI 008313 | | 08/11/02 | Web page |
| 277 | DDI 008315 - 008316 | | 04/07/03 | Web page |
| 278 | DDI 008317 | | 02/27/03 | Web page |
| 279 | DDI 008317 | | 02/27/03 | Web page |
| 280 | DDI 008319 | | 02/27/03 | Web page |
| 281 | DDI 013627-013639 | | | Web page |
| 282 | DLL 000950 | DLL #11 | | Notes |
| 283 | TAMS 17506 - 17513 | Ruskowski #4 | 05/14/99 | 510(k) Premarket Notification |
| 284 | TAMS 17500 - 17502 | | 12/13/99 | Letter from Dave Steiff |
| 285 | TAMS 17497 | | 02/03/00 | E-mail from Gary Hall |
| 286 | DLL 000882 - 000888 | DLL #12 | 02/10/00 | Application Direct Lease |
| 287 | | Rad #1 | 02/14/00 | Application Approval Form |
| 288 | DLL 000277 - 000278 | | 02/07/01 | Master Lease Schedule No. 02 |
| 289 | DLL 000279 | | 02/08/01 | Attachment A-Equipment Description |
| 290 | DLL 1035 - 1042 | | 05/10/01 | CA-Collection Management Collection History |
| 291 | DLL 000229 | | 06/09/00 | Attachment A-Equipment Description |
| 292 | DLL 000227 - 000228 | | 06/09/00 | Master Lease Schedule No. 01 |
| 293 | DLL 000874 | Begy #10 | 09/06/00 | Email from Zeb Stewart |
| 294 | DLL 000210 | | 02/02/01 | Memorandum from Lynne Suher |
| 295 | DLL 000290 | | 04/30/01 | Cash Disbursement Authorization |
| 296 | DLL 000041 | | 12/27/00 | Cash Disbursement Authorization |
| 297 | DLL 000344 - 000347 | | 07/12/01 | Lease File Inquiry |
| 298 | DLL 000622 - 000623 | DLL #26 | 10/01/01 | E-mail |
| 299 | DLL 000985 - 000994 | | 11/07/01 | CA-Collection Management Collection History |
| 300 | DLL 000900 | DLL #4 | 03/04/02 | Email from Zeb Stewart to Linda Harvey |
| 301 | DLL 000902 | DLL #3 | 03/05/02 | Email from Zebulon Stewart to Sandra Zebelman |
| 302 | DLL 000910 | DLL #5 | 03/11/02 | Email from Zeb Stewart to Dennis Johnson |
| 303 | DLL 000903 - 000904 | | 03/05/02 | Email from David McGowan to Linda Harvey and Zeb Stewart |
| 304 | DLL 000383-000385 | | 03/05/02 | Email from David McGowan to Linda Harvey |
| 305 | DLL 001117 | | 03/06/02 | Email from Dennis Johnson to Zeb Stewart, Dave McGowan |
| 306 | DLL 000908 - 000909 | | 03/11/02 | Email from Lynne Suher to Zeb Stewart |
| 307 | DLL 000916, 000914, 000915, 000912 - 000913 | | 03/11/02 | Email from Zeb Stewart to Lynne Suher |
| 308 | DLL 911 | | 03/11/02 | Email from Chad Frable to Zeb Stewart |

## Defendants' Supplemental Trial Exhibit List[1]

| No. | Disclosure No. | Previous Exhibit No. | Date | Document |
|---|---|---|---|---|
| 309 | DLL 917 | | 03/12/02 | Email from Linda Harvey to Zeb Stewart |
| 310 | DLL 001110 | | 03/12/02 | Email from Linda Harvey to Jacob Hornung, Zeb Stewart |
| 311 | DLL 000386 | | 03/13/02 | Email from Linda Harvey to Johnson, Hornung, Crouse |
| 312 | DLL 000387-000388 | | 03/13/02 | Email from Dennis Johnson to Harvey, Hornung, Stewart, Crouse |
| 313 | DLL 000389-000390 | | 03/13/03 | Email from Harvey to Hornung, Stewart, Crouse |
| 314 | DLL 001032 - 001033 | Rad #5 | 03/13/02 | Email from Rad to Harvey |
| 315 | DLL 001114 | | 03/14/02 | Email from Hornung to Kathy Filey |
| 316 | DLL 000391 | | 03/15/02 | Email from Harvey to Crouse |
| 317 | DLL 00921 - 000922 | DLL #6 | 03/15/02 | Email from Begy to Hiney, Stewart |
| 318 | DLL 000923 | DLL #7 | 03/17/02 | Email from Johnson to Harvey |
| 319 | DLL 000392 | | 03/17/02 | Email from Johnson to Crouse |
| 320 | DLL 000394 | | 03/19/02 | Email from Hornung to Crouse |
| 321 | DLL 000395 | | 03/19/02 | Email from Crouse to Harvey, Johnson |
| 322 | DLL 000396 - 000397 | Rad #2 | 03/21/02 | Email from Johnson to Crouse |
| 323 | DLL 000400 - 000401 | | 03/22/02 | Email from Crouse to Johnson |
| 324 | DLL 000398 -000399 | Rad #3 | 03/22/02 | Email from Johnson to Rad |
| 325 | DLL 000929 | DLL #8 | 03/26/02 | Email from Hainley to Stewart |
| 326 | DLL 001023 | | 03/27/02 | Email from Hiney to Harvey |
| 327 | DLL 000930 | DLL #16 | 03/27/02 | Email from Hiney to Begy |
| 328 | DLL 000406 - 000407 | DLL #13 | 03/29/02 | Healthcare SBU Loan Strategy Report |
| 329 | DLL 000402 | DLL #14 | 04/03/02 | Email from Hiney to Crouse |
| 330 | DLL 000403 | | 4/15/2002 | Email from Crouse to Reimund |
| 331 | DLL 000404 - 000405 | DLL #15 | 04/22/02 | Email from Kovacs to Crouse |
| 332 | DLL 000933 | Begy #14 | 04/24/02 | Email from Hiney to Crouse |
| 333 | DLL 000409 | Begy #16 | 04/26/02 | Email from Crouse to Begy |
| 334 | DLL 000408 | Begy #15 | 04/26/02 | Email from Crouse to Begy |
| 335 | DLL 000410, 00932 | Begy #17 | 04/29/02 | Email from Johnson to Begy |
| 336 | DLL 00931 | Begy #18 | 04/29/02 | Email from Hiney to Stewart |
| 337 | DLL 000411 | Begy #20 | 04/30/02 | Email from Crouse to Bicking |
| 338 | DLL 001162 | Begy #19 | 05/08/02 | Email from Begy to Stewart |
| 339 | DLL 001025 | | 05/23/02 | Email from Harvey to Crouse |
| 340 | DLL 000937 - 000938 | | 05/23/02 | Email from Stewart to Ahrens |
| 341 | DLL 000939 | Flassing #2 | 06/26/02 | Email from Abelman to Crouse |
| 342 | TAMS 17494 | | 08/05/02 | Memorandum from Gary Hall |
| 343 | DLL 000420 | Levin #3 | 08/07/02 | Email from Hiney to Klemz |
| 344 | DLL 000426 - 000428 | | 09/03/02 | Memo to Crouse from Levin |
| 345 | DLL 000418 | Begy #21 | 07/18/02 | Memo from Levin to Crouse |

## Defendants' Supplemental Trial Exhibit List[1]

| No. | Disclosure No. | Previous Exhibit No. | Date | Document |
|---|---|---|---|---|
| 346 | DLL 00940 - 000941 | Begy #22 | 07/18/02 | Email from Johnson to Flassing |
| 347 | DLL 000942 | Begy #23 | 07/23/02 | Email from Flassing to Crouse, Begy, Hiney |
| 348 | DLL 000419 | Levin #2 | 07/25/02 | Memo |
| 349 | DLL 000940 | Flassing #3 | 07/19/02 | Email from Flassing to Johnson |
| 350 | DLL 001096 | DLL #17 | 07/22/02 | Email from Begy to Crouse, Hiney |
| 351 | DLL 000941 | Flassing #4 | 07/23/02 | Email from Flassing to McGowan |
| 352 | DLL 000944 | DLL #18 | 07/25/02 | Email from Suher to Stewart |
| 353 | DLL 000425 | Begy #24 | 08/29/02 | Memo from Levin to Crouse |
| 354 | DLL 001099 | Flassing #6 | 08/29/02 | Email from Flassing to Hainley |
| 355 | DLL 000423 - 000424 | Flassing #7 | 08/29/02 | Email from Crouse to Levin |
| 356 | DLL 000426 - 000428 | Levin #5 | 09/03/02 | Memo from Levin to Crouse |
| 357 | DLL 000456-000459 | Rad #4 | 09/06/02 | Letter from Crouse to Abbott |
| 358 | DLL 000432, 000656 - 000658 | Flassing #8 | 09/09/02 | Email from Crouse to Levin |
| 359 | DLL 000947 - 000949 | DLL #19 | 09/24/02 | Healthcare LCC Minutes |
| 360 | DLL 001101 | Hall #2 | 12/12/02 | Email from Flassing to Abelman, Crouse, Saffarian |
| 361 | DLL 001100 | DLL #20 | 12/12/02 | Email from Abelman to Crouse, Saffarian |
| 362 | DLL 001104 | DLL #22 | 12/23/02 | Email from Saffarian to Schneck |
| 363 | DLL 001105 - 001106 | DLL #21 | 12/23/02 | Email from Schneck to Hiney |
| 364 | DLL 001075 - 001077 | DLL #23 | 02/02/03 | Memorandum from Gary Hall |
| 365 | DLL 001078 - 001079 | DLL #24 | 02/12/03 | Memorandum from Gary Hall |
| 366 | DLL 001086 - 001087 | Begy #25 | 03/21/03 | Email from Hiney to Begy |
| 367 | DLL 001074 | DLL #27 | 04/01/03 | Email from Hiney to Hall |
| 368 | DLL 001065 - 001066 | DLL #25 | 04/03/04 | Email from Walter French to Hiney |
| 369 | DLL 001014, 001015, 001018 | DLL #28 | 04/07/03 | Lease File Inquiry |
| 370 | DLL 001046 - 001050 | DLL #10 | 04/08/03 | Equipment Return Maintenance |
| 371 | DLL 000869 - 000871 | DLL #9 | 05/29/03 | Equipment Sales for Patrick Hiney |
| 372 | TAMS 17493 | Hall #5 | 09/17/03 | Email from Gary Hall to Butch Holliday |
| 373 | TAMS 17504 - 17505 | Hall #6 | 09/17/03 | Email from Gary Hall to Butch Holliday |
| 374 | TAMS 17498 - 17499, 17501, 17503 | Hall #7 | 09/17/03 | Email from Gary Hall to Butch Holliday |
| 375 | TAMS 17497 | Hall #8 | 10/02/03 | Email from Abbott to Hall |
| 376 | TAMS 17495 | Hall #9 | 10/08/03 | Email from Hall to Abbott |
| 377 | | Holliday #2 | 11/26/03 | Agreement of Sale |
| 378 | DLL 000271, 000205, 000199 | | | Various checks written to Toshiba |
| 379 | | | 11/05/03 | Second Supplemental Response to Second Set of Interrogatories Produce by Toshiba America Medical Systems, Inc. |
| 380 | DDI 007900 - 007975 | | | Damages Packet |
| 381 | DDI 008264-008266 | | | Photographs of crimped wire |

## Defendants' Supplemental Trial Exhibit List[1]

| No. | Disclosure No. | Previous Exhibit No. | Date | Document |
|---|---|---|---|---|
| 382 | DDI 001600-001618 | | | Photographs of Nuclear Medicine camera |
| 383 | | | | Photograph of Cable (digital photographs previously disclosed on disc) |
| 384 | | | | Photographs of Metal Shavings (digital photographs previously disclosed on disc) |
| 385 | DDI 013487-013493 | | | Digital photographs |
| 386 | | | 09/20/02 | Declaration of Fredric J. Friedberg |
| 387 | | | 05/19/03 | Affidavit of Thomas Graham |
| 388 | | | 06/12/03 | Affidavit of David Steiff |
| 389 | | | 08/01/03 | Declaration of Brian Gibbs |
| 390 | | | 08/12/03 | Declaration of Deborah Powers |
| 391 | | | 08/18/03 | Declaration of Erin Singer |
| 392 | | | 09/11/03 | Affidavit of David Steiff |
| 393 | | | 09/15/03 | Declaration of Peter Boyer |
| 394 | | Gibbs #21 | 09/29/03 | Declaration of Brian Gibbs |
| 395 | | | 09/29/03 | Declaration of Julianne Peck |
| 396 | | | 09/30/03 | Declaration of Paul King |
| 397 | | | 09/30/03 | Declaration of Michael Smith |
| 398 | | | 10/01/03 | Declaration of Cindi Holmes |
| 399 | | | 10/02/03 | Declaration of Pam Kure |
| 400 | | | 10/03/03 | Declaration of David Bennett |
| 401 | | | 10/06/03 | Declaration of Jonathan Sturz |
| 402 | | | 10/07/03 | Declaration of John Chensey |
| 403 | | | 10/10/03 | Declaration of Peter Boyer |
| 404 | | | 10/13/03 | Affidavit of James Smith |
| 405 | | | 10/14/03 | Affidavit of John Brophy |
| 406 | | | 10/14/03 | Affidavit of Kathyrn Gilchrist |
| 407 | | | 10/22/03 | Affidavit of Gina Bray |
| 408 | | | 10/24/03 | Affidavit of Lynn Carvel |
| 409 | | | 10/30/03 | Affidavit of Kyle Tate |
| 410 | | | 10/30/03 | Affidavit of Jennifer Sneed |
| 411 | | | 10/30/03 | Affidavit of Lynn Carvel |
| 412 | | | 10/30/03 | Affidavit of Holly Brady |
| 413 | | | 11/12/03 | Affidavit of Michael Smith |
| 414 | | | 11/13/03 | Affidavit of Paul King |
| 415 | | | 11/14/03 | Declaration of Erin Singer |
| 416 | | | 11/26/03 | Affidavit of David Steiff |

## Defendants' Supplemental Trial Exhibit List[1]

| No. | Disclosure No. | Previous Exhibit No. | Date | Document |
|---|---|---|---|---|
| 417 | | | 02/10/04 | Affidavit of Rachel Lewers |
| 418 | | | 02/11/04 | Affidavit of Donald Owens, M.D. |
| 419 | | | 02/12/04 | Affidavit of Jennifer Sneed |
| 420 | | | Undated | Declaration of John Chensey |
| 421 | | Strain #1 | 10/28/03 | Expert Report of Joseph Danny Strain, documents reviewed by Danny Strain as referenced in his report and videotaped inspection of equipment |
| 422 | | Strain #2 | | Equipment Valuation Worksheet |
| 423 | | Strain #3 | | Maximum Uptime, Inc.'s Summer's Hottest Deals! |
| 424 | | Strain #4 | | Maximum Uptime, Inc.'s Summer's Hottest Deals! |
| 425 | | | | Expert Report of Jason K. Morris, M.D. and images and other documents reviewed by Dr. Morris as referenced in his report |
| 426 | | | | Expert Report of Christopher Long and images and other documents reviewed by Christopher Long as referenced in his report |
| 427 | | | | OMITTED Expert Report of Mark Winkler |
| 428 | | | | OMITTED Expert Report of Claudia Murray |
| 429 | | | | OMITTED Expert Report of Adam Coffey |
| 430 | | | | OMITTED Expert Report of Gerald Hayes |
| 431 | | | | OMITTED Expert Report of Edward Detwiler |
| 432 | | | | Metal Shavings |
| 433 | | | | Cable |
| 434 | | | | Bottle of baby oil |
| 435 | | | | Pillow |
| 436 | | | | 15lb ham |
| 437 | | | | Milk jug of solution similar to Ray Ruskowski's home-made phantom |
| 438 | | | | Original Brochures |
| 439 | | | | Toshiba Video Tape |
| 440 | | | | Toshiba The Image Maker CD |
| 441 | | | | Films of Donell Hall |
| 442 | | | | Films of Megan Taylor |
| 443 | | | | Films of Cooper Sawyer |
| 444 | | | | Toshiba in the Americas Booklet |
| 445-1 | | | | Tape containing recorded conversations |
| 445-2 | | | | Tape containing recorded conversations |
| 445-3 | | | | Tape containing recorded conversations |
| 445-4 | | | | Tape containing recorded conversations |
| 445-5 | | | | Tape containing recorded conversations |

## Defendants' Supplemental Trial Exhibit List[1]

| No. | Disclosure No. | Previous Exhibit No. | Date | Document |
|---|---|---|---|---|
| 445-6 | | | | Tape containing recorded conversations |
| 445-7 | | | | Tape containing recorded conversations |
| 445-8 | | | | Tape containing recorded conversations |
| 445-9 | | | | Tape containing recorded conversations |
| 446 | DDI 002223-002224 | Vokaty #1 | 08/25/00 | Resume of May Killebrew Vokaty |
| 447 | | Gibbs #1 | | Recorded Conversation of Lynn Carvel and Brian Gibbs |
| 448 | | Gibbs #23 | 06/13/01 | Brian Gibbs Application for Employment with Baptist |
| 449 | DDI 002027 | Gibbs #24 | 06/11/01 | Brian Gibbs Resignation Letter |
| 450 | DDI 002045 | Holmes #1 | 03/27/02 | Cindi Holmes Resignation Letter |
| 451 | | McAllister #1 | 09/26/03 | Dictation of Voice Mail Message Received By Julianne Peck |
| 452 | | Paulk #2 | 09/22/03 | Recorded Conversation of Lynn Carvel and Pam Paulk |
| 453 | DDI 013651 | Paulk #5 | | Letter from Pam Paulk to Dr. Carvel |
| 454 | | Paulk #6 | | ARRT Standards of Ethics |
| 455 | | Paulk #7 | | Employee Confidentiality Agreement of Pam Paulk |
| 456 | | Paulk #9 | | Recorded Conversation of Lynn Carvel and Pam Paulk |
| 457 | DDI 008612 | Paulk #10 | 01/13/03 | Pam Paulk Resignation Letter |
| 458 | DDI 007130 | Holmes #3 | | Nuclear Medicine Journal Page |
| 459 | DDI 013652 | May #2 | 05/22/01 | Letter to Sue Barger |
| 460 | DDI 012713-012717 | Singer #1 | 04/11/00 | Memo from Nancy Conwell to Erin Singer: Reemphasis of Harassment Policy and Code of Conduct & Incident Report |
| 461 | DDI 012648-012651 | Singer #2 | | Performance Appraisal Forms |
| 462 | DDI 012652-012663 | Singer #3 | | Performance Appraisal Forms |
| 463 | DDI 013653 | Singer #4 | | Attendance Calendar Report for Erin Singer |
| 464 | DDI 012664 | Singer #5 | 01/16/04 | Termination Document |
| 465 | | | | Recorded Telephone Conversation of Unknown Female 1, Unknown Female 2, Unknown Male 1 and Unknown Male 2 |
| 466 | | | | Recorded Telephone Conversation of Unknown Female 1, Unknown Female 2 and Unknown Male |
| 467 | | | | Recorded Telephone Conversation of Dr. Lynn Carvel and Collette |
| 468 | | | | Recorded Telephone Conversation of Unknown Female 1, Unknown Female 2, Unknown Female 3, Unknown Male 1 and Unknown Male 2 |
| 469 | | | | Recorded Telephone Conversation of Dr. Lynn Carvel and Jake Hornung |
| 470 | | | | Recorded Telephone Message of Randon Carvel to David Begy |
| 471 | | | | Recorded Telephone Conversation of Randon Carvel and Dave Begy |

## Defendants' Supplemental Trial Exhibit List[1]

| No. | Disclosure No. | Previous Exhibit No. | Date | Document |
|---|---|---|---|---|
| 472 | | | | Recorded Telephone Conversation of Randon Carvel and Dave Begy |
| 473 | | | | Recorded Telephone Conversation of Dr. Lynn Carvel, Jake Hornung, Linda Harvey and Raymond Crouse |
| 474 | | | | Recorded Telephone Conversation of Randon Carvel and Unknown Female |
| 475 | | | | Recorded Telephone Conversation Unknown Female 1, Unknown Female 2 and Unknown Male |
| 476 | | | | Recorded Telephone Conversation of Dr. Lynn Carvel and Ron |
| 477 | DDI 012900-12903 | | | Siemens Service Documents |
| 478 | DDI 013654-13659 | | 04/21/04 | The Mississippi Valley-"Whole Lotta Shakin' Goin' On" |
| 479 | DDI 013660-013671 | | | Federal Register-Executive Order 12661 |
| 480 | DDI 00659 - 000752 | | | MRI Journals |
| 481 | DDI 008052 - 008194, 008371 - 008419 | | | CT Journal |
| 482 | DDI 007100 - 7161 | | | Nuclear Medicine Journal |
| 483 | DDI 000610-000632 | | | X-Ray Journal and Problems |
| 484 | | O'Barr #15 | 04/21/00 | Tyler Holmes Memorial Hospital |
| 485 | TAMS 17585 - 17588, 17576, 17578 | | 11/13/01 | Potential Complaint Report Form |
| 486 | TAMS 17573 - 17575, 17572, 17567 | | 11/13/01 | Potential Complaint Report Form |
| 487 | TAMS 17564 - 17566, 17557-17558 | | 11/19/01 | Potential Complaint Report Form |
| 488 | TAMS 17554-17556, 17548 | | 11/27/01 | Potential Complaint Report Form |
| 489 | TAMS 17647-17648 | | 07/14/97 | Applications Site Report |
| 490 | TAMS 17644 | | 06/06/98 | Applications Site Report |
| 491 | TAMS 17633-17636 | DeSoto #11 | 02/22/00 | Applications Site Report |
| 492 | TAMS 17645-17646 | | 10/31/00 | Applications Site Report |
| 493 | TAMS 17610-17613 | | 01/14/01 | Applications Site Report |
| 494 | TAMS 17608-17609 | | 02/04/01 | Applications Site Report |
| 495 | TAMS 17549-17551 | | 02/06/02 | Applications Site Report |
| 496 | TAMS 17590-17592 | | 04/10/01 | Applications Site Report |
| 497 | TAMS 17623-17625 | | 06/04/01 | Applications Site Report |
| 498 | TAMS 17588-17589 | | 07/26/01 | Applications Site Report |
| 499 | TAMS 17637-17639 | | 08/30/01 | Applications Site Report |
| 500 | TAMS 17600-17603 | DeSoto #14 | 09/17/01 | Applications Site Report |
| 501 | TAMS 17596-17599 | DeSoto #15 | 11/05/01 | Applications Site Report |
| 502 | TAMS 17631-17632 | | 11/06/01 | Applications Site Report |
| 503 | TAMS 17626-17630 | | 12/09/01 | Applications Site Report |
| 504 | TAMS 17606-17607 | | 02/11/02 | Applications Site Report |

## Defendants' Supplemental Trial Exhibit List[1]

| No. | Disclosure No. | Previous Exhibit No. | Date | Document |
|---|---|---|---|---|
| 505 | TAMS 17593-17594 | DeSoto #16 | 02/19/02 | Applications Site Report |
| 506 | TAMS 17640-17643 | | 05/24/02 | Applications Site Report |
| 507 | TAMS 17614-17622 | DeSoto #12 | 06/10/02 | Applications Site Report |
| 508 | DDI 011800-011805 | | | Providence Hood River Documents Pursuant to Subpoena |
| 509 | DDI 011806-011992 | | | Diagnostic Clinic Documents Pursuant to Subpoena |
| 510 | TAMS 1958-1965 | | 08/14/01 | DeSoto Action Items Meeting |
| 511 | TAMS 4428-4431 | | 12/18/01 | DeSoto Diagnostic Imaging Events |
| 512 | DDI 002900-006944 | | | Hard Copies DeSoto Billing Records Previously Disclosed |
| 513 | DLL 000001-000459 | | | DLL Disclosures |
| 514 | TAMS 1579 - 1579 | | 02/25/02 | Documentation of Events |
| 515 | TAMS 233-262, 17704-17709 | | 02/01/02 | Excelart Image Quality Review |
| 516 | DDI 013673-013674 | | 10/08/03 | Email from Dave Steiff to John Chesney |
| 517 | DDI 013000-013007 | | 02/06/04 | Tennessee Valley Authority Documents |
| 518 | DDI 000108-000109 | | 01/14/02 | Fax from Dave Begy to Randon Carvel |
| 519 | DDI 000110-000111 | | 01/15/02 | Fax from Jennifer Gibson to Randon Carvel |
| 520 | DDI 013500-013605 | | | Maude Event Reports |
| 521 | DDI 013640-013650 | | | Fictitious/Assumed Name Documents for DLL, certified copies |
| 522-1 through 522-365 | | | | Historical Activity Reports, work orders, work order inquiries, case reports, filed service reports, field service subcase reports and One Touch reports |
| 523 | | | | Summary of DLL financial information disclosed from Peter Boyer on December 9, 2003 |
| 524 | | | | Summary of TAMS financial information requested through discovery but not yet produced |
| 525 | | | | Recorded telephone conversation of Paul King and Mike Felman |
| 526 | | | | Recorded telephone conversation of Paul King and Branda Schones |
| 527 | | | | Recorded telephone conversation of Unknown Male and Branda Schones |
| 528 | | | | Recorded telephone conversation of Paul and John |
| 529 | | | | Web page |
| 530 | TAMS 17710 - 17711 | | 01/10/01 | CT Applications Site Report |
| 531 | TAMS 17712 | | 01/15/01 | Nuclear Medicine Applications Site Report |
| 532 | TAMS 17713 - 17714 | | 12/18/00 | Nuclear Medicine Applications Site Report |
| 533 | TAMS 17715 - 17716 | | 12/18/00 | X-Ray Applications Site Report |
| 534 | TAMS 17717 - 17718 | | 01/10/01 | X-Ray Applications Site Report |
| 535 | DLL 000905 - 000906 | | 03/06/02 | E-mail from Johnson to Stewart |
| 536 | | | 05/04/04 | Affidavit of Lynn Carvel |

## Defendants' Supplemental Trial Exhibit List[1]

| No. | Disclosure No. | Previous Exhibit No. | Date | Document |
|---|---|---|---|---|
| 537 | | | 05/10/02 | Complaint of Plaintiff De Lage Landen Financial Services, Inc. |
| 538 | | | 06/21/02 | Complaint of Intervenor Toshiba America Medical Systems, Inc. |
| 539 | | | | Plaintiff's responses to Desoto's Discovery Requests |
| 540 | | | | Plaintiff/Intervenor's responses to Desoto's Discovery Requests |
| 541 | DDI V0001- V0180 | | | Compact discs with all TAMS images |
| 542 | DDI RE/V0001 - RE/V0327 | | | Compact discs with all Replacement equipment images |
| 543 | | | | MODs disclosed from TAMS on September 11, 2003 |
| 544 | | | | All Deposition Transcripts |
| 545 | DLL 001045 - 001054 | | | CA-Collection Management Collection History |
| 546 | TAMS 2021 - 2024 | | | SEG Components by Item |
| 547 | DDI 007687 - 7692 | | | Lindgren documents |
| 548 | DDI 8600 | | | Note from Jerry Smith |
| 549-1 through 549-48 | | O'Barr #1 - 48 | | Exhibits to Deposition of Mike O'Barr |
| 550 | Disclosed by R. Packer during 30(b)(6) depositions of DLL | | 9/9/2002 | Memo to File from Levin |

---

1 Defendants' Trial Exhibit List is supplemented in accordance with Judge Buckwalter's Pretrial and Trial Procedures.

2 In addition to the documents listed herein, defendants reserve the right to use exhibits identified in exhibit lists of other parties.

3 Where a document contains more than one date, the date appearing earliest in the document has generally been used, for purposes of identifying the document only. No legal significance is intended or should be implied from the date referenced.

4 Many documents have been marked as exhibits on more than one occasion. Reference herein is for purposes of identifying the document only. Defendants reserve the right to make a clearer copy or more complete copy of the document as the trial exhibit.

5 Many documents have been produced more than once and sometimes by different parties. Reference herein is for purposes of identifying the document only. Defendants reserve the right to make a clearer or more complete copy of the document as the trial exhibit.