IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


DELAGE LANDEN FINANCIAL SERVICES:      CIVIL ACTION
et al.                            :
             v.                  :
                                   :
DESOTO DIAGNOSTIC IMAGING, LLC    :          NO. 02-2810

## **O R D E R**

AND NOW, this 22nd day of June, 2004, it is Ordered that the Transcript filed June 18, 2004 (Docket No. 177) is placed Under Seal.


BY THE COURT

ATTEST:


BY:_____

        Deputy Clerk